ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

BARBARA A. GEISERT, SHIRLEY )
GLOVER, BETTY L. HEETER, )
PAULETTE L. KIEMELE, EVON )
M. COFFMAN, WENDE PARKER, )
JOHN W. WHEELER, JERRY K. )
KITTINGER, LINDA L. )
THOMPSON, VICKY L. NOLES, )
EDITH E. ATKINS, KAREN S. )
BURLISON, JERRI L. OSBORN, )
BETTY L. CARTER, PAM S. )
HARPER, RITA F. CRABTREE, )
CAROLYN V. SPARKS, WILMA )
WILLIAMS, CAROL A. BURK, )
MARGARETT M. MCKINNEY, )
DEBORAH K. SPRINGER, )
BETHEL E. FREEMAN, MARY J. )
JONES, KATHY D. HUGHES, )
ANNABELLE L. PERKINS, )
GWENDOLYN R. NICKENS, )
KATHY K. BUCKMASTER, )
GRACE A. CUNNINGHAM, LINDA )
M. TURRENTINE, CHARLES E. )
PETTIT, REBECCA A. CHANEY, )
LADONNA R. WATSON, PHYLLIS )
H. MORSE, TAMMI STICK, )
PEARL I. CASTLEMAN, DEBRA A. )
ROUNDTREE, FAITH J. JONES, )
KATHY J. DEAN, MARLENE )
CRITTENDEN, BARBARA )
COWAN, RUTH E. DERIEG, )
DEBRA S. DENWALT, ALENE )
EHRLICH, NANCY E. BROWN, )
JALAINE M. WATHAM, )

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

JUL 2 8 2003

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

**CIVIL ACTION FILE**

NO. _____

MHS

FORMS RECEIVED
Consent To US Mag_____
Pretrial Instructions_____
Title VII NTC _____

1

MARGUERITE A. GEIGER, GINA )
L. GLANN, LEIGH A. )
MONTGOMERY, BRUCE R. )
HOSTER, JAN L. LAMDINACK, )
KATHY E. MILLER, GLENDA F. )
CASS, BARBARA E. HEINRICH, )
MARY E. MCDANIEL, PEGGY M. )
RITTER, PENNY L. )
BLANKINSHIP, SHERDELL )
ABERNATHY, JESSICA JACKSON, )
JUDY B. BARTON, VIVIANE R. )
PATTON, SHERRY L. ROSE, )
PAULA J. THULIN, LAURIE M. )
VAWTER, SHIRLEY A. WILSON, )
EVELYN D. SUTTON, DONNA )
PEELER, PATSY A. TURNPAUGH, )
CRARLESETTA C. THOMPSON, )
BRENDA K. COLLIER, KRISTEL )
C. WHEELER, LAUREE )
HERRING-PONCE, JODY S. )
PRICE, BRIAN A. EVERHART, )
DONNA M. SALVADORI, JOHN )
ELLISON, MARY V. HERI, )
LORETTA L. TOVAR, DAWN A. )
PEREZ, NANCY A. AMORI, )
DEBRA L. BODEN, BARBARA J. )
DUGAS, NELLIE M. SEWALL, )
BARBARA PILKINGTON, TINA )
BARRETTO, KNOVERLEAN )
GASTON, JAMES L. HOLLIFIELD, )
DANNY O. GREENE, LINDA G. )
BASSETT, MARTHA J. HILL, )
SUSAN A. DEHMLER, LOIS K. )
PAYNE, BETTY L. HILL, RITA L. )
VAUGHN, MARCELYN )
ACKERMAN, LAURA A. )
CARLUCCI, CAROLYN S. )
MOYER, DEBORAH R. REYES, )

**HELEN G. WELCH, BRANDY** )
**MATTHEWS, JOSEPH K.** )
**CHERVENKA KATHERINE K.** )
**HALL, ARTHUR M. BOYD, NELL** )
**SPRINGER, BILLY R. TALLENT,** )
**ERNEST L. MICKLEY, MARY W.** )
**SETTLE, CAROLE A. MILLWEE,** )
**JANICE F. SCOTT, REGINA R.** )
**BRANNOCK, KAREN L.** )
**GREGORY, LAQUITA J.** )
**THOMPSON, SHERYL R.** )
**HAZELBAKER, JACQUE R.** )
**DEARINGER, WESLEY D. LEWIS,** )
**ARLEAH K. PARKER, NEVA E.** )
**SNYDER, PEGGY A. GRAHAM,** )
**RITA F. FOWLER, LISA G.** )
**PRUITT, SANDRA K. FREEMAN,** )
**ONETA GREEN, KENDA L.** )
**BROWN, PEGGY R. EBY,** )
**GEORGIA I. MEYERS, SHIRLEY** )
**D. LUNOW-WHITAKER, KATHY** )
**J. HUFFINES, MARGARETTE** )
**PAYNE, TRACY J. TAYLOR,** )
**KAREN B. THOMAS, WYNONA G.** )
**WATTS, LINDA D. MORTON,** )
**BETTY E. BYRNS, DOYLE R.** )
**WATTS, BARBARA S. WELK,** )
**TERRI E. COSTILLA, KENNETH** )
**R. WILSON, BAMBI R. LOFTIN,** )
**MARIE A. ARNOLD, MISTY L.** )
**TILGHMAN, PATRICIA A.** )
**WAGGONER, ANGELIA B. KING,** )
**CYNTHIA A. RIDDLE, MARTINA** )
**M. CHANDLER, SUSAN A.** )
**FRANKLIN, PRISCILLA A.** )
**GUILLORY, CAROLYN J.** )
**BROWN, PATRICIA A.** )
**ANDERSON, DORINDA L.** )

**MARCH, RITA N. SWICK, SUSAN** )
**M. TALLY, DONNA L. HAGOOD,** )
**BARBARA F. MIRACLE,** )
**REBECCA L. MCCARTY, SHARON** )
**A. AVERY, MELISSA K. HAYS,** )
**RUTH L. TAYLOR, RENNA R.** )
**THEIS, JAMES R. VAUGHN,** )
**MARGIE A. BAXTER, SHARON R** )
**BARNHILL, DANNA G.** )
**MCHARGUE, MARY M.** )
**MATHESON, JIMMIE R. HOBBS,** )
**GRETA L. WOODS, DIANE L.** )
**NOEL, ADRIENE L. BALL, JO D.** )
**ROBINSON, MATILDA S. LEWIS,** )
**JACQUELINE JAMISON, EVELYN** )
**B. FREEMAN, JANIS A. DWYER,** )
**DEBORAH J. TURNER, DENA A.** )
**SKAGGS, SHARON K. BARNETT,** )
**PATRICIA A. SANDERS, WILLIE** )
**M. FARMER, DOROTHY L.** )
**LOVELACE, DORIS M. NEASE,** )
**NITA C. ROOF, BRENDA J.** )
**EDWARDS, SHEILA G. ROWE,** )
**CHERYL J. SNELL, FREDDIE D.** )
**LARMON, LINDA D. DAVIDSON,** )
**MELISSA A. COX-KAISER,** )
**CAROLYN S. TAPP, CAROL A.** )
**GUFFEY, ELAINE J. HAJEK,** )
**BILLIE J. BROWN, JUDY K.** )
**CUTTER, BRENDA F. BRALEY,** )
**RONNA J. RICHARDS, BONNIE E.** )
**HUFFMAN, LORI R. PAINTER,** )
**CAROL R. SCOTT, PATRICIA A.** )
**MCCOY, RAMONA J. DEPPELER,** )
**SHARON K THORN, CHERYL G.** )
**GOLDSMITHCECILE A. BAXTER,** )
**LOUISE BROWN, PAM L.** )
**THOMAS-SANDERS, CLAUDIE O.** )

MILLER, JUDY A. PARRISH,　　　　　)
DONNA J. DAVIDSON,　　　　　　　　)
MARGARET M. WOODS, BILLIE　　　)
K HOOPER, GLENNA　　　　　　　　)
BRASSFIELD, JOAN E.　　　　　　　　)
BUSHNELL, JAMES R. GEE,　　　　　)
THELMA J. O'KELLY, MARILYN　　　)
A. BENNIGHT, BOBBIE A.　　　　　　)
GRIFFIN, DARLENE M.　　　　　　　)
GOODRICH, GUADALUPE S.　　　　　)
HARRISON, GLEN D. SWAIN,　　　　)
MARCIA L. WEATHERS, SHARON　　)
K. COPE, DARLA A. SCHMIDT,　　　)
NELDA L. BRANNOCK, TAMMY　　　)
M. PARISH, DEBORAH S.　　　　　　)
LESSERT, BARBARA G. CUSICK,　　)
MICHAEL J. GRIMES, MATTHEW　　)
L. CLARK, BETTY J.　　　　　　　　)
KLUSMEYER, MARY J. SHEETS,　　　)
SANDRA M. MEADOWS, BETTY J.　)
SHULTZ, SANDRA E. BENHAM,　　　)
CAROLYN A. STEWART, VENITA　　)
A. HALL, ANDREA E. GIFFORD,　　)
DEANNA J. SHAW, SHERRY J.　　　)
LATHERS, CAROL Y. SMITH,　　　　)
GLENDA S. RUTHERFORD,　　　　　)
HALLIT E. COLLINS, LISA M.　　　　)
HUNT, ELVA M. BARNS, SANDRA　　)
L. JAMES, CINDY MCBRAIN,　　　　)
RUTHIE M. SCHULTZ, FREDDIE　　　)
L. SMITH, SHARON L.　　　　　　　)
NEWBERRY, SHARON G.　　　　　　)
MAYABB, CARROLL R.　　　　　　　)
STENGER, LOU ANN COOK, EVA　　)
J. COLEMAN, JEWEL YOUNG,　　　　)
IRA M. WRIGHT, BOBBIE J.　　　　　)
RACKLEY, SHERRY L. STONE,　　　　)
SAUNDRA K. YOUNG, SHARON L.　)

SEBRANEK, JOAN RUSSELL,                    )
DEBBIE S. KASLER, BONNIE R.                )
SIMPSON, JOANN SHAW,                       )
JOSEFINA S. ALGER, NOWITA A.               )
MARTIN, ELLA J. HELMS, EDNA                )
J. JOHNSTON, KENT A. PARKER,               )
JUNE E. DOUGLAS, DONNA K                   )
LUCAS, SHIRLE J HAMILTON,                  )
DERUTHA RICHARDSON,                        )
VIRGINIA L. THOMAS-TUTT,                   )
CAMISHA A. BLACK, WILLIAM                  )
M. KLEIN, TERESA S. KUKUK,                 )
LADONNA K. WYCKOFF, CATHY                  )
MALONE, DEBBIE SNIDER,                     )
LORENE S. BEHN, LESLIE                     )
PERRY, CECILIA C. SMITH,                   )
LOAN L. NGUYEN, GERALDINE                  )
GLOVER, MARY E. HOGUE,                     )
JOSEPH N. HADDAD, ALTHIA                   )
MCELWEE-GUESS, HELEN A.                    )
SISCO, PENNY J. KLEIN,                     )
KATHLEEN A. REED, CHRISTINA                )
A. SANTOS, JO NITA WHITE,                  )
ROBIN A. HICKS, CONNIE L.                  )
JOHNSON-FUHRMAN, NANCY F.                  )
DAVIS, CARL D. SISCO, HELEN                )
M. WORTHEN, VERA E. BRASCH,                )
DONNA L. MASON, MARY E.                    )
FOLEY, LINDA STEWART,                      )
CHRISTY R. HILEMAN-                        )
JACOBSON, TINA BARNUM,                     )
MARY K SHELTON, MARILYN J.                 )
ANTHONY, NORMA KNIGHT,                     )
CYNTHIA A. LEDBETTER, KERRI                )
RICHARDS, LANET GREENHAW,                  )
MELISSA ANDERSON, PATRICIA                 )
A. WHEELER, MARLA JONES,                   )
DANA STOLL, IDA D. BOLDEN,                 )

6

PHILLIP L. WISE, DELINDA O.　　　　)
WISE, TABITHA WILLIAMS,　　　　　)
BILLY D. SOSSAMON, ROBERT F.　　)
KARNES, MARY L. JONES,　　　　　)
SHERRY A. HALEY, KAREN M.　　　)
NICHOLS, PATRICIA A. PATTON,　　)
JULIE D. RAMIREZ, NATALIE L.　　　)
SCHULDT, DEBORAH L.　　　　　　)
JOHNSON, JEAN A. ALLEE,　　　　　)
MARY L. BIVINES, TANYA L.　　　　)
PARRISH, JOCELYN KENNER,　　　　)
DEANNA D. NEWELL,　　　　　　　)
EARTHSAIL WILSON, JAMES W.　　　)
HERRIN, IRMA L. VERA, LOU U.　　　)
CLARK, JOANN WALTRIP,　　　　　)
LORETTA G. JACKSON, CORA A.　　)
HOPKINS, DIANE MCKUIN,　　　　　)
LINDA S. BETHEL, MARK G.　　　　)
BUCHANAN, WILLIAM J.　　　　　　)
KAHLER, VALERIE L. MCBRIEN,　　)
DEBRA K. YOUNG, DENISE L.　　　　)
MAGUIRE, DONNA S.　　　　　　　)
LAWRENCE, KAREN A. WEAVER,　)
SHARI L. MORGAN, SHIRLEY J.　　)
REESE, LAURA L. HAMILTON,　　　)
ROY D. SAUNDERS, DONNA J.　　　)
DUNCAN, ALMA M. MCELHOE,　　　)
DEBBIE S. MOODY, JERI L.　　　　　)
PATTON, PATTY R JOHNSON,　　　　)
LORENA W. RICE, SANDRA K　　　)
ONLEY, CAROLYN S. MOSELEY,　　)
RUTH A. DOBBS, GRACIE　　　　　)
MELSON, DIANA M. HUNT, BILLY　)
G. SMITH, LACRETIA D. MCDOW,　)
DEBRA D. AMADOR, KYRA T.　　　)
CHILDERS, BARBARA J.　　　　　　)
LEHMAN, CAROL A.　　　　　　　)
SPRINGSTEEN, CONNIE J.　　　　　)

**RAGLAND, SHIRLEY J. COUNTS,** )
**ANGELA M. FARRIS, MARK A.** )
**MONROE, SANDRA K JOHNSON,** )
**DEBBY A. NABORS, LYNDA K** )
**POE, KAREN S. LANG, SHERRY R.** )
**HIBBEN, COLLEEN A. MACSAS,** )
**ANNA R. STACY, TAMMY S.** )
**MACK, JANICE D. ADAM, VIVIAN** )
**A. BROWNLIE, KATHLEEN C.** )
**STUMP, BILLIE B. BROWN,** )
**KAREN GRACE, KAREN D.** )
**RICHARDS, ERMA L. HUFF,** )
**LINDA RYE, PATRICIA BRISCOE,** )
**CLAYTON M. JENKINS, JANADA** )
**JENKINS, LAURA L. EVERETT,** )
**DONNA STRAWN, DONIS J.** )
**WILKERSON, JANIS L. ALLEN,** )
**GLORIA J. BRIDGERS, DAYNA L.** )
**BUDLONG, PATTI L. BAILEY,** )
**BETTE J. CHASTEEN, MEDEA T.** )
**WILKERSON-HENSLEE, ROBBIE** )
**J. JOHNSONWEYLIN** )
**BOHANNAN, COLLEEN D.** )
**MICHAEL, CHARLES L.** )
**MICHAEL, PATRICIA E. TITTLE,** )
**MARY F. FOSHEE, DARLA S.** )
**MCCLURE, LUCINDA K.** )
**HILLARD, DORIS M. HALL,** )
**SHARON DANIELS, KAREN S.** )
**BENEDICT, SHARON D. RAY,** )
**WILLIAM W. HULETT, JERRY F.** )
**DOWNING, SONDRA A.** )
**CALLOWAY, HOLLY ELLIS,** )
**BARBARA HECKMAN,** )
**ELIZABETH A. WOLFE,** )
**KRISTINE K LANCE, DANA C.** )
**CUNNINGHAM, SANDRA K.** )
**HEIMBACH, MARY F. LOFTIN,** )

LINDA S. MOORMAN,                        )
KATHERINE A. FLANAGAN,                   )
TERRY RUNYON, JANICE R.                  )
SMITH-ELIAS, MARY K.                     )
MOUNTZ, KATHLEEN S. MATA,                )
LANA R. MCGEHEE, LEONA L.                )
BOOTH, FRANCES J. BROOKS,                )
BARBARA ASHER, BRENDA F.                 )
DECKARD, CARLINE GAYLOR,                 )
LINDA L. MARTIN, CONNIE R.               )
COLLIER, CATHERINE S.                    )
BREWER, BERNICE A. HOLDEN,               )
LYNDA L. GILLMAN, JUDY K.                )
REIMER, BARBARA F. TARRANT,              )
JIMMIE C. RICHARDSON, MARY               )
C. WILHELM, JUDY K.                      )
MCDONALD, JANICE G. DENNIS,              )
PATRICIA A. JOHNSON, SHIRLEY             )
DIETZ, IVA BURKHART, LINDA               )
C. HALEY, BRENDA J. MOON,                )
CYNTHIA COLEMAN, SHERRY J.               )
WESTBROOK, LAURA E. PAYNE,               )
SHAYNA S. ESTEP, PATRICIA A.             )
LOVELAND, FRANCES F. WARD,               )
DERENDA R. CANNON, ELAINE                )
STEWART, DAVID L. TUCKER,                )
MARY F. NABER, SHELIA W.                 )
BAILEY, GENEVA A. LAWSON,                )
EVELYN R. DIES, SHARON G.                )
KITTS, KARRI D. THOMPSON,                )
SANDRA K COLMAN, EDITH F.                )
SEQUERTH, SANDRA G. TILSON,              )
DONNA C. RILEY, JONELLA A.               )
SHIRE, WILINDA F. FOLKS,                 )
LINDA M. CLABAUGH, SUSAN M.              )
MCCUNE, GAYLA A. MILLER,                 )
JUDY K. VINSON-WEAVER,                   )
SANDRA K. WOOD, CYNTHIA G.               )

**WHITAKER-PETTY, CAROLYN A.** )
**YOHEY, JEANNE L. MATTHEWS,** )
**JANICE LEMERY, MARGIE I.** )
**SEAMANDS, LYNDA L.** )
**TRUSSELL, LILLIS M. WHITE,** )
**NANCY L. COFER, IMA J.** )
**SWEAZEA, ADAM L. GIBSON,** )
**LENA D. BRADLEY, LORETTA A.** )
**BOLLER, EARON J. SMITH,** )
**DIVINA RODRIGUEZ, JOHNETTA** )
**PEERY, SHARON L. TUCKER,** )
**DEEANNA KALLMEYER, JIMMY** )
**D. HOCK, BETSY L. HOWE,** )
**PATRICIA WIEBUSCH, JUDITH** )
**KAYE WALKER, GEORGEANNA** )
**RICHARDSON, JUDY A. BAIRD,** )
**MARGARET B. JERVISNEWT I.** )
**TYNER, LINDA C. CLEMENT,** )
**LAJOYCE JACKSON, KIMBERLY** )
**L. PRIEST, CHERYL D. HARRIS,** )
**MANDY IVIE, LINDA K HALL,** )
**IMOGENE BAUER, LANA R.** )
**REED, BETH A. TAPPAN,** )
**DOROTHY P. BRIDGE, RITA J.** )
**SMALTS, PAULA COYLE, JANICE** )
**L. VANHORN, JUDY MASTELLER,** )
**DAVID TREVINO, ROANN B.** )
**GIFFORD, CHARLENE R.** )
**BUERGER, THERESA L. MORRIS,** )
**BEVERLY A. BOHANNON, BILLIE** )
**R. HARRY, LINDA L. PARRISH,** )
**LORI M. ZANDER, TERRY A.** )
**DIXON, KATHY A. EVANS,** )
**CHRISTA L. JUMPER-HEFLEY,** )
**JUDITH A. HEFFLEY, STACEY J.** )
**ENGLAND, PHYLLIS A. MEARS,** )
**DELLA G. NEELY, BRUCE B.** )
**SMITH, JANET C. REMIS, KAREN** )

**J. FOX, NORMA J. BLOSSER,** )
**NORMA J. CURTIS, ELIZABETH** )
**L. FORTNEY, TAMI L. COOK,** )
**MONA BENABOU, DEBORAH L.** )
**ESCOBOSA, JUANITA B. YODER,** )
**CHRISTY E. BARROWS, DEBRA P.** )
**FARRUGGIA, LUCILLE E.** )
**PRETTO, PAMELA R. WEGER,** )
**MARY O. JEFFREYS, SUSAN B.** )
**GILLILAND, JOLEN BELL,** )
**MICKIE G. GARCIA, CLAIRE E.** )
**CLARK, MILDRED I. TODD-** )
**CAFFEY, PATRICIA A. BAIN,** )
**JAYNE P. HARVEY, FLORENCE** )
**NOEDING, JERRELLENE C.** )
**ROGERS, BRENDA K. BRINKLEY,** )
**CARLA J. MALLOW, MARGARET** )
**M. LEGRAND, RHONDA E. ROSE,** )
**PATSY R. COLLIER, KAREN D.** )
**OWEN, AMY C. RAY, DIANE** )
**REDGER, RAE A. SOMMA,** )
**BECKY J. MELTABARGER, JOHN** )
**W. WRIGHT, CHARLOTTE J.** )
**DANIEL, WAYNE R. FANNING,** )
**DEBBIE A. FREEZE, RALPH E.** )
**JACKSON, DARLENE M.** )
**STAGNER, VICKIE L KINKAID,** )
**CHARLOTTE L. CRANFORD,** )
**VIRGINIA R. JORDAN, ATALOA** )
**A. HADIX-WALKER, MARILYN S.** )
**WALKER, SHARON E. PREWITT,** )
**NANCY R. WARD, VICKIE R.** )
**VETTER, WELDA J. GENNINGS,** )
**RAMONA MANWARREN, NORMA** )
**JOHNSON, DEANNA SANROMAN,** )
**DARLA R. MACH, WILLIAM E.** )
**HILL, TERRI JENSEN, DOROTHY** )
**TAYLOR, MONA J. SCHROEDER,** )

LARRY D. WILLIAMSON,　　　　　　)
CHARLENE T. JOHNSON,　　　　　　)
CHERYL JEAN WORLEY,　　　　　　)
DEBORAH A. WILMOTH, DORIS　　)
J. REED, MARY S.　　　　　　　　　)
SCHULTINGKEMPER, PAT R.　　　)
LAWSON, LINDA H. GIFFORD,　　　)
CECIL R. MILLER, CHERYL E.　　　)
LITTLE, MARRILYNN G. ADAMS,　)
DARLENE TROUTKATHY L.　　　　)
SCHECKEL, ELSIE ON-THE-HILL,　)
DOROTHY M. BINGMAN, SANDY　)
K. MCCARTY, CRAIG K. GAINES,　)
FRANCES M. WILLIAMS, LINDA　　)
F. MAYES, PAMELA A. HURT,　　　)
GLORIA J. ESSARY, ALMA L.　　　)
WASHINGTON, BILLY F.　　　　　　)
HOUSTON, BARBARA J. CARTER,　)
ROBIN L. LAWLESS, MELINDA J.　)
LOTT, KATHLEEN A.　　　　　　　　)
MCLAUGHLIN, TERESITA D.　　　　)
JOHNSON, KATHRYN L.　　　　　　)
MCCASLIN, KATHIE RIOS,　　　　　)
DENISE REINART, JOAN P.　　　　　)
PHILIPP, PEGGY L. DEWOLFE,　　)
BRENDA FREE, CHERYL L.　　　　　)
LANE, MELVINNA L. HICKS,　　　　)
ROSA OCHOA, LINDA S. EYLER,　　)
MISTY ZEBERT, MARY A. KEMP,　　)
EVELYN B. CHAVEZ, JANET S.　　　)
HARRIS, PAT HOWELL, BETTY　　　)
JO KINDRED, SANDRA K. COIT,　　)
KRISTY L. SUMMERFIELD, LISA　　)
D. NICHOLS, CHARLENE D.　　　　)
PLUMLEE, LYNDA E. ROGERS,　　　)
SHERYL J. WOODS, TERESA D.　　　)
OVERSTREET, TONIA A.　　　　　　)
DEKOCK, RICHARD A. TANNER,　　)

ANGELA L. RUMMERY, MARSHA )
A. POTTS, ELIZABETH A. )
LORENZ, CHARLOTTE )
BRUMLEY, SUSAN D. MORRIS, )
JANICE L. HARPER, MICHELE M. )
GARDNER, FREDA L. VEACH, )
VICKI L. WASSON, LINDA K. )
JOHNSON, TERI L. BICKEL, )
JAMES G. SUMMITT, KELLY D. )
KLIEWER, CARLDEANE K )
MCFARLAND, ANN ROMESBURG, )
WANDA M. SHIPLETT, IVY J. )
DAUGHERTY, HENRY MALONE, )
RITA L. NASH, WANDA A. )
RITTENHOUSE, SUSAN MONROE, )
SHIRLEY A. CAMPBELL, )
GLYNDA K. OFFUTT, CAROL A. )
SWETT, MERI IRWIN, JANICE L. )
REIMERS, SANDRA E. SAMPLE, )
RHONDA SATTERLEE, VIRGINIA )
A. STAFFORD-JOHNSON, )
LAVERN DAVIS, LANA J. )
DERKSEN, JOYCE ELLYSON, )
DEBORAH L. BUSCHNELL, )
LAURA J. JAMES, LEA ANN )
BISHOP, JANET B. GARRETT, )
RICK D. THOMPSON, SHIRLEY J. )
MERCER, DOROTHY M. SILER, )
BEVERLY K. ANNIS, MYRA )
MCCRACKIN, JUDITH E. BLAND, )
DANNA L. HUMPHERS, TAMMY )
R. ROYER, DOLORES D. )
RUSSELL, ROBBIE G. GENZER, )
NOLA S. HOWARD, ANGELA )
LANCASTER, MARGIE K )
BOYLES, EDDIE R. WHITEHEAD, )
BEVERLY P. OWENS BROWN, )
POOCHIE E. PETRE, JACQUE S. )

GREENHAW, VALERIE J.                       )
VANZANDT, SHARON K.                        )
DANIELS, CONNIE K. HARRELL,                )
JOHN M. PRENTICE, LYNDA                    )
VELEZCONNIE M. LAMBERTH,                   )
MARIE A. BLAKLEY, MADELYN                  )
RAINBOLT, MARTHA BEDGOOD,                  )
VIRGINIA A. ADKINS, SANTIAGO               )
SOTO, JOYCE CHANEY,                        )
ELIZABETH WELLNITZ, GLORIA                 )
WOODS, KAREN M. HOFFMAN,                   )
JEANETTE M. CURB, MELISSA A.               )
COONROD, DIANA F. FOGLER,                  )
JENNY L. CASSELS, EDDIE                    )
BRANTES, SHIRLEY J. GATHERS,               )
RHONDA L. RICHEY, RICHARD                  )
A. HENSON, ANGIE PARKER,                   )
HELEN J. LANGDON, MARY M.                  )
CUNNINGHAM, NANCY R.                       )
GLEATON, RUBY E. HENDRIX,                  )
PAMELA J. NICHOLS, VERNA                   )
RAGOSS, LINDA S. FARR,                     )
JEANNE C. ELLIS, HOPE I.                   )
LAYMAN, SONDRA R. SPENCER,                 )
MONICA E. LOCKE, VICKI L.                  )
CORBITT, BARBARA J. KENT,                  )
RAMONA L. SEYMOUR, IRIS J.                 )
SHADOWEN, MARY A. BROOKS,                  )
SANDRA K. OWENS-MITCHELL,                  )
ROBIN R. DARLIN, PAMALA A.                 )
RAPLEY, BETTY J. HAMMOND,                  )
CECIL F. RAMSEY, PEGGY                     )
HENRY, CATHY BROOKS,                       )
CHARLOTTE E. MILLIGAN-                     )
CARPENTER, JEAN H. RUSSELL,                )
NORMA J. JOHNSON, CARLA S.                 )
LEBARRE, LINDA D. BRINEGAR,                )
MARILYN L. BUIE, HAZEL C.                  )

CANDY, VISIA E. SWEAT, DEBBIE     )
J. HAMPTON, DONNA B.              )
CANTRELL, PATRICIA L. BOYD,       )
KATHRYN D. STEGALL,              )
WILLIAM C. SPRAY, JUDITH K.       )
LEVINGSTON, MARISA D.            )
KUHLMAN, LINDA VANN,             )
DENISE L. BROWN-PRITCHARD,       )
CHARLENE D. TAYLOR,              )
BEVERLY A. POUNDERS,             )
DOROTHY M. HUMPHREY,             )
DEANNA L. HENDERSON,             )
ROSEMARY LEVERSON, ALBERT        )
VILLEGAS, BILLIE C. BAYE,         )
CHARLENE R. SENDEL, ANITTA       )
M. SCHOLLENBARGER, DENISE        )
L. MOORE, CHERYL E. SIMPSON,      )
LINDA J. WEBB, MARITTA S.         )
JONES, AMBER D. SAMPLE,          )
MARCIA A. NOLAN, DAGMAR K.        )
MARINICH, NORMA J.               )
KUYKENDALL, TERRI L. BUELL,       )
PAMELA J. MCGREGOR,              )
DONALD C. MORTON, CYNTHIA        )
B. BLANTON, JEAN L. WARD,         )
JOYCE V. SHEPLER, SANDRA L.       )
POSEY, IVA L. LIVINGSTON,         )
LORI K. TAYLOR,                  )
HENRIQUETTA K. DIAZ, LESLIE       )
M. FLANAGAN, MICHELLE L.          )
POWERS, JOYCE L.                 )
HOLLINSHEAD, MARCELLA E.          )
CARTER, CAROL S. FELCH, LOIS      )
E. WEDEL, KIM S. CURRIER,         )
SANZEE G. SUTHERS, ELMO M.        )
CASTLE, BECKY A. WILSON,          )
DWIGHT L. MEHLIG, KAREN S.        )
COLE, DARLENE F. FORTSON,         )

PEGGY J. PERRY, GLENDORA          )
FANNING, TERESA S. BREWER,        )
CATHY A. ALDRICH, MARTHA J.       )
SMITH, SARAH J.                   )
HOOGENDOORN, FLORENCE A.          )
BROWN, DONNA R. LESEMANN,         )
LORENDA G. MOORE, LOIS J.         )
MARTIN, LEAH M. SMITH,            )
CAROL S. MORRISON, KERRY J.       )
MILLER, KAYE S. HEMPHILL,         )
TERRY G. MORTENSON,               )
COYANNA GREGORY, DEIDRE L.        )
DAWSON, BARBARA L. LITTLE,        )
SHELLY D. PONS, KELLIE D.         )
DUNN, DIANE THOMAS, BRENDA        )
E. HOSTETLER, PAULA MITTS,        )
ROBBIE LANDON, CYNTHIA J.         )
WHITE, COETTA A. LAMPE,           )
CAROLYN D. JACK, MARY Y.          )
REED, VERA J. AVOLEDO,            )
TONDA S. EDWARDS, LINDA C.        )
SCRIVNER, BRENDA S.               )
HAGEBUSCH, DEBRA L.               )
LAWSON, LINDA G JONES, DANA       )
PICKETT, PEGGY J. ANDERSON,       )
LAUREL H. CARROLL, LINDA J.       )
WILKERSON, JAMES R. SWARTZ,       )
RICHARD E. MELTON, SUZANNE        )
HICKS, CINDY M. RIGGS, KAY V.     )
KIRKLAND, BONNIE W. DAVIS,        )
TANYA YOVELLA, CHARLENE           )
MCROBERTS, GLORIA D.              )
ELLISON, LINDA S. LOYD, LINDA     )
D. NORTON, GLORIA D.              )
ROBINSON, ERIKA PAYNE,            )
GERALDINE ALJUWANI, JEAN S.       )
IVERSEN, JUDITH A. STARK,         )
ANNE L. PRITTERS, TERRI A.        )

PAGUIBITAN, MARSHA A.                )
HARRISON, ELAINE G.                  )
WHEELER, KELLI J. STRATTON,          )
KAYE L. FITE, CAROLYN J.             )
MAXWELL, CAROLYN S.                  )
WRIGHT, LAURIE J. HACKER,            )
SONDRA E. ELLIOTT, JANICE L.         )
BOZARTH, LORRAINE E.                 )
PARKER, LINDA SUE COX,               )
PATRICIA K KISER, LAURIE D.          )
CLARK, TERRY D. MEADE,               )
TAMMY L. NASH, JOANN                 )
BRUMLEY, EMMETT C. KELLEY,           )
JOAN N. FERRIS, REBECCA              )
SHANK, SUE A. RISINGER, JOYCE        )
VARES, MAURICE S. AUSLEY,            )
DIANE K HALL, PATRICIA ANN           )
MASONER, GAYLE M. JOHNSON,           )
GEORGIA BAILES, KELLYE D.            )
GRIFFITH, JOHNNIE E.                 )
HANCOCK, TERESA C. SUAZO,            )
DEIDRA F. ANDERSON, SUSAN L.         )
JACKSON, CAROLYN K                   )
OSBORNE, BRENDA PARKER,              )
DONNA ANN REEDY, ESTHER C.           )
WALLING, DELCY L. DUNHAM,            )
JANE A. CHERRY, GLENNA K             )
EDLER, SHERRI L RATCLIFF,            )
CYNTHIA LUDEAN LEDFORD,              )
J.D. GARLAND, DIANE M. ROOT,         )
KIRBY L. HANCOCK, PAMELA             )
V.M. HUGHES, EMILY A.                )
BALLARD, DOROTHY L.                  )
MULLEN, TERRIE W. DOUGLAS,           )
PAMELA D. MULLINS, GAYLE H.          )
FONTANA, ROBERT H.                   )
SHULLICH, DUANE O. JUDD,             )
DANA S. DANIELS-AYERS,               )

**DOROTHY J. SMITHART,** )
**FLORENE C. STURM, GEORGIA** )
**A. SANDERS, KARLA F. SAUCIER,** )
**BETTY J. EAKINS, PHYLLIS J.** )
**MCLAUGHLIN, CINDY D.** )
**RATLIFF, JACKIE A. FUNCK,** )
**MYRNA WATKINS, ELIZABETH** )
**ANNE ECKER, KISHLA R.** )
**MESSER, JANA SKINNER, LILLIE** )
**R. WILSON, BARBARA A.** )
**HOSKINS, SARA J. MCNALLY,** )
**ELIZABETH PUTMAN, BARBARA** )
**A. WARD, LESA S. WILLIAMS,** )
**DIANA L WHITEMAN,** )
**KIMBERLY A. PATRICK, LAURIE** )
**L. HOLMES, EVELYN J. ROSS,** )
**REBECCA A. ROBSON, DEBORAH** )
**L. ELLEDGE, SHARON M.** )
**LINDQUESTER, BRENDA K** )
**HATCH, ANNA M. COCHRAN,** )
**MARJORIE A. HILLMANN,** )
**CAROL C. SELLERS, PAULA L.** )
**HANCOCK, BRANDEN R.** )
**HUNTER, LINDA J. CULVEY,** )
**MARGARET J. CURRIER, PEGGY** )
**L. NELSON, BONNIE L. MARTIN,** )
**JUDY C. HILL, RUDARLA K** )
**OTERO, TANYA L. CULBERT,** )
**ESTELLA Y. MERCER, KAREN K** )
**MILLS, TERESA A. BILLS, SHARI** )
**A. HARRIS, MARILYN J. LOGUE,** )
**LISA R. SELF, JOSIE M.** )
**DAVIDSON, BARBARA J. KIRBY,** )
**ROBERTA M. ALLEN, VIRGINIA** )
**D. KOCH, RHONDA S. ROGERS,** )
**MARGARET A. THOMAS,** )
**MARGARET L. HANS, DORIS S.** )
**WILGUS, TERRI G. WEHR, W.** )

18

**MARTISE PAPPAN, JULAINE P.** )
**OGDEN, GLORIA J. LINVILLE,** )
**WANDA L. MCCLELLAND,** )
**REBECCA J. KING, LANA EBERT,** )
**JUDY L. REAGAN, BRIAN L.** )
**HIEBERT, JOY B. HOWELL,** )
**VICKIE G. HERR, DALE W.** )
**MOORE, CYNTHIA J. SUITER,** )
**SHIRLEY L. CHOAT, BARBARA A.** )
**GLASSON, LOUISE M. HOWE,** )
**ROBERT B. HARPER, RAYMOND** )
**M. BRIGHT, JOAN E. JACKSON,** )
**LILLIE J. PETILLO, HARLEY H.** )
**HILL, JONI L. BRIONES, WILMA** )
**J. BRIONES, LAJUANA J.** )
**KITCHEN, ROSE L. DAVIS, RITA** )
**J. MAHAR-WARSHELL, JEAN L.** )
**SMITH, ROSE L. BRANCECUM,** )
**JUDY K STANTON, LINDA L.** )
**CROW, WINNIE M. KIRK,** )
**ANDREA D. RAINS, ELIZABETH J.** )
**MCFARLIN, JANINE L.** )
**MANGRUM, PATRICIA D.** )
**HUBBARD, LEACIA D. WRIGHT,** )
**LANADA K WATSON, DANITA J.** )
**GORDON, KATHY L. BRAY,** )
**PHYLLIS A. FLORA, CHERYL L.** )
**HARTLEY, PATRICIA N. DRIVER,** )
**MANESAH L. HUBBLE, KAREN O.** )
**MITCHELL, FREDIA J. RICE,** )
**JUDY L. RIDDLES, STACEY J.** )
**BOWEN, TERRY K CARNELL,** )
**ELOISE I. BISHOP, LINDA K.** )
**CALVERT, CHRISTY K. DART,** )
**FLOYE E. KIMMEL, SUSAN** )
**CAMPBELL, SHARON K. CRAUN,** )
**ALISHA L. REYNOLDS, LESLIE J.** )
**NAUGHTON, PEGGY S. BIDDLE,** )

CHERYLL L. FIELDS, ROSA L.           )
WHIPPLE, LAURIE V. KOHLER,           )
DORIS CRABTREE, JAMES J.             )
JABLONSKI, DIANNE JOHNSON,           )
FAYE FUCHS, MARLENA MYERS,           )
DONNA M. MCCLURG, LINDA J.           )
KORFMAN, LA DONA J.                  )
CHARTIER, HARRIET L. LLOYD,          )
DONNA L. COX, SHERON A.              )
KINDRED, BARBARA E.                  )
SOLORIO, MYRNA L. SWALM,             )
RUSTY E. HAGER, TONYA S.             )
DORSEY, PATRICIA L. MARTIN,          )
JAYLYN G. ROGERS, BARBARA            )
K. ALBRITTON, ELIZABETH M.           )
HILL, JULIA D. RHINEHART,            )
LOIS A. JENNINGS, LEONA M.           )
HARRIS, BARBARA J. PITTMAN,          )
MYRTLE M. PADGETT,                   )
SHEARLYON F. MAHAN, MONA             )
B. KEMP, SANDRA MCGINNIS,            )
MELBA K. SCHOOLFIELD,                )
SHARON B. KENRICK, AND               )
JANICE M. TAYLOR,                    )
                                     )
                                     )
                                     )
            PLAINTIFFS,              )
                                     )
VS.                                  )
                                     )
AMERICAN HOME PRODUCTS               )
CORPORATION, now known as            )
WYETH CORPORATION; WYETH             )
PHARMACEUTICALS f/k/a                )
WYETH-AYERST                         )
PHARMACEUTICALS, INC., A             )
DIVISION OF AMERICAN HOME            )

**PRODUCTS CORPORATION f/k/a**          )
**Wyeth Laboratories, Inc.; ROBERT**    )
**L. SCOTT, a citizen of the State of** )
**Georgia; JOHN A. MOLNAR, a**          )
**citizen of the State of Georgia;**    )
**ANTHONY D. ADAMS, a citizen of**      )
**the State of Georgia; ROBIN W.**      )
**JONES, a citizen of the State of**    )
**Georgia; and AVERY T. LANIUS, a**     )
**citizen of the State of Georgia,**    )
                                        )
　　　　**DEFENDANTS.**                    )
                                        )

## NOTICE OF REMOVAL

Defendants Wyeth, formerly known as American Home Products Corporation and including defendant Wyeth Pharmaceuticals, Inc. (formerly known as Wyeth-Ayerst Pharmaceuticals, Inc.), Robert L. Scott, John A. Molnar, Anthony D. Adams, Robin W. Jones and Avery T. Lanius (collectively, "Petitioners") file this Notice of Removal removing this action from the State Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division. For the reasons stated below, this Court should sever, and retain jurisdiction over, the claims of all the plaintiffs except for Patricia A. Johnson, Shirley Dietz, Faith J. Jones and Gayle H. Fontana – the only plaintiffs claims against a properly joined non-diverse defendant.

## Preliminary Statement

Plaintiffs allege that they were injured by the diet drugs fenfluramine (Pondimin®), dexfenfluramine (Redux™), and/or phentermine.  Pondimin often was taken in combination with phentermine.  Wyeth sold Pondimin and Redux, but not phentermine.  Phentermine was sold by a number of other companies.

All federal diet drug cases have been consolidated before the United States District Court for the Eastern District of Pennsylvania (the "MDL Court") since 1997.  The MDL Court has developed substantial expertise with respect to the legal and scientific issues presented in diet drug cases.  In 2000, the MDL Court approved a nation-wide class action settlement (the "National Settlement").  The settlement class includes all diet drug users except for those who opted out of the class.  Plaintiffs allege that, although they are members of the settlement class, they may sue under provisions of the National Settlement that permit class members to file lawsuits in certain circumstances.[1]

---

[1]  It is yet to be determined whether plaintiffs meet the medical and other criteria for being permitted to assert such claims under the terms of the National Settlement.  If they do not meet those criteria, an existing injunction entered by the MDL Court bars and enjoins plaintiffs from asserting their claims.  Brown v. Am. Home Prods. Corp., Nos. 1203 and 99-20593, 2000 WL 1222042, at *72 (E.D. Pa. Aug. 28, 2000).  If this case is transferred to the MDL Court, the MDL Court will determine whether plaintiffs meet those criteria.

There has been an explosion of cases in the diet drug litigation in which plaintiffs attempt to evade the MDL Court by filing lawsuits in state court, fraudulently joining non-diverse defendants, against whom there is no reasonable possibility of recovery or any good faith intent to pursue a claim, and misjoining in one complaint the claims of dozens or even hundreds of plaintiffs, only one or a small number of whom are not diverse from Wyeth.  The MDL Court addressed this problem in Anderson v. American Home Products Corporation, 220 F. Supp. 2d 414 (E.D. Pa. 2002), explaining:

> What has been transpiring can only be characterized as a sham, at the unfair expense not only of AHP [now known as Wyeth] but of many individuals and small enterprises that are being unfairly dragged into court simply to prevent the adjudication of lawsuits against AHP, the real target, in a federal forum.

Id. at 425 (emphasis added).   The Court cautioned that "'so long as federal diversity jurisdiction exists . . . the need for its assertion may well be greatest when plaintiff tries hardest to defeat it.'"  Id. (quoting Boyer v. Snap-on Tools Corp., 913 F.2d 108, 111 (3d Cir. 1990)).

In Anderson, the MDL Court specifically held that the plaintiffs had fraudulently joined phentermine manufacturers, sales representatives, pharmacies and doctors to try to defeat diversity jurisdiction.  220 F. Supp. 2d at 420-25.  The MDL Court concluded that the phentermine defendants were fraudulently joined

because, among other things, there is no epidemiologic data that phentermine actually causes heart problems, and phentermine defendants have been "routinely and voluntarily dismissed from hundreds of cases by plaintiffs without any settlement." Id. at 421; see also id. at 420. The MDL Court also concluded that the sales representative defendants were fraudulently joined, noting that the complaints failed to allege that the sales representatives supplied plaintiffs or their doctors with any drugs, failed to comply with Federal Rule of Civil Procedure 9(b), and failed to provide a reasonable basis for any claim under state law. Id. at 424-25. The MDL Court further concluded that the pharmacy defendants were fraudulently joined because there was no basis for a claim against them under state law and diet drug plaintiffs "never pursued [them] to judgment." Id. at 424.

Addressing the claims against the defendant doctors, the MDL Court found that forty-eight of the fifty plaintiffs had not been treated by the doctors. Accordingly, the claims of the only two plaintiffs who had been treated by non-diverse doctors were remanded to state court, and the MDL Court retained diversity jurisdiction over the claims of the other forty-eight plaintiffs. Anderson, 220 F. Supp. 2d at 422. This was consistent with the MDL Court's prior decision in Chaney v. Gate Pharmaceuticals, No. Civ.A. 98-20478, 1999 WL 554584 (E.D. Pa. July 16, 1999). In that case, plaintiffs had attempted "to join persons from

seven different states into one civil action who have absolutely no connection to each other except that they each ingested fenfluramine, Redux (dexfenfluramine), phentermine or some combination of those drugs." Id. at *3.  The MDL Court found joinder of such claims in one pleading was "devoid of any redeeming feature as respects the underlying purpose of the joinder rules." Id.  It thus severed the claims of the non-diverse plaintiffs and retained jurisdiction over the claims of the diverse plaintiffs, applying the approach that the Eleventh Circuit Court of Appeals approved in Tapscott v. M.S. Dealer Service Corp., 77 F.3d 1353 (11th Cir. 1996), abrogated on other grounds, Cohen v. Office Depot, 204 F.3d 1069 (11th Cir. 2000). Chaney, 1999 WL 554584, at *2-*4.

Unfortunately, the sham litigation that the MDL Court tried to stop in Anderson continues.  In an effort to avoid the MDL Court, plaintiffs are filing scores of cases in Fulton County that fraudulently join defendants and plaintiffs from all over the United States.  The Complaint in this case is one example.  It incorporates the disparate claims of hundreds of plaintiffs from several states whose residencies are diverse from the real defendant in this case, Wyeth.  Yet plaintiffs attempt to defeat federal jurisdiction as to these plaintiffs by fraudulently joining as defendants former Wyeth employees and sales representatives, and by naming just four plaintiffs not diverse from Wyeth.

Plaintiffs' ploy must fail. The Wyeth employee and sales representative defendants are fraudulently joined. Plaintiffs have no reasonable basis for a claim against them and no good faith intent to pursue one. Among other things, plaintiffs do not allege that these defendants had any contact with, or sold diet drugs to, any individual plaintiff or his or her doctor, and plaintiffs cannot show that these defendants harmed plaintiffs in any way.

Finally, the hundreds of plaintiffs who are diverse from Wyeth – and whose claims clearly would be subject to federal jurisdiction if they had sued individually – cannot defeat Wyeth's right to removal simply by joining their claims with those of one or more plaintiffs who are not diverse from Wyeth. The claims of all plaintiffs who are diverse from Wyeth belong in federal court and this Court should sever and retain jurisdiction over them.

### **The Complaint**

1.

Wyeth is a defendant in a civil action brought against it in the State Court of Fulton County entitled <u>Barbara A. Geisert, et al. v. American Home Products Corporation, et al.</u>, bearing Civil Action No. 03VS052726B.

2.

A copy of the Complaint and any process, pleadings and orders served on or by Petitioners are attached hereto as Exhibit A.

3.

The action was commenced by the filing of a Complaint on or about June 27, 2003 in the State Court of Fulton County.

4.

The Complaint names 1043 individual plaintiffs. Based upon the allegations in the Complaint, the plaintiffs are citizens of the following States:

California: Shirley Glover; Betty L. Heeter; Paulette L. Kiemele; Evon M. Coffman; Wende Parker; Linda M. Turrentine; Marguerite A. Geiger; Brenda K. Collier; Kristel C. Wheeler; Lauree Herring-Ponce; Jody S. Price; Brian A. Everhart; Donna M. Salvadori; John Ellison; Mary V. Heri; Loretta L. Tovar; Dawn A. Perez; Nancy A. Amori; Debra L. Boden; Barbara J. Dugas; Nellie M. Sewall; Barbara Pilkington; Tina Barretto; Divina Rodriguez; Johnetta Peery; Sharon L. Tucker; Deeanna Kallmeyer; Elizabeth L. Fortney; Tami L. Cook; Mona Benabou; Deborah L. Escobosa; Juanita B. Yoder; Christy E. Barrows; Kathleen A. McLaughlin; Teresita D. Johnson; Santiago Soto; Joyce Chaney; Elizabeth Wellnitz; Gloria Woods; Karen M. Hoffman; Albert Villegas; Geraldine Aljuwani; Jean S. Iversen; Judith A. Stark; Anne L. Pritters; Kirby L. Hancock; Pamela V.M. Hughes; Emily A. Ballard; Dorothy L. Mullen.

New York: Susan A. Dehmler; Debra P. Farruggia; Lucille E. Pretto; Charlene R. Sendel; Robert H. Shullich.

Oklahoma: Jimmie C. Richardson; Deanna D. Newell; Dena A. Skaggs; John W. Wheeler; Jerry K. Kittinger; Linda L. Thompson; Vicky L. Noles; Edith E. Atkins; Karen Burlison; Jerri L. Osborn;

Betty L. Carter; Pam S. Harper; Rita F. Crabtree; Carolyn V. Sparks; Carol A. Burk; Margarett M. McKinney; Deborah K. Springer; Bethel F. Freeman; Mary J. Jones; Kathy D. Hughes; Annabelle L. Perkins; Gwendolyn R. Nickens; Kathy K. Buckmaster; Grace A. Cunningham; Charles E. Pettit; Rebecca A. Chaney; Ladonna R. Watson; Phyllis H. Morse; Tammi Stick; Pearl I. Castleman; Debra A. Roundtree; Kathy J. Dean; Marlene Crittenden; Ruth E. Derieg; Debra S. Denwalt; Alene Ehrlich; Nancy F. Brown; Jalaine M. Watham; Gina L. Glann; Leigh A. Montgomery; Bruce R. Hoster; Jan L. Lamlinack; Kathy F. Miller; Glenda F. Cass; Barbara E. Heinrich; Mary E. McDaniel; Peggy M. Ritter; Penny L. Blankinship; Sherdell Abernathy; Jessica Jackson; Judy B. Barton; Viviane R. Patton; Sherry L. Rose; Paula J. Thulin; Laurie M. Vawter; Shirley A. Wilson; Evelyn D. Sutton; Donna Peeler; Patsy A. Turnpaugh; Charlesetta C. Thompson; Lois K. Payne; Betty L. Hill; Rita L. Vaughn; Marcelyn Ackerman; Laura A. Carlucci; Carolyn S. Moyer; Deborah R. Reyes; Helen G. Welch; Brandy Matthews; Joseph K. Chervenka; Katherine K. Hall; Arthur M. Boyd; Nell Springer; Billy R. Tallent; Ernest L. Mickley; Mary W. Settle; Carole A. Millwee; Janice F. Scott; Regina R. Brannock; Karen L. Gregory; Laquita J. Thompson; Sheryl R. Hazelbaker; Jacque R. Dearinger; Wesley D. Lewis; Arleah K. Parker; Neva E. Snyder; Peggy A. Graham; Rita F. Fowler; Lisa G. Pruitt; Sandra K. Freeman; Oneta Green; Kenda L. Brown; Peggy R. Eby; Georgia I. Meyers; Shirley D. Lunow-Whitaker; Kathy J. Huffines; Margarette Payne; Tracy J. Taylor; Karen B. Thomas; Wynona G. Watts; Linda D. Morton; Betty E. Byrns; Doyle R. Watts; Barbara S. Welk; Terri E. Costilla; Kenneth R. Wilson; Bambi R. Loftin; Marie A. Arnold; Misty L. Tilghman; Patricia A. Waggoner; Angelia B. King; Cynthia A. Riddle; Martina M. Chandler; Susan A. Franklin; Priscilla A. Guillory; Carolyn J. Brown; Patricia A. Anderson; Dorinda L. March; Rita N. Swick; Susan M. Tally; Donna L. Hagood; Barbara F. Miracle; Rebecca L. McCarty; Sharon A. Avery; Melissa K. Hays; Ruth L. Taylor; Renna R. Theis; James R. Vaughn; Margie A. Baxter; Sharon R Barnhill; Danna O. McHargue; Mary M. Matheson; Jimmie R. Hobbs; Greta L. Woods; Diane L. Noel; Adriene L. Ball; Jo D. Robinson; Matilda S. Lewis; Jacqueline Jamison; Evelyn B. Freeman; Janis A. Dwyer; Deborah J. Turner; Sharon K. Barnett; Patricia A. Sanders; Willie M.

Farmer; Dorothy. L. Lovelace; Doris M. Nease; Nita C. Roof; Brenda
J. Edwards; Sheila O. Rowe; Cheryl J. Snell; Freddie D. Larmon;
Linda D. Davidson; Melissa A. Cox-Kaiser; Carolyn S. Tapp; Carol
A. Guffey; Elaine J. Hajek; Billie J. Brown; Judy K. Cutter; Brenda F.
Braley; Ronna J. Richards; Bonnie E. Huffman; Lori R. Painter; Carol
R. Scott; Patricia A. McCoy; Ramona J. Deppeler; Sharon K. Thorn;
Cheryl G. Goldsmith; Cecile A. Baxter; Louise   Brown; Pam L.
Thomas-Sanders; Claudie O. Miller; Judy A. Parrish; Donna J.
Davidson; Margaret M. Woods; Billie K. Hooper; Glenna Brassfield;
Joan E. Bushnell; James R. Gee; Thelma J. O'kelly; Marilyn A.
Bennight; Bobbie A. Griffin; Darlene M. Goodrich; Guadalupe S.
Harrison; Glen D. Swain; Marcia L. Weathers; Sharon K. Cope; Darla
A. Schmidt; Nelda L. Brannock; Tammy M. Parish; Deborah S.
Lessert; Barbara G. Cusick; Michael J. Grimes; Matthew L. Clark;
Betty J. Klusmeyer; Mary J. Sheets; Sandra M. Meadows; Betty J.
Shultz; Sandra E. Benham; Carolyn A. Stewart; Venita A. Hall;
Andrea E. Gifford; Deanna J. Shaw; Sherry J. Lathers; Carol Y.
Smith; Glenda S. Rutherford; Hallit E. Collins; Lisa M. Hunt; Elva M.
Barns; Sandra L. James; Cindy McBrain; Ruthie M. Schultz; Freddie
L. Smith; Sharon L. Newberry; Sharon G. Mayabb; Carroll R.
Stenger; Lou Ann Cook; Eva J. Coleman; Jewel   Young; Ira M.
Wright; Bobbie J. Rackley; Sherry L. Stone; Saundra K. Young;
Sharon L. Sebranek; Joan   Russell; Debbie S. Kasler; Bonnie R.
Simpson; Joann  Shaw; Josefina S. Alger; Nowita A. Martin; Ella J.
Helms; Edna J. Johnston; Kent A. Parker; June E. Douglas; Donna K.
Lucas; Shirle J. Hamilton; Derutha Richardson; Virginia L. Thomas-
Tutt; Camisha A. Black; William M. Klein; Teresa S. Kukuk;
Ladonna K. Wyckoff; Cathy   Malone; Debbie   Snider; Lorene S.
Bern; Leslie   Perry; Cecilia C. Smith; Loan L. Nguyen; Geraldine
Glover; Mary E. Hogue; Joseph N. Haddad; Althia McElwee-Guess;
Helen A. Sisco; Penny J. Klein; Kathleen A. Reed; Christina A.
Santos; Jo Nita White; Robin A. Hicks; Connie L. Johnson-Fuhrman;
Nancy F. Davis; Carl D. Sisco; Helen M. Worthen; Vera E. Brasch;
Donna L. Mason; Mary E. Foley; Linda Stewart; Christy R: Hileman-
Jacobson; Tina   Barnum; Mary K. Shelton; Marilyn J. Anthony;
Norma   Knight; Cynthia A. Ledbetter; Kerri   Richards; Lanet
Greenhaw; Melissa  Anderson; Patricia A. Wheeler; Marla  Jones;
Dana Stoll; Ida D. Bolden; Phillip L. Wise; Delinda O. Wise; Tabitha

Williams; Billy D. Sossamon; Robert F. Karnes; Mary L. Jones; Sherry A. Haley; Karen M. Nichols; Patricia A. Patton; Julie D. Ramirez; Natalie L. Schuldt; Deborah L. Johnson; Jean A. Allee; Mary L. Bivines; Tanya L. Parrish; Jocelyn Kenner; Earthsail Wilson; James W. Herrin; Irma L. Vera; Lou U. Clark; Joann Waltrip; Loretta G. Jackson; Cora A. Hopkins; Diane McKuin; Linda S. Bethel; Mark G. Buchanan; William J. Kahler; Valerie L. McBrien; Debra K. Young; Denise L. Maguire; Donna S. Lawrence; Karen A. Weaver; Shari L. Morgan; Shirley J. Reese; Laura L. Hamilton; Roy D. Saunders; Donna J. Duncan; Alma M. McElhoe; Debbie S. Moody; Jeri L. Patton; Patty R. Johnson; Lorena W. Rice; Sandra K. Onley; Carolyn S. Moseley; Ruth A. Dobbs; Gracie Melson; Diana M. Hunt; Billy G. Smith; Lacretia D. McDow; Debra D. Amador; Kyra T. Childers; Barbara J. Lehman; Carol A. Springsteen; Connie J. Ragland; Shirley J. Counts; Angela M. Farris; Mark A. Monroe; Sandra K. Johnson; Debby A. Nabors; Lynda K. Poe; Karen S. Lang; Sherry R. Hibben; Colleen A. Macsas; Anna R. Stacy; Tammy S. Mack; Janice D. Adam; Vivian A. Brownlie; Kathleen C. Stump; Billie B. Brown; Karen Grace; Karen D. Richards; Erma L. Huff; Linda Rye; Patricia Briscoe; Clayton M. Jenkins; Janada Jenkins; Laura L. Everett; Donna Strawn; Donis J. Wilkerson; Janis L. Allen; Gloria J. Bridgers; Dayna L. Budlong; Patti L. Bailey; Bette J. Chasteen; Medea T. Wilkerson-Henslee; Robbie J. Johnson; Weylin Bohaninan; Colleen D. Michael; Charles L. Michael; Patricia E. Tittle; Mary F. Foshee; Darla S. McClure; Lucinda K. Hillard; Doris M. Hall; Sharon Daniels; Karen S. Benedict; Sharon D. Ray; William W. Hulett; Jerry F. Downing; Sondra A. Calloway; Holly Ellis; Barbara Heckman; Elizabeth A. Wolfe; Kristine K. Lance; Dana C. Cunningham; Sandra K. Heimbach; Mary F. Loftin; Linda S. Moorman; Katherine A. Flanagan; Terry Runyon; Janice R. Smith-Elias; Mary K. Mountz; Kathleen S. Mata; Lana R. McGehee; Leona L. Booth; Frances J. Brooks; Barbara Asher; Brenda F. Deckard; Carline Gaylor; Linda L. Martin; Connie R. Collier; Catherine S. Brewer; Bernice A. Holden; Lynda L. Gillman; Judy K. Reimer; Barbara F. Tarrant; Mary C. Wilhelm; Judy K. McDonald; Janice O. Dennis; Karri D. Thompson; Sandra K. Colman; Edith F. Sequerth; Sandra G. Tilson; Donna G. Riley; Jonella A. Shire; Wilinda F. Folks; Linda M. Clabaugh; Susan M. McCune; Gayla A. Miller; Judy K.

Vinson-Weaver; Sandra K. Wood; Jeanne L. Matthews; Janice
Lemery; Margie I. Seamands; Lynda L. Trussell; Lillis M. White;
Nancy L. Cofer; Ima J. Sweazea; Adam L. Gibson; Lena D. Bradley;
Loretta A. Boller; Earon J. Smith; Jimmy D. Hock; Betsy L. Howe;
Patricia  Wiebusch; Judith Kaye Walker; Georgeanna  Richardson;
Judy A. Baird; Margaret B. Jervis; Newt I. Tyner; Linda C. Clement;
Lajoyce  Jackson; Kimberly L. Priest; Cheryl D. Harris; Mandy P.
Ivie; Linda K. Hall; Imogene  Bauer; Lana R. Reed; Beth A. Tappan;
Dorothy P. Bridge; Rita J. Smalts; Paula  Coyle; Janice L. Vanhorn;
Judy  Masteller; David  Trevitno; Roann B. Gifford; Charlene R.
Buerger; Theresa L. Morris; Beverly A. Bohannon; Billie R. Harry;
Linda L. Parrish; Lori M. Zander; Terry A. Dixon; Kathy A. Evans;
Christa L. Jumper-Hefley; Judith A. Heffley; Stacey J. England;
Phyllis A. Mears; Della G. Neely; Bruce B. Smith; Janet C. Remis;
Karen J. Fox; Norma J. Blosser; Pamela R. Weger; Mary O. Jeffreys;
Susan B. Gilliland; Jolen  Bell; Mickie G. Garcia; Claire E. Clark;
Mildred I. Todd-Caffey; Patricia A. Bain; Jayne P. Harvey; Florence
Noeding; Jerrellene C. Rogers; Brenda K. Brinkley; Carla J. Mallow;
Margaret M. Legrand; Rhonda E. Rose; Patsy R. Collier; Karen D.
Owen; Amy C. Ray; Diane  Redger; Rae A. Somma; Becky J.
Meltabarger; John W. Wright; Charlotte J. Daniel; Wayne R. Fanning;
Debbie A. Freeze; Ralph E. Jackson; Darlene M. Stagner; Vickie L.
Kinkaid; Charlotte L. Cranford; Virginia R. Jordan; Ataloa A. Hadix-
Walker; Marilyn S. Walker; Sharon E. Prewitt; Nancy R. Ward;
Vickie R. Vetter; Welda J. Gennings; Ramona  Manwarren; Norma
Johnson; Deanna  Sanroman; Darla R. Mach; William E. Hill; Terri
Jensen; Dorothy  Taylor; Mona J. Schroeder; Larry D. Williamson;
Charlene T. Johnson; Cheryl Jean Worley; Deborah A. Wilmoth;
Doris J. Reed; Mary S. Schultingkemper; Pat R. Lawson; Linda H.
Gifford; Cecil R. Miller; Cheryl E. Little; Marrilynn G. Adams;
Darlene Trout; Kathy L. Scheckel; Elsie  On-The-Hill; Dorothy M.
Bingman; Sandy K. McCarty; Craig K. Gaines; Frances M.. Williams;
Linda F. Mayes; Pamela A. Hurt; Gloria J. Essary; Alma L.
Washington; Kathryn L. McCaslin; Kathie  Rios; Denise  Reinart;
Joan P. Philipp; Peggy L. Dewolfe; Brenda  Free; Cheryl L. Lane;
Melvinna L. Hicks; Rosa Ochoa; Linda S. Eyler; Misty  Zebert; Mary
A. Kemp; Evelyn B. Chavez; Janet S. Harris; Pat  Howell; Betty Jo
Kindred; Sandra K. Coit; Kristy L. Summerfield; Lisa D. Nichols;

Charlene D. Plumlee; Lynda E. Rogers; Sheryl J. Woods; Teresa D. Overstreet; Tonia A. Dekock; Richard A. Tanner; Angela L. Rummery; Marsha A. Potts; Elizabeth A. Lorenz; Charlotte Brumley; Susan D. Morris; Janice L. Harper; Michele M. Gardner; Freda L. Veach; Vicki L. Wasson; Linda K. Johnson; Teri L. Bickel; James G. Summitt; Kelly D. Kliewer; Carldeane K. McFarland; Ann Romesburg; Wanda M. Shiplett; Ivy J. Daugherty; Henry Malone; Rita L. Nash; Wanda A. Rittenhouse; Susan Monroe; Shirley A. Campbell; Glynda K. Offutt; Carol A. Swett; Meri Irwin; Janice L. Reimers; Sandra E. Sample; Rhonda Satterlee; Virginia A. Stafford-Johnson; Lavern Davis; Lana J. Derksen; Joyce Ellyson; Deborah L. Buschnell; Laura J. James; Lea Ann Bishop; Janet B. Garrett; Rick D. Thompson; Shirley J. Mercer; Dorothy M. Siler; Beverly K. Annis; Myra McCrackin; Judith E. Bland; Danna L. Humphers; Tammy R. Royer; Dolores D. Russell; Robbie G. Genzer; Nola S. Howard; Angela Lancaster; Margie K. Boyles; Eddie R. Whitehead; Beverly P. Owens-Brown; Poochie E. Petre; Jacque S. Greenhaw; Valerie J. Vanzandt; Sharon K. Daniels; Connie K. Harrell; John M. Prentice; Lynda Velez; Connie M. Lamberth; Marie A. Blakley; Jeanette M. Curb; Melissa A. Coonrod; Diana F. Fogler; Jenny L. Cassels; Eddie Brantes; Shirley J. Gathers; Rhonda L. Richey; Richard A. Henson; Angie Parker; Helen J. Langdon; Mary M. Cunningham; Nancy R. Gleaton; Ruby E. Hendrix; Pamela J. Nichols; Verna Ragoss; Linda S. Farr; Jeanne C. Ellis; Hope I. Layman; Sondra R. Spencer; Monica E. Locke; Vicki L. Corbitt; Barbara J. Kent; Ramona L. Seymour; Iris J. Shadowen; Mary A. Brooks; Sandra K. Owens-Mitchell; Robin R. Darlin; Pamala A. Rapley; Betty J. Hammond; Cecil F. Ramsey; Peggy Henry; Cathy Brooks; Charlotte E. Milligan-Carpenter; Jean H. Russell; Norma J. Johnson; Carla S. Lebarre; Linda D. Brinegar; Marilyn L. Buie; Hazel C. Candy; Visia E. Sweat; Debbie J. Hampton; Kathryn D. Stegall; William C. Spray; Judith K. Levingston; Marisa D. Kuhlman; Linda Vann; Denise L. Brown-Pritchard; Dorothy M. Humphrey; Deanna L. Henderson; Anitta M. Schollenbarger; Denise L. Moore; Cheryl E. Simpson; Linda J. Webb; Maritta S. Jones; Amber D. Sample; Marcia A. Nolan; Dagmar K. Marinich; Norma J. Kuykendall; Terri L. Buell; Pamela J. McGregor; Donald C. Morton; Cynthia B. Blanton; Jean L. Ward; Joyce V. Shepler; Sandra L. Posey; Iva L. Livingston; Lori K. Taylor;

Henriquetta K. Diaz; Leslie M. Flanagan; Michelle L. Powers; Joyce L. Hollinshead; Marcella E. Carter; Carol S. Felch; Lois E. Wedel; Kim S. Currier; Sanzee G. Suthers; Elmo M. Castle; Becky A. Wilson; Dwight L. Mehlig; Karen S. Cole; Darlene F. Fortson; Peggy J. Perry; Glendora Fanning; Teresa S. Brewer; Cathy A. Aldrich; Martha J Smith; ; Sarah J. Hoogendoorn; Florence A. Brown; Donna R. Lesemann; Lorenda G. Moore; Lois J. Martin; Leah M. Smith; Carol S. Morrison; Kerry J. Miller; Kaye S. Hemphill; Terry G. Mortenson; Coyanna Gregory; Deidre L. Dawson; Barbara L. Little; Shelly D. Pons; Kellie D. Dunn; Diane Thomas; Brenda E. Hostetler; Paula Mitts; Robbie Landon; Cynthia J. White; Coetta A. Lampe; Carolyn D. Jack; Mary Y. Reed; Vera J. Avoledo; Tonda S. Edwards; Linda C. Scrivner; Brenda S. Hagebusch; Debra L. Lawson; Linda G Jones; Dana Pickett; Peggy J. Anderson; Laurel H. Carroll; Linda J. Wilkerson; James R. Swartz; Richard E. Melton; Suzanne Hicks; Cindy M. Riggs; Kay V. Kirkland; Bonnie W. Davis; Marsha A. Harrison; Elaine G. Wheeler; Kelli J. Stratton; Kaye L. Fite; Carolyn J. Maxwell; Carolyn S. Wright; Laurie J. Hacker; Sondra E. Elliott; Janice L. Bozarth; Lorraine E. Parker; Linda Sue Cox; Patricia F. Kiser; Laurie D. Clark; Terry D. Meade; Tammy L. Nash; Joann Brumley; Emmett C. Kelley; Joan N. Ferris; Rebecca Shank; Sue A. Risinger; Joyce Vares; Maurice S. Ausley; Diane K. Hall; Patricia Ann Masoner; Gayle M. Johnson; Georgia Bailes; Kellye P. Griffith; Johnnie E. Hancock; Teresa C. Suazo; Deidra F. Anderson; Susan L. Jackson; Carolyn K. Osborne; Brenda Parker; Donna Ann Reedy; Esther C. Walling; Delcy L. Dunham; Jane A. Cherry; Glenna K. Edler; Duane O. Judd; Dana S. Daniels-Ayers; Dorothy J. Smithart; Florene C. Sturm; Georgia A. Sanders; Karla F. Saucier; Betty J. Eakins; Phyllis J. McLaughlin; Cindy D. Ratliff; Jackie A. Funck; Myrna Watkins; Elizabeth Anne Ecker; Kishla R. Messer; Jana Skinner; Lillie R. Wilson; Barbara A. Hoskins; Sara J. McNally; Elizabeth Putman; Barbara A. Ward; Lesa S. Williams; Diana L Whiteman; Kimberly A. Patrick; Laurie L. Holmes; Evelyn J. Ross; Rebecca A. Robson; Deborah L. Elledge; Sharon M. Lindquester; Brenda K. Hatch; Anna M. Cochran; Marjorie A. Hillmann; Carol C. Sellers; Paula L. Hancock; ; Branden R. Hunter; Linda J. Culvey; Margaret J. Currier; Peggy L. Nelson; Bonnie L. Martin; Judy C. Hill; Rudarla K. Otero; Tanya L. Culbert; Estella Y. Mercer; Karen K.

Mills; Teresa A. Bills; Shari A. Harris; Marilyn J. Logue; Lisa R. Self; Josie M. Davidson; Barbara J. Kirby; Roberta M. Allen; Virginia D. Koch; Rhonda S. Rogers; Margaret A. Thomas; Margaret L. Hans; Doris S. Wilgus; Terri G. Wehr; W. Martise Pappan; Julaine P. Ogden; Gloria J. Linville; Wanda L. McClelland; Rebecca J. King; Lana Ebert; Judy L. Reagan; Brian L. Hiebert; Joy B. Howell; Vickie G. Herr; Dale W. Moore; Cynthia J. Suiter; Shirley L. Choat; Barbara A. Glasson; Louise M. Howe; Robert B. Harper; Raymond M. Bright; Joan E. Jackson; Lillie J. Petillo; Harley H. Hill; Joni L. Briones; Wilma J. Briones; Lajuana J. Kitchen; Rose L. Davis; Rita J. Mahar-Warshell; Jean L. Smith; Rose L. Brancecum; Judy K. Stanton; Linda L. Crow; Winnie M. Kirk; Andrea D. Rains; Elizabeth J. McFarlin; Janine L. Mangrum; Patricia D. Hubbard; Leacia D. Wright; Lanada F. Watson; Danita J. Gordon; Kathy L. Bray; Phyllis A. Flora; Cheryl L. Hartley; Patricia N. Driver; Manesah L. Hubble; Karen O. Mitchell; Fredia J. Rice; Judy L. Riddles; Stacey J. Bowen; Terry K. Carnell; Eloise I. Bishop; Linda K. Calvert; Christy K. Dart; Floye E. Kimmel; Susan Campbell; Sharon K. Craun; Alisha L. Reynolds; Leslie J. Naughton; Peggy S. Biddle; Cheryll L. Fields; Rosa L. Whipple; Faye Fuchs; Marlena Myers; Donna M. McClurg; Linda J. Korfman; La Dona J. Chartier; Harriet L. Lloyd; Donna L. Cox; Sheron A. Kindred; Barbara E. Solorio; Myrna L. Swalm; Rusty E. Hager; Tonya S. Dorsey; Patricia L. Martin; Jaylyn G. Rogers; Barbara K. Albritton; Elizabeth M. Hill; Julia D. Rhinehart; Lois A. Jennings; Leona M. Harris; Barbara J. Pittman; Myrtle M. Padgett; Shearlyon F. Mahan; Mona B. Kemp; Sandra McGinnis; Melba K. Schoolfield; Sharon B. Kenrick; Janice M. Taylor.

Tennessee: Wilma Williams; Barbara Cowan; Iva Burkhart; Linda O. Haley; Brenda J. Moon; Cynthia Coleman; Sherry J. Westbrook; Laura E. Payne; Shayna S. Estep; Patricia A. Loveland; Frances F. Ward; Derenda R. Cannon; Elaine Stewart; David L. Tucker; Mary F. Naber; Shelia W. Bailey; Geneva A. Lawson; Evelyn R. Dies; Sharon O. Kitts; Cynthia G. Whitaker-Petty; Carolyn A. Yohey; Norma J. Curtis; Billy F. Houston; Barbara J. Carter; Robin L. Lawless; Melinda J. Lott; Madelyn Rainbolt; Martha Bedgood; Virginia A. Adkins; Donna B. Cantrell; Patricia L. Boyd; Charlene D. Taylor; Beverly A. Pounders; Rosemary Leverson; Tanya Yovella; Charlene

McRoberts; Gloria D. Ellison; Linda S. Loyd; Linda D. Norton; Gloria D. Robinson; Erika Payne; Sherri L Ratcliff; Cynthia Ludean Ledford; J.D. Garland; Diane M. Root; Laurie V. Kohler; Doris Crabtree; James J. Jablonski; Dianne Johnson.

Georgia: Barbara A. Geisert; Knoverlean Gaston; James L. Hollifield; Danny O. Greene; Linda G. Bassett; Martha J. Hill; Billie C. Baye; Terri A. Paguibitan; Terrie W. Douglas; Pamela D. Mullins.

New Jersey: Faith J. Jones; Gayle H. Fontana.

Pennsylvania: Patricia A. Johnson; Shirley Dietz.

5.

The Complaint names as defendants Wyeth (formerly known as American Home Products Corporation) and Wyeth Pharmaceuticals, Inc. (formerly known as Wyeth-Ayerst Pharmaceuticals, Inc.). The Complaint names two individuals as defendants who are former Wyeth employees: Robert L. Scott and John A. Molnar. The other individuals named as defendants in the Complaint are alleged to be or have been Wyeth sales representatives (the "sales representatives"): Anthony D. Adams, Robin W. Jones and Avery T. Lanius.

6.

Wyeth is a Delaware corporation with its principal place of business in New Jersey. Wyeth Pharmaceuticals, Inc. is a Delaware corporation with its principal place of business in Pennsylvania.

35

7.

Robert L. Scott and John A. Molnar are citizens and residents of the State of Georgia.

8.

Based on the allegations of the Complaint concerning the sales representatives, Anthony D. Adams, Robin W. Jones and Avery T. Lanius are citizens and residents of the State of Georgia.

**Defendants Scott And Molnar Are Fraudulently Joined**

9.

The presence of Robert L. Scott and John A. Molnar does not defeat removal because plaintiffs have no reasonable basis for a claim against these defendants and no good faith intent to pursue a claim against them. As Judge Thrash held in denying remand of another diet drug case, "[i]t is quite apparent that the only reason for joining these Defendants in this case was to defeat Wyeth's legitimate right to remove the case to federal court." Johnson v. Wyeth, 1:02-CV-1368, slip. op. at 4 (N.D. Ga. Jan. 3, 2003) (emphasis added) (attached as Exhibit 7).[2]

---

[2] In Roane v. American Home Products Corp., No. 1:02-CV-2681 (N.D. Ga. Jan. 21, 2003), Judge Martin concluded, without mentioning Judge Thrash's earlier decision in Johnson, that plaintiffs had not fraudulently joined Mr. Scott because there was "a possibility" that the complaint "state[d] a cause of action" against him for fraud. Yet Judge Martin also found that "in light of the evidence developed in similar lawsuits, it does not appear that the plaintiffs can recover on a fraud claim against Scott" (emphasis added). Fraudulent joinder exists unless a plaintiff shows
*Footnote continued on next page*

10.

To have a reasonable basis for a claim against Messrs. Scott and Molnar, plaintiffs would need to show that those defendants had some personal participation in a tort that harmed plaintiffs. Messrs. Scott and Molnar cannot be liable merely because they are former employees of Wyeth. James v. Parke-Davis, 1:00-CV-1203-JEC, slip. op. at 18-19, 21 (N.D. Ga. Nov. 30, 2000) (attached as Exhibit 8) (defendant must be the "guiding spirit behind the wrongful conduct" or "the central figure . . . in the challenged corporate activity"; internal quotation marks and citation omitted; finding fraudulent joinder of sales representatives in suit against drug company); see also DCA Architects, Inc. v. Am. Bldg. Consultants, Inc., 203 Ga. App. 598, 600, 417 S.E.2d 386, 389 (1992) (even a corporate officer is not personally liable unless he personally participated in or personally directed commission of tort).

Messrs. Scott and Molnar did not have as part of their job responsibilities promoting diet drugs to patients or their physicians. Scott Affidavit ¶¶ 10–11

_____

*Footnote continued from previous page*
"'a reasonable basis for predicting that state law might impose liability on the facts involved.'" Crowe v. Coleman, 113 F.3d 1536, 1542 (11th Cir. 1997) (quoting Bobby Jones Garden Apartments v. Suleski, 391 F.2d 172, 177 (5th Cir. 1968)). Given her finding that plaintiffs could not recover against Mr. Scott for any liability based on fraud, Wyeth respectfully submits that Judge Martin erred in concluding that Mr. Scott was not fraudulently joined, and that Judge Thrash was correct in holding that Mr. Scott was fraudulently joined.

(attached as Exhibit 9); Scott Deposition Tr. 218-20 (attached as Exhibit 10); Molnar Affidavit ¶¶ 7-8 (attached as Exhibit 11); Molnar Deposition Tr. 264 (attached as Exhibit 12). Messrs. Scott and Molnar had no role in developing, selling or marketing diet drugs. Scott Affidavit ¶ 12; Scott Deposition Tr. 218-20; Molnar Affidavit ¶ 10; Molnar Deposition Tr. at 264. They had no role in obtaining government approval for diet drugs. Scott Affidavit ¶ 13; Molnar Affidavit ¶ 10.

As in other diet drug cases, plaintiffs therefore attempt to base their claims against Mr. Scott on the contention that he gave incorrect information to certain state regulators in lobbying them to "deschedule" diet drugs – i.e., remove the drugs from a list of controlled substances. Plaintiffs try to base their claims against Mr. Molnar on the allegation that he gave incorrect information to members of the Tennessee Legislature in lobbying them to change a law regarding diet drugs. Plaintiffs have no basis for either claim for several reasons, including the following.

First, plaintiffs have no basis for their claim against Mr. Scott because none of the states whose regulators Mr. Scott contacted with respect to descheduling ever descheduled diet drugs. See Scott Affidavit ¶ 5, ¶ 7, ¶ 8 (Exhibit 9); Scott Deposition Tr. 218 (Exhibit 10). Thus, despite any activities of Mr. Scott, the sale

of diet drugs in those states continued to be subject to the same regulatory restrictions as they had been before those activities. Mr. Scott's alleged activities could not have injured plaintiffs.

Second, plaintiffs have no basis for a claim against Mr. Scott or Mr. Molnar because plaintiffs failed to comply with O.C.G.A. § 9-11-11.1. Plaintiffs' claims against Messrs. Scott and Molnar arise from their alleged lobbying of government officials with respect to laws and regulations affecting diet drugs. O.C.G.A. § 9-11-11.1 requires that any claim that "could reasonably be construed as an act in furtherance of the right of free speech or the right to petition government" be brought only if accompanied by verifications from both the party asserting the claim and the party's attorney of record. The verifications must state under oath that the party and the attorney have read the complaint, that the claim "is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law," that the speech at issue is not protected by O.C.G.A. § 51-5-7, and that the claim is not interposed for "any improper purpose." O.C.G.A. § 9-11-11.1. When a complaint does not contain the required verification, and the plaintiff fails to correct the defect, the court must dismiss the claim. Hawks v. Hinely, 252 Ga. App. 510, 516, 556 S.E.2d 547, 551 (2001); Davis v. Emmis Publ'g Corp., 244 Ga. App. 795, 798, 536 S.E.2d 809, 812

(2000).   Plaintiffs here have failed to provide the verification required under O.C.G.A. § 9-11-11.1 for their claims against Messrs. Scott and Molnar, and so have no basis for those claims.

Third, plaintiffs have no basis for a claim against Mr. Molnar for his actions in lobbying the Tennessee Legislature, or for Mr. Scott in lobbying state regulators, because those activities were protected by the First Amendment. See, e.g., Eastern R.R. Presidents Conference v. Noerr Motor Freight, Inc., 365 U.S. 127, 138-40 (1961) (upholding conduct of railroads in seeking to obtain legislation to disadvantage competing truck industry as protected under the First Amendment even though the railroads' tactics involved "deception of the public," "the manufacture of bogus sources of reference" and "distortion of public sources of information"); Davric Maine Corp. v. Rancourt, 216 F.3d 143, 147 (1st Cir. 2000) ("[e]ven false statements presented to support such petitions are protected"; citation omitted); TEC Cogeneration, Inc. v. Fla. Power & Light Co., 76 F.3d 1560, 1571 (11th Cir.) (petitioning legislators is protected regardless of motives), modified on other grounds, 86 F.3d 1028 (11th Cir. 1996).

Fourth, as Judge Thrash held in the Johnson case, plaintiffs have no basis for a claim against Messrs. Scott or Molnar for a variety of other reasons.  Plaintiffs cannot recover on the theory that they were indirectly harmed as a result of a third

party's alleged reliance on any fraudulent or negligent misrepresentations that Messrs. Scott or Molnar made.  Johnson, slip. op. at 4 (Exhibit 7) (no reasonable basis for this claim because plaintiffs "cannot show" that they or their doctors relied upon any misrepresentation that Messrs. Scott and Molnar made); see also Lawson v. Smith and Nephew Richards, Inc., No. Civ.A.4:96-CV0297RWS 1999 WL 1129677, at *7 (W.D. Ga. Sept. 30, 1999) (plaintiff cannot base fraud claim on allegation that he was indirectly harmed by FDA's alleged reliance on misstatements); White v. BDO Seidman, LLP, 249 Ga. App. 668, 670-73, 549 S.E.2d 490, 493-94 (2001) (investor cannot base fraud claim on allegation that he was indirectly harmed by regulator's reliance on auditor's false report).

Plaintiffs' fraud claims against Messrs. Scott and Molnar also fail because they are not pled with the required particularity. See Fed. R. Civ. P. 9(b); Allen v. Tyson Foods, Inc., 153 F. Supp. 2d 886, 889-90 (S.D. Miss. 2001) (finding fraudulent joinder where plaintiff failed to allege the "time, place or specific content" of the alleged false statements); In re Rezulin Prods. Liab. Litig., 133 F. Supp. 2d 272, 283 (S.D.N.Y. 2001) (finding fraudulent joinder where plaintiffs failed to plead specific communications, reliance, and other facts with specificity); Jacobson v. Ford Motor Co., No. 98 C 742, 1999 WL 966432, at *4  (N.D. Ill. Sept. 30, 1999) (finding fraudulent joinder because plaintiff had no chance of

prevailing where complaint failed "to set forth any particularized allegations of fraudulent conduct" by the defendant).

Plaintiffs' misrepresentation claims agains Messrs. Scott and Molnar also fail because they are not pled with the required particularity. See Fed. R. Civ.P. 9(b); Allen v. Tyson Foods, Inc., 153 F. Supp. 2d 886, 889-990 (S.D. Miss. 2001) (finding fraudulent joinder where plaintiff failed to allege the "time, place or specific content" of the alleged false statements); In re Rezulin Prods. Liab. Litig., 133 F. Supp. 2d 272, 283 (S.D.N.Y. 2001) (finding fraudulent jionder where plaintiffs failed to plead specific communications, reliance, and other facts with specificity).

Finally, plaintiffs do not have a reasonable basis for a claim against Messrs. Scott or Molnar in this action because the MDL Court has held that an intermediate opt-out plaintiff – as plaintiffs in this case purport to be – cannot introduce evidence against Wyeth concerning descheduling of diet drugs. See Brown v. Am. Home Prods. Corp., No. 99-20593, slip op. at 3 (E.D. Pa. Jan. 29, 2003) (attached as Exhibit 17).[3]  The MDL Court held that such evidence would constitute an improper attempt to inflame the jury and circumvent the Settlement Agreement's

---

[3]  The order with respect to this opinion was superseded by a subsequent more comprehensive order, but the underlying opinion was not superseded.

prohibition against intermediate opt-out plaintiffs seeking punitive damages from Wyeth.   See id.   The MDL Court further held that such a plaintiff cannot circumvent this prohibition by seeking to admit such evidence against other defendants.  See Brown v. Am. Home Prods. Corp., No. 99-20593, slip op. at 39-40 (E.D. Pa. April 8, 2003) (attached as Exhibit 14).  These orders, while directly applicable to the plaintiffs there, constitute an interpretation of the Settlement Agreement equally applicable to these plaintiffs, with the result that they could not even introduce any evidence concerning any alleged descheduling activities of Messrs. Scott or Molnar.

11.

Plaintiffs have no good faith intent to pursue a claim against Messrs. Scott or Molnar.  Plaintiffs have joined Messrs. Scott and Molnar solely to attempt to defeat federal jurisdiction, and not to pursue any claim against them.

12.

If the Court has any doubt that Mr. Scott or Mr. Molnar is fraudulently joined, it should permit discovery on the issue.

### The Sales Representative Defendants Are Fraudulently Joined

13.

The presence of the sales representatives Anthony D. Adams, Robin W. Jones and Avery T. Lanius as defendants does not defeat removal because

43

plaintiffs have no reasonable basis for a claim against them and no good faith intent to pursue a claim against them.

14.

Plaintiffs allege that the sales representatives sold and marketed diet drugs in Georgia. Plaintiffs have no reasonable basis for a claim against the sales representatives for several reasons, including the following.

First, the sales representatives did not cause any alleged injury to the plaintiffs. Only ten of the plaintiffs even claim to reside in the only state – Georgia – in which the sales representatives allegedly operated. None of the plaintiffs allege that they obtained their diet drugs from a sales representative defendant or that they used diet drugs that their prescribing physicians obtained from a sales representative defendant. Nor do plaintiffs even allege that they used the diet drug Redux, which is the only diet drug that the sales representatives sold. Plaintiffs instead vaguely allege that they used fenfluramine (Pondimin), dexfenfluramine (Redux), "and/or" phentermine, and do not identify their prescribing physicians. Such a failure to allege "that any of the plaintiffs, or any of the plaintiffs' doctors, received any drugs from the sales representative defendants" was one of the very "deficiencies" that led the MDL Court to find that sales representatives were fraudulently joined to defeat diversity jurisdiction. Anderson v. Am. Home Prods.

Corp., 220 F. Supp. 2d 414, 424-25 (E.D. Pa. 2002). Plaintiffs' failure to offer such allegations in this case, despite the MDL Court's instruction that such allegations are necessary in these diet drug cases, shows that plaintiffs cannot make such allegations, and that the sales representatives did not cause any injury to plaintiffs.

Second, also just as in Anderson, plaintiffs here fail to plead their claims against the sales representative defendants for misrepresentations with the requisite particularity. See Fed. R. Civ. P. 9(b); Anderson, 202 F. Supp. 2d at 424-25. Plaintiffs fail to allege which sales representatives made what statements, to whom, or when. Courts repeatedly have found that such a failure establishes that plaintiffs have no reasonable basis for their claims and have fraudulently joined defendants. See Allen v. Tyson Foods, Inc., 153 F. Supp. 2d 886, 889-90 (S.D. Miss. 2001) (finding fraudulent joinder where plaintiff failed to allege the "time, place or specific content" of the alleged false statements); In re Rezulin Prods. Liab. Litig., 133 F. Supp. 2d 272, 283 (S.D.N.Y. 2001) (finding fraudulent joinder where plaintiffs failed to plead specific communications, reliance, and other facts with specificity).

Third, the sales representative defendants are fraudulently joined for the additional reason that, in any action involving Wyeth, the MDL Court has

interpreted the Settlement Agreement's prohibition against intermediate opt-outs seeking punitive damages to prohibit a plaintiff from introducing evidence concerning supposed efforts by sales representatives to mislead doctors. <u>See</u> <u>Brown v. Am. Home Prods. Corp.</u>, No. 99-20593, slip op. at 3 (E.D. Pa. Oct. 16, 2002) (attached as Exhibit 18).[4]

15.

Plaintiffs have no good faith intent to pursue a claim against the sales representative defendants.  Plaintiffs have joined them as defendants solely to attempt to defeat diversity jurisdiction, and not to pursue any claim against them.

16.

If the Court has any doubt that the sales representative defendants are fraudulently joined, it should permit discovery on the issue.

### The Court Should Sever And Retain Jurisdiction<br>Over The Claims Asserted By The Diverse Plaintiffs

17.

The Court should not permit the diverse plaintiffs to defeat Wyeth's right to remove their claims by joining their claims, over which diversity jurisdiction exists, with the claims of any non-diverse plaintiff.

---

[4]   The order with respect to this opinion was superseded by a subsequent more comprehensive order, but the underlying opinion was not superseded.

In Tapscott v. M.S. Dealer Service Corp., 77 F.3d 1353 (11th Cir. 1996), abrogated on other grounds, Cohen v. Office Depot, 204 F.3d 1069 (11th Cir. 2000), the Eleventh Circuit recognized that the misjoinder of parties could be just as abusive a tactic as fraudulent joinder.  In that case, diversity existed between defendant Lowe's and the only two plaintiffs asserting claims against it, but Lowe's was joined with several Alabama defendants against whom claims were asserted by Alabama plaintiffs.  The Eleventh Circuit held that Lowe's had properly removed the entire action based on diversity of citizenship.  Id. at 1360. It further held that the district court had properly severed and retained jurisdiction over the claims against Lowe's, while remanding the remaining claims to state court.  Id. at 1355-1360.  The Eleventh Circuit found that the claims against Lowe's and the claims against the Alabama defendants arose from different transactions and occurrences, and that the misjoinder of the claims against Lowe's was so egregious as to amount to "fraudulent joinder."  Id. at 1360.  The Court explained:

> Misjoinder may be just as fraudulent as the joinder of a resident defendant against whom a plaintiff has no possibility of a cause of action.  A defendant's "right of removal cannot be defeated by a fraudulent joinder of a resident defendant having no real connection with the controversy."  Wilson v. Republic Iron & Steel Co., 257 U.S. 92, 97, 42 S. Ct. 35, 37, 66 L. Ed. 144 (1921).

Id. (footnote omitted).  The Eleventh Circuit later cited Tapscott with approval in Triggs v. John Crump Toyota, Inc., 154 F.3d 1284, 1287 (11th Cir. 1998). Numerous courts have elaborated on and expanded the application of Tapscott.

In In re Benjamin Moore & Co., 309 F.3d 296, 298 (5th Cir. 2002), the Fifth Circuit made clear that plaintiffs who have claims against diverse defendants cannot defeat diversity simply by joining in an action with a plaintiff who asserts a claim with a non-diverse defendant.  In that case, defendants contended that only four of seventeen plaintiffs had any possibility of recovery against non-diverse defendants and that the district court had erred in failing to sever and retain jurisdiction over the claims of the other thirteen plaintiffs.  The Fifth Circuit noted that the district court had "no doubt inadvertently overlooked that this point was timely raised."  Id. at 298.  The Fifth Circuit denied mandamus to give the district court the opportunity to examine the issue, as the Fifth Circuit was "confident" that the "district court did not intend to overlook a feature critical to jurisdictional analysis."  Id. (emphasis added).  The district court later remanded, stating that it considered and rejected the misjoinder argument.  On a second petition for mandamus, the Fifth Circuit was constrained to deny relief because it no longer had jurisdiction.  In re Benjamin Moore & Co., 318 F.3d 626 (5th Cir. 2002).  The Court stressed, however, that it was reaching that decision "without detracting

from the force of the Tapscott principle that fraudulent misjoinder of plaintiffs is no more permissible than fraudulent misjoinder of defendants to circumvent diversity jurisdiction." Id. at 630-31. While the circumstances of Benjamin Moore did not permit the Fifth Circuit to grant mandamus, the Fifth Circuit made absolutely clear that the misjoinder of plaintiffs is not permitted.

In the diet drug litigation, the MDL Court has applied the Tapscott rule to hold that plaintiffs cannot defeat diversity jurisdiction over an action in its entirety when only some plaintiffs assert a claim against non-diverse defendants. Anderson v. Am. Home Prods. Corp., 220 F. Supp. 2d 414, 422 (E.D. Pa. 2002) ("[w]e will therefore grant the motion to remand of plaintiffs Crystal Gatlin and Verna Brown and deny the motion of the remaining plaintiffs"); Chaney v. Gate Pharms., No. Civ.A. 98-20478, 1999 WL 554584, at *4 (E.D. Pa. July 16, 1999) (retaining jurisdiction and "dismiss[ing] the non-diverse Plaintiffs' claims").

In re Rezulin Products Liability Litigation, 168 F. Supp. 2d 136, 148 (S.D.N.Y. 2001), presented a similar situation. There, plaintiffs alleging claims only against drug manufacturers, as to which there would be complete diversity if asserted alone, were joined with a plaintiff who also asserted a claim against a non-diverse home health care provider. The court ordered the severance of the latter plaintiff "for purposes of maintaining the defendants' right to removal of the

remainder of the action." Id. at 148. In another circumstance, the same court considered the impact on removal of joining five plaintiffs suing a drug company and a non-diverse physician with four plaintiffs suing only the drug company. The court recognized that there may be efficiency benefits to joinder, "but these benefits must be weighed against a defendant's right to removal." Id. Thus, the court determined that the proper remedy was to sever plaintiffs' claims "so as to preserve the defendants' right to removal" in the actions where there was diversity. Id.; see also In re Rezulin Prods. Liab. Litig., No. 00 CIV. 2843(LAK), 2002 WL 548750, at *2 (S.D.N.Y. Apr. 12, 2002) (severing claims of plaintiffs "who have no connection to each other aside from the fact that they ingested Rezulin"); In re Rezulin Prods. Liab. Litig., MDL No. 1348, 2002 WL 519743, at *1-2 (S.D.N.Y. Apr. 5, 2002); In re Rezulin Prods. Liab. Litig., MDL No. 1348, 2002 WL 313146, at *1 (S.D.N.Y. Feb. 27, 2002).

These decisions are consistent with the decisions of other courts. See, e.g., Lyons v. Am. Tobacco Co., No. Civ.A. 96-0881-BH-S, 1997 WL 809677, at *4 (S.D. Ala. Sept. 30, 1997) (denying remand where misjoinder of plaintiffs was a "transparent artifice to defeat . . . diversity" and therefore constituted fraudulent joinder); Koch v. PLM Int'l, Inc., No. Civ.A. 97-0177-BH-C, 1997 WL 907917, at *4 (S.D. Ala. Sept. 24, 1997) (same); Coleman v. Conseco, Inc., 238 F. Supp. 2d

804, 817-19 (S.D. Miss. 2002) (finding forty-five out-of-state plaintiffs improperly attempted to defeat diversity by joining their claims with three in-state residents).

In pharmaceutical cases, courts have found that plaintiffs' failure to allege that they took the same drugs, for the same periods of time, as prescribed by the same doctors at the same point in time, and having received the same information about the drugs, supported the conclusion that plaintiffs were improperly joined. Chaney, 1999 WL 554584, at *3-*4 (claims of diet drug plaintiffs who did not take "the same drug or combinations of drugs" and who "have not purchased or received diet drugs from an identical source, such as a physician, hospital, or diet center," were misjoined); In re Rezulin Prods. Liab. Litig., 168 F. Supp. 2d at 146 (plaintiffs who "do not allege that they received Rezulin from the same source or that they were exposed to Rezulin for similar periods of time" were misjoined); Simmons v. Wyeth Labs., Nos. CIV.A.96-CV-6631, CIV.A.96-CV-6686, CIV.A.96-CV-6728, CIV.A.96-CV-6730, 1996 WL 617492, at *4 (E.D. Pa. Oct. 24, 1996) (claims of plaintiffs misjoined, at least in the absence of evidence that they "received identical information from the defendants through identical means or sources at the same point in time, and were implanted with the drug by the same doctors at the same facility"); see also, e.g., In re Rezulin Prods. Liab. Litig., No. 00 CIV. 2843(LAK), 2002 WL 548750, at *2 (S.D.N.Y. Apr. 12, 2002) (reiterating

that "the joinder of plaintiffs who have no connection to each other aside from the fact that they ingested Rezulin is misjoinder").[5]

The same factors exist here. Because plaintiffs reside in different states, they obviously were prescribed diet drugs by different doctors, who had different bases of knowledge about the potential hazards of diet drugs and took different factors into account in deciding whether and how to prescribe them. Plaintiffs do not claim to have taken the same combination of drugs for the same periods of time. Plaintiffs allege only that they took Redux, Pondimin, "and/or" phentermine. The fact that plaintiffs took the drugs at different times is important because the warnings accompanying the drug changed over time. For these and other reasons, resolution of diet drug claims is highly dependent on facts unique to each diet drug

---

[5] In Hodges v. Wyeth, Inc., No. 1:08-CV-276 (N.D. Ga. June 16, 2003) and Laurin v. Wyeth, Inc., No. 1:03-CV-1108-WBH (N.D. Ga. July 15, 2003), Judges Camp and Hunt found that diet drug plaintiffs were not misjoined with the only non-diverse plaintiff because that plaintiff's claims arose from the same series of transactions as the other plaintiffs' claims, but without discussing or even mentioning any of the diet drug and other pharmaceutical cases to the contrary cited in the text. Judge Hunt cited no authority for so ruling. Judge Camp cited Alexander v. Fulton, 207 F.3d 1303 (11th Cir. 2000), a case in which plaintiffs alleged a pattern and practice of racial discrimination by the same employer. Defendants respectfully submit that the nature of the claims and proof in this case is more akin to that in other diet drug and pharmaceutical cases than to employment discrimination cases, and that Judges Camp and Hunt erred. The only other apparently inconsistent diet drug decisions turned on the application of Mississippi's joinder rules, which are irrelevant to this Georgia case removed to federal court. See, e.g., Chrestman v. Am. Home Prods. Corp., No. 03-20097 (E.D. Pa. May 20, 2003). This Court is bound to follow the Eleventh Circuit's holding in Tapscott, which applied federal joinder rules. See Tapscott, 77 F.3d at 1360.

plaintiff. See Brown v. Am. Home Prods. Corp., No. 99-20593, slip op. at 9-39 (E.D. Pa. April 8, 2003) (attached as Exhibit 14) (plaintiffs claiming an intermediate opt out right under the Settlement Agreement prohibited from introducing generalized evidence concerning Wyeth's conduct on a variety of issues). These facts, and the diet drug history described in Anderson, make plain that plaintiffs have improperly and egregiously misjoined non-diverse plaintiff claims for the purpose of defeating jurisdiction.

Some courts have required something more than mere misjoinder before severing claims, using different terms to describe what is necessary. See, e.g., Tapscott, 77 F.3d at 1360 (referring to "egregiousness" of the misjoinder); Coleman, 238 F. Supp. 2d at 814 (misjoinder must be "totally unsupported, or egregious"); Chaney, 1999 WL 554584, at *3 (complaint went "well beyond mere misjoinder"); Koch, 1997 WL 907917, at *4 (noting case contained "the additional element of collusive joinder to defeat the diversity jurisdiction"). Regardless of the specific terms used, these courts agreed that severance is appropriate when plaintiffs have misjoined their claims with the intent of destroying jurisdiction. Such intent can be inferred here. Here, there is no logical connection between plaintiffs' disparate claims, and plaintiffs have given no legitimate reason for

joining them in one action.  It is plain that they did so solely in an effort to defeat jurisdiction.

The Court should apply the above authorities to sever, and retain jurisdiction over, the claims of all plaintiffs other than Patricia A. Johnson, Shirley Dietz, Faith J. Jones and Gayle H. Fontana.

### This Case Satisfies The Other Requirements For Diversity Jurisdiction And Removal

18.

Based on the allegations and claims in the Complaint, the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs and is a civil action brought in a state court over which the United States District Court has original jurisdiction because there is both a diversity of citizenship between the properly joined parties and the amount in controversy meets the monetary requirements under 28 U.S.C. § 1332.

19.

All properly joined and served defendants in this case consent to this Notice of Removal.  See Exhibit B.  Wyeth is not required to obtain the consent of the sales representative defendants because they were fraudulently joined.  See, e.g., Stanger v. Am. Home Prods. Corp., Nos. 03-20086 and 03-20088, slip op. at 4-9

(E.D. Pa. May 29, 2003) (Exhibit 2); <u>Anderson v. Am. Home Prods. Corp.</u>, 220 F.

Supp. 2d 414, 419-22, 424-25 (E.D. Pa. 2002).

20.

The pending action is one that may be removed to this Court, and this Notice

of Removal is filed pursuant to 28 U.S.C. § 1441 <u>et seq.</u>

21.

After the filing of this Notice of Removal, Petitioners will promptly give

notice thereof to Plaintiffs and will file a true and correct copy of this Notice of

Removal with the State Court of Fulton County, Georgia.

WHEREFORE, Petitioners pray that this Notice of Removal be filed; that

said action being Civil Action No. 03VS052726B in the State Court of Fulton

County, Georgia be removed to this Court; that this Court sever, and retain

jurisdiction over, all claims asserted by all plaintiffs other than Patricia A. Johnson,

Shirley Dietz, Faith J. Jones and Gayle H. Fontana; and that no further proceedings

be had with respect to those claims in the State Court of Fulton County, Georgia.

Respectfully submitted this 28th day of July 2003.

Stephen M. Lore
Georgia Bar No. 457845
Stephen M. Brooks
Georgia Bar No. 085151
Richard B. North
Georgia Bar No. 545549

NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Suite 1400
999 Peachtree Street, NE
Atlanta, GA 30309
(404) 817-6000
Fax (404) 817-6050

*Attorneys for Defendants Wyeth, Wyeth
Pharmaceuticals, Inc., Robert L. Scott,
John A. Molnar, Anthony D. Adams,
Robin W. Jones and Avery T. Lanius*

56

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1D, counsel certifies by signing below that the foregoing has been prepared using Times New Roman 14 point font, one of the fonts specified in Local Rule 5.1B.

Stephen M. Lore
Georgia Bar No. 457845
Stephen M. Brooks
Georgia Bar No. 085151
Richard B. North
Georgia Bar No. 545549

NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Suite 1400
999 Peachtree Street, NE
Atlanta, GA 30309
(404) 817-6000
Fax (404) 817-6050

*Attorneys for Defendants Wyeth,*
*Wyeth Pharmaceuticals, Inc., Robert*
*L. Scott, John A. Molnar, Anthony D.*
*Adams, Robin W. Jones and Avery T.*
*Lanius*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BARBARA A. GEISERT, SHIRLEY )
GLOVER, BETTY L. HEETER, )
PAULETTE L. KIEMELE, EVON )
M. COFFMAN, WENDE PARKER, )
JOHN W. WHEELER, JERRY K. )
KITTINGER, LINDA L. )
THOMPSON, VICKY L. NOLES, )
EDITH E. ATKINS, KAREN S. )
BURLISON, JERRI L. OSBORN, )
BETTY L. CARTER, PAM S. )
HARPER, RITA F. CRABTREE, )
CAROLYN V. SPARKS, WILMA )
WILLIAMS, CAROL A. BURK, )
MARGARETT M. MCKINNEY, )
DEBORAH K. SPRINGER, )
BETHEL E. FREEMAN, MARY J. )
JONES, KATHY D. HUGHES, )          CIVIL ACTION FILE
ANNABELLE L. PERKINS, )
GWENDOLYN R. NICKENS, )            NO. _____
KATHY K. BUCKMASTER, )
GRACE A. CUNNINGHAM, LINDA )
M. TURRENTINE, CHARLES E. )
PETTIT, REBECCA A. CHANEY, )
LADONNA R. WATSON, PHYLLIS )
H. MORSE, TAMMI STICK, )
PEARL I. CASTLEMAN, DEBRA A. )
ROUNDTREE, FAITH J. JONES, )
KATHY J. DEAN, MARLENE )
CRITTENDEN, BARBARA )
COWAN, RUTH E. DERIEG, )
DEBRA S. DENWALT, ALENE )
EHRLICH, NANCY E. BROWN, )
JALAINE M. WATHAM, )

**MARGUERITE A. GEIGER, GINA** )
**L. GLANN, LEIGH A.** )
**MONTGOMERY, BRUCE R.** )
**HOSTER, JAN L. LAMDINACK,** )
**KATHY E. MILLER, GLENDA F.** )
**CASS, BARBARA E. HEINRICH,** )
**MARY E. MCDANIEL, PEGGY M.** )
**RITTER, PENNY L.** )
**BLANKINSHIP, SHERDELL** )
**ABERNATHY, JESSICA JACKSON,** )
**JUDY B. BARTON, VIVIANE R.** )
**PATTON, SHERRY L. ROSE,** )
**PAULA J. THULIN, LAURIE M.** )
**VAWTER, SHIRLEY A. WILSON,** )
**EVELYN D. SUTTON, DONNA** )
**PEELER, PATSY A. TURNPAUGH,** )
**CRARLESETTA C. THOMPSON,** )
**BRENDA K. COLLIER, KRISTEL** )
**C. WHEELER, LAUREE** )
**HERRING-PONCE, JODY S.** )
**PRICE, BRIAN A. EVERHART,** )
**DONNA M. SALVADORI, JOHN** )
**ELLISON, MARY V. HERI,** )
**LORETTA L. TOVAR, DAWN A.** )
**PEREZ, NANCY A. AMORI,** )
**DEBRA L. BODEN, BARBARA J.** )
**DUGAS, NELLIE M. SEWALL,** )
**BARBARA PILKINGTON, TINA** )
**BARRETTO, KNOVERLEAN** )
**GASTON, JAMES L. HOLLIFIELD,** )
**DANNY O. GREENE, LINDA G.** )
**BASSETT, MARTHA J. HILL,** )
**SUSAN A. DEHMLER, LOIS K.** )
**PAYNE, BETTY L. HILL, RITA L.** )
**VAUGHN, MARCELYN** )
**ACKERMAN, LAURA A.** )
**CARLUCCI, CAROLYN S.** )
**MOYER, DEBORAH R. REYES,** )

HELEN G. WELCH, BRANDY          )
MATTHEWS, JOSEPH K.             )
CHERVENKA KATHERINE K.          )
HALL, ARTHUR M. BOYD, NELL      )
SPRINGER, BILLY R. TALLENT,     )
ERNEST L. MICKLEY, MARY W.      )
SETTLE, CAROLE A. MILLWEE,      )
JANICE F. SCOTT, REGINA R.      )
BRANNOCK, KAREN L.              )
GREGORY, LAQUITA J.             )
THOMPSON, SHERYL R.             )
HAZELBAKER, JACQUE R.           )
DEARINGER, WESLEY D. LEWIS,     )
ARLEAH K. PARKER, NEVA E.       )
SNYDER, PEGGY A. GRAHAM,        )
RITA F. FOWLER, LISA G.         )
PRUITT, SANDRA K. FREEMAN,      )
ONETA GREEN, KENDA L.           )
BROWN, PEGGY R. EBY,            )
GEORGIA I. MEYERS, SHIRLEY      )
D. LUNOW-WHITAKER, KATHY        )
J. HUFFINES, MARGARETTE         )
PAYNE, TRACY J. TAYLOR,         )
KAREN B. THOMAS, WYNONA G.      )
WATTS, LINDA D. MORTON,         )
BETTY E. BYRNS, DOYLE R.        )
WATTS, BARBARA S. WELK,         )
TERRI E. COSTILLA, KENNETH      )
R. WILSON, BAMBI R. LOFTIN,     )
MARIE A. ARNOLD, MISTY L.       )
TILGHMAN, PATRICIA A.           )
WAGGONER, ANGELIA B. KING,      )
CYNTHIA A. RIDDLE, MARTINA      )
M. CHANDLER, SUSAN A.           )
FRANKLIN, PRISCILLA A.          )
GUILLORY, CAROLYN J.            )
BROWN, PATRICIA A.              )
ANDERSON, DORINDA L.            )

**MARCH, RITA N. SWICK, SUSAN** )
**M. TALLY, DONNA L. HAGOOD,** )
**BARBARA F. MIRACLE,** )
**REBECCA L. MCCARTY, SHARON** )
**A. AVERY, MELISSA K. HAYS,** )
**RUTH L. TAYLOR, RENNA R.** )
**THEIS, JAMES R. VAUGHN,** )
**MARGIE A. BAXTER, SHARON R** )
**BARNHILL, DANNA G.** )
**MCHARGUE, MARY M.** )
**MATHESON, JIMMIE R. HOBBS,** )
**GRETA L. WOODS, DIANE L.** )
**NOEL, ADRIENE L. BALL, JO D.** )
**ROBINSON, MATILDA S. LEWIS,** )
**JACQUELINE JAMISON, EVELYN** )
**B. FREEMAN, JANIS A. DWYER,** )
**DEBORAH J. TURNER, DENA A.** )
**SKAGGS, SHARON K. BARNETT,** )
**PATRICIA A. SANDERS, WILLIE** )
**M. FARMER, DOROTHY L.** )
**LOVELACE, DORIS M. NEASE,** )
**NITA C. ROOF, BRENDA J.** )
**EDWARDS, SHEILA G. ROWE,** )
**CHERYL J. SNELL, FREDDIE D.** )
**LARMON, LINDA D. DAVIDSON,** )
**MELISSA A. COX-KAISER,** )
**CAROLYN S. TAPP, CAROL A.** )
**GUFFEY, ELAINE J. HAJEK,** )
**BILLIE J. BROWN, JUDY K.** )
**CUTTER, BRENDA F. BRALEY,** )
**RONNA J. RICHARDS, BONNIE E.** )
**HUFFMAN, LORI R. PAINTER,** )
**CAROL R. SCOTT, PATRICIA A.** )
**MCCOY, RAMONA J. DEPPELER,** )
**SHARON K THORN, CHERYL G.** )
**GOLDSMITHCECILE A. BAXTER,** )
**LOUISE BROWN, PAM L.** )
**THOMAS-SANDERS, CLAUDIE O.** )

4

**MILLER, JUDY A. PARRISH,**     )
**DONNA J. DAVIDSON,**     )
**MARGARET M. WOODS, BILLIE**     )
**K HOOPER, GLENNA**     )
**BRASSFIELD, JOAN E.**     )
**BUSHNELL, JAMES R. GEE,**     )
**THELMA J. O'KELLY, MARILYN**     )
**A. BENNIGHT, BOBBIE A.**     )
**GRIFFIN, DARLENE M.**     )
**GOODRICH, GUADALUPE S.**     )
**HARRISON, GLEN D. SWAIN,**     )
**MARCIA L. WEATHERS, SHARON**     )
**K. COPE, DARLA A. SCHMIDT,**     )
**NELDA L. BRANNOCK, TAMMY**     )
**M. PARISH, DEBORAH S.**     )
**LESSERT, BARBARA G. CUSICK,**     )
**MICHAEL J. GRIMES, MATTHEW**     )
**L. CLARK, BETTY J.**     )
**KLUSMEYER, MARY J. SHEETS,**     )
**SANDRA M. MEADOWS, BETTY J.**     )
**SHULTZ, SANDRA E. BENHAM,**     )
**CAROLYN A. STEWART, VENITA**     )
**A. HALL, ANDREA E. GIFFORD,**     )
**DEANNA J. SHAW, SHERRY J.**     )
**LATHERS, CAROL Y. SMITH,**     )
**GLENDA S. RUTHERFORD,**     )
**HALLIT E. COLLINS, LISA M.**     )
**HUNT, ELVA M. BARNS, SANDRA**     )
**L. JAMES, CINDY MCBRAIN,**     )
**RUTHIE M. SCHULTZ, FREDDIE**     )
**L. SMITH, SHARON L.**     )
**NEWBERRY, SHARON G.**     )
**MAYABB, CARROLL R.**     )
**STENGER, LOU ANN COOK, EVA**     )
**J. COLEMAN, JEWEL YOUNG,**     )
**IRA M. WRIGHT, BOBBIE J.**     )
**RACKLEY, SHERRY L. STONE,**     )
**SAUNDRA K. YOUNG, SHARON L.**     )

SEBRANEK, JOAN RUSSELL,                )
DEBBIE S. KASLER, BONNIE R.            )
SIMPSON, JOANN SHAW,                    )
JOSEFINA S. ALGER, NOWITA A.           )
MARTIN, ELLA J. HELMS, EDNA            )
J. JOHNSTON, KENT A. PARKER,           )
JUNE E. DOUGLAS, DONNA K               )
LUCAS, SHIRLE J HAMILTON,              )
DERUTHA RICHARDSON,                     )
VIRGINIA L. THOMAS-TUTT,               )
CAMISHA A. BLACK, WILLIAM              )
M. KLEIN, TERESA S. KUKUK,             )
LADONNA K. WYCKOFF, CATHY              )
MALONE, DEBBIE SNIDER,                  )
LORENE S. BEHN, LESLIE                  )
PERRY, CECILIA C. SMITH,               )
LOAN L. NGUYEN, GERALDINE              )
GLOVER, MARY E. HOGUE,                  )
JOSEPH N. HADDAD, ALTHIA               )
MCELWEE-GUESS, HELEN A.                )
SISCO, PENNY J. KLEIN,                  )
KATHLEEN A. REED, CHRISTINA            )
A. SANTOS, JO NITA WHITE,              )
ROBIN A. HICKS, CONNIE L.              )
JOHNSON-FUHRMAN, NANCY F.              )
DAVIS, CARL D. SISCO, HELEN            )
M. WORTHEN, VERA E. BRASCH,            )
DONNA L. MASON, MARY E.                )
FOLEY, LINDA STEWART,                   )
CHRISTY R. HILEMAN-                     )
JACOBSON, TINA BARNUM,                  )
MARY K SHELTON, MARILYN J.             )
ANTHONY, NORMA KNIGHT,                  )
CYNTHIA A. LEDBETTER, KERRI            )
RICHARDS, LANET GREENHAW,              )
MELISSA ANDERSON, PATRICIA             )
A. WHEELER, MARLA JONES,               )
DANA STOLL, IDA D. BOLDEN,             )

**PHILLIP L. WISE, DELINDA O.**              )
**WISE, TABITHA WILLIAMS,**                  )
**BILLY D. SOSSAMON, ROBERT F.**             )
**KARNES, MARY L. JONES,**                   )
**SHERRY A. HALEY, KAREN M.**                )
**NICHOLS, PATRICIA A. PATTON,**             )
**JULIE D. RAMIREZ, NATALIE L.**             )
**SCHULDT, DEBORAH L.**                      )
**JOHNSON, JEAN A. ALLEE,**                  )
**MARY L. BIVINES, TANYA L.**                )
**PARRISH, JOCELYN KENNER,**                 )
**DEANNA D. NEWELL,**                        )
**EARTHSAIL WILSON, JAMES W.**               )
**HERRIN, IRMA L. VERA, LOU U.**             )
**CLARK, JOANN WALTRIP,**                    )
**LORETTA G. JACKSON, CORA A.**              )
**HOPKINS, DIANE MCKUIN,**                   )
**LINDA S. BETHEL, MARK G.**                 )
**BUCHANAN, WILLIAM J.**                     )
**KAHLER, VALERIE L. MCBRIEN,**              )
**DEBRA K. YOUNG, DENISE L.**                )
**MAGUIRE, DONNA S.**                        )
**LAWRENCE, KAREN A. WEAVER,**               )
**SHARI L. MORGAN, SHIRLEY J.**              )
**REESE, LAURA L. HAMILTON,**                )
**ROY D. SAUNDERS, DONNA J.**                )
**DUNCAN, ALMA M. MCELHOE,**                 )
**DEBBIE S. MOODY, JERI L.**                 )
**PATTON, PATTY R JOHNSON,**                 )
**LORENA W. RICE, SANDRA K**                 )
**ONLEY, CAROLYN S. MOSELEY,**               )
**RUTH A. DOBBS, GRACIE**                    )
**MELSON, DIANA M. HUNT, BILLY**             )
**G. SMITH, LACRETIA D. MCDOW,**             )
**DEBRA D. AMADOR, KYRA T.**                 )
**CHILDERS, BARBARA J.**                     )
**LEHMAN, CAROL A.**                         )
**SPRINGSTEEN, CONNIE J.**                   )

**RAGLAND, SHIRLEY J. COUNTS,** )
**ANGELA M. FARRIS, MARK A.** )
**MONROE, SANDRA K JOHNSON,** )
**DEBBY A. NABORS, LYNDA K** )
**POE, KAREN S. LANG, SHERRY R.** )
**HIBBEN, COLLEEN A. MACSAS,** )
**ANNA R. STACY, TAMMY S.** )
**MACK, JANICE D. ADAM, VIVIAN** )
**A. BROWNLIE, KATHLEEN C.** )
**STUMP, BILLIE B. BROWN,** )
**KAREN GRACE, KAREN D.** )
**RICHARDS, ERMA L. HUFF,** )
**LINDA RYE, PATRICIA BRISCOE,** )
**CLAYTON M. JENKINS, JANADA** )
**JENKINS, LAURA L. EVERETT,** )
**DONNA STRAWN, DONIS J.** )
**WILKERSON, JANIS L. ALLEN,** )
**GLORIA J. BRIDGERS, DAYNA L.** )
**BUDLONG, PATTI L. BAILEY,** )
**BETTE J. CHASTEEN, MEDEA T.** )
**WILKERSON-HENSLEE, ROBBIE** )
**J. JOHNSONWEYLIN** )
**BOHANNAN, COLLEEN D.** )
**MICHAEL, CHARLES L.** )
**MICHAEL, PATRICIA E. TITTLE,** )
**MARY F. FOSHEE, DARLA S.** )
**MCCLURE, LUCINDA K.** )
**HILLARD, DORIS M. HALL,** )
**SHARON DANIELS, KAREN S.** )
**BENEDICT, SHARON D. RAY,** )
**WILLIAM W. HULETT, JERRY F.** )
**DOWNING, SONDRA A.** )
**CALLOWAY, HOLLY ELLIS,** )
**BARBARA HECKMAN,** )
**ELIZABETH A. WOLFE,** )
**KRISTINE K LANCE, DANA C.** )
**CUNNINGHAM, SANDRA K.** )
**HEIMBACH, MARY F. LOFTIN,** )

**LINDA S. MOORMAN,**      )
**KATHERINE A. FLANAGAN,**      )
**TERRY RUNYON, JANICE R.**      )
**SMITH-ELIAS, MARY K.**      )
**MOUNTZ, KATHLEEN S. MATA,**      )
**LANA R. MCGEHEE, LEONA L.**      )
**BOOTH, FRANCES J. BROOKS,**      )
**BARBARA ASHER, BRENDA F.**      )
**DECKARD, CARLINE GAYLOR,**      )
**LINDA L. MARTIN, CONNIE R.**      )
**COLLIER, CATHERINE S.**      )
**BREWER, BERNICE A. HOLDEN,**      )
**LYNDA L. GILLMAN, JUDY K.**      )
**REIMER, BARBARA F. TARRANT,**      )
**JIMMIE C. RICHARDSON, MARY**      )
**C. WILHELM, JUDY K.**      )
**MCDONALD, JANICE G. DENNIS,**      )
**PATRICIA A. JOHNSON, SHIRLEY**      )
**DIETZ, IVA BURKHART, LINDA**      )
**C. HALEY, BRENDA J. MOON,**      )
**CYNTHIA COLEMAN, SHERRY J.**      )
**WESTBROOK, LAURA E. PAYNE,**      )
**SHAYNA S. ESTEP, PATRICIA A.**      )
**LOVELAND, FRANCES F. WARD,**      )
**DERENDA R. CANNON, ELAINE**      )
**STEWART, DAVID L. TUCKER,**      )
**MARY F. NABER, SHELIA W.**      )
**BAILEY, GENEVA A. LAWSON,**      )
**EVELYN R. DIES, SHARON G.**      )
**KITTS, KARRI D. THOMPSON,**      )
**SANDRA K COLMAN, EDITH F.**      )
**SEQUERTH, SANDRA G. TILSON,**      )
**DONNA C. RILEY, JONELLA A.**      )
**SHIRE, WILINDA F. FOLKS,**      )
**LINDA M. CLABAUGH, SUSAN M.**      )
**MCCUNE, GAYLA A. MILLER,**      )
**JUDY K. VINSON-WEAVER,**      )
**SANDRA K. WOOD, CYNTHIA G.**      )

WHITAKER-PETTY, CAROLYN A.  )
YOHEY, JEANNE L. MATTHEWS,  )
JANICE LEMERY, MARGIE I.  )
SEAMANDS, LYNDA L.  )
TRUSSELL, LILLIS M. WHITE,  )
NANCY L. COFER, IMA J.  )
SWEAZEA, ADAM L. GIBSON,  )
LENA D. BRADLEY, LORETTA A.  )
BOLLER, EARON J. SMITH,  )
DIVINA RODRIGUEZ, JOHNETTA  )
PEERY, SHARON L. TUCKER,  )
DEEANNA KALLMEYER, JIMMY  )
D. HOCK, BETSY L. HOWE,  )
PATRICIA WIEBUSCH, JUDITH  )
KAYE WALKER, GEORGEANNA  )
RICHARDSON, JUDY A. BAIRD,  )
MARGARET B. JERVISNEWT I.  )
TYNER, LINDA C. CLEMENT,  )
LAJOYCE JACKSON, KIMBERLY  )
L. PRIEST, CHERYL D. HARRIS,  )
MANDY IVIE, LINDA K HALL,  )
IMOGENE BAUER, LANA R.  )
REED, BETH A. TAPPAN,  )
DOROTHY P. BRIDGE, RITA J.  )
SMALTS, PAULA COYLE, JANICE  )
L. VANHORN, JUDY MASTELLER,  )
DAVID TREVINO, ROANN B.  )
GIFFORD, CHARLENE R.  )
BUERGER, THERESA L. MORRIS,  )
BEVERLY A. BOHANNON, BILLIE  )
R. HARRY, LINDA L. PARRISH,  )
LORI M. ZANDER, TERRY A.  )
DIXON, KATHY A. EVANS,  )
CHRISTA L. JUMPER-HEFLEY,  )
JUDITH A. HEFFLEY, STACEY J.  )
ENGLAND, PHYLLIS A. MEARS,  )
DELLA G. NEELY, BRUCE B.  )
SMITH, JANET C. REMIS, KAREN  )

**J. FOX, NORMA J. BLOSSER,**                    )
**NORMA J. CURTIS, ELIZABETH**                   )
**L. FORTNEY, TAMI L. COOK,**                     )
**MONA BENABOU, DEBORAH L.**                     )
**ESCOBOSA, JUANITA B. YODER,**                  )
**CHRISTY E. BARROWS, DEBRA P.**                 )
**FARRUGGIA, LUCILLE E.**                         )
**PRETTO, PAMELA R. WEGER,**                      )
**MARY O. JEFFREYS, SUSAN B.**                    )
**GILLILAND, JOLEN BELL,**                        )
**MICKIE G. GARCIA, CLAIRE E.**                   )
**CLARK, MILDRED I. TODD-**                       )
**CAFFEY, PATRICIA A. BAIN,**                     )
**JAYNE P. HARVEY, FLORENCE**                     )
**NOEDING, JERRELLENE C.**                        )
**ROGERS, BRENDA K. BRINKLEY,**                  )
**CARLA J. MALLOW, MARGARET**                    )
**M. LEGRAND, RHONDA E. ROSE,**                  )
**PATSY R. COLLIER, KAREN D.**                    )
**OWEN, AMY C. RAY, DIANE**                       )
**REDGER, RAE A. SOMMA,**                         )
**BECKY J. MELTABARGER, JOHN**                   )
**W. WRIGHT, CHARLOTTE J.**                       )
**DANIEL, WAYNE R. FANNING,**                     )
**DEBBIE A. FREEZE, RALPH E.**                    )
**JACKSON, DARLENE M.**                           )
**STAGNER, VICKIE L KINKAID,**                    )
**CHARLOTTE L. CRANFORD,**                        )
**VIRGINIA R. JORDAN, ATALOA**                    )
**A. HADIX-WALKER, MARILYN S.**                   )
**WALKER, SHARON E. PREWITT,**                    )
**NANCY R. WARD, VICKIE R.**                      )
**VETTER, WELDA J. GENNINGS,**                    )
**RAMONA MANWARREN, NORMA**                      )
**JOHNSON, DEANNA SANROMAN,**                    )
**DARLA R. MACH, WILLIAM E.**                     )
**HILL, TERRI JENSEN, DOROTHY**                  )
**TAYLOR, MONA J. SCHROEDER,**                    )

11

**LARRY D. WILLIAMSON,** )
**CHARLENE T. JOHNSON,** )
**CHERYL JEAN WORLEY,** )
**DEBORAH A. WILMOTH, DORIS** )
**J. REED, MARY S.** )
**SCHULTINGKEMPER, PAT R.** )
**LAWSON, LINDA H. GIFFORD,** )
**CECIL R. MILLER, CHERYL E.** )
**LITTLE, MARRILYNN G. ADAMS,** )
**DARLENE TROUTKATHY L.** )
**SCHECKEL, ELSIE ON-THE-HILL,** )
**DOROTHY M. BINGMAN, SANDY** )
**K. MCCARTY, CRAIG K. GAINES,** )
**FRANCES M. WILLIAMS, LINDA** )
**F. MAYES, PAMELA A. HURT,** )
**GLORIA J. ESSARY, ALMA L.** )
**WASHINGTON, BILLY F.** )
**HOUSTON, BARBARA J. CARTER,** )
**ROBIN L. LAWLESS, MELINDA J.** )
**LOTT, KATHLEEN A.** )
**MCLAUGHLIN, TERESITA D.** )
**JOHNSON, KATHRYN L.** )
**MCCASLIN, KATHIE RIOS,** )
**DENISE REINART, JOAN P.** )
**PHILIPP, PEGGY L. DEWOLFE,** )
**BRENDA FREE, CHERYL L.** )
**LANE, MELVINNA L. HICKS,** )
**ROSA OCHOA, LINDA S. EYLER,** )
**MISTY ZEBERT, MARY A. KEMP,** )
**EVELYN B. CHAVEZ, JANET S.** )
**HARRIS, PAT HOWELL, BETTY** )
**JO KINDRED, SANDRA K. COIT,** )
**KRISTY L. SUMMERFIELD, LISA** )
**D. NICHOLS, CHARLENE D.** )
**PLUMLEE, LYNDA E. ROGERS,** )
**SHERYL J. WOODS, TERESA D.** )
**OVERSTREET, TONIA A.** )
**DEKOCK, RICHARD A. TANNER,** )

**ANGELA L. RUMMERY, MARSHA**       )
**A. POTTS, ELIZABETH A.**          )
**LORENZ, CHARLOTTE**               )
**BRUMLEY, SUSAN D. MORRIS,**       )
**JANICE L. HARPER, MICHELE M.**    )
**GARDNER, FREDA L. VEACH,**        )
**VICKI L. WASSON, LINDA K.**       )
**JOHNSON, TERI L. BICKEL,**        )
**JAMES G. SUMMITT, KELLY D.**      )
**KLIEWER, CARLDEANE K**            )
**MCFARLAND, ANN ROMESBURG,**       )
**WANDA M. SHIPLETT, IVY J.**       )
**DAUGHERTY, HENRY MALONE,**        )
**RITA L. NASH, WANDA A.**          )
**RITTENHOUSE, SUSAN MONROE,**      )
**SHIRLEY A. CAMPBELL,**            )
**GLYNDA K. OFFUTT, CAROL A.**      )
**SWETT, MERI IRWIN, JANICE L.**    )
**REIMERS, SANDRA E. SAMPLE,**      )
**RHONDA SATTERLEE, VIRGINIA**      )
**A. STAFFORD-JOHNSON,**            )
**LAVERN DAVIS, LANA J.**           )
**DERKSEN, JOYCE ELLYSON,**         )
**DEBORAH L. BUSCHNELL,**           )
**LAURA J. JAMES, LEA ANN**         )
**BISHOP, JANET B. GARRETT,**       )
**RICK D. THOMPSON, SHIRLEY J.**    )
**MERCER, DOROTHY M. SILER,**       )
**BEVERLY K. ANNIS, MYRA**          )
**MCCRACKIN, JUDITH E. BLAND,**     )
**DANNA L. HUMPHERS, TAMMY**        )
**R. ROYER, DOLORES D.**            )
**RUSSELL, ROBBIE G. GENZER,**      )
**NOLA S. HOWARD, ANGELA**          )
**LANCASTER, MARGIE K**             )
**BOYLES, EDDIE R. WHITEHEAD,**     )
**BEVERLY P. OWENS BROWN,**         )
**POOCHIE E. PETRE, JACQUE S.**     )

GREENHAW, VALERIE J.                )
VANZANDT, SHARON K.                 )
DANIELS, CONNIE K. HARRELL,         )
JOHN M. PRENTICE, LYNDA             )
VELEZCONNIE M. LAMBERTH,            )
MARIE A. BLAKLEY, MADELYN           )
RAINBOLT, MARTHA BEDGOOD,           )
VIRGINIA A. ADKINS, SANTIAGO        )
SOTO, JOYCE CHANEY,                 )
ELIZABETH WELLNITZ, GLORIA          )
WOODS, KAREN M. HOFFMAN,            )
JEANETTE M. CURB, MELISSA A.        )
COONROD, DIANA F. FOGLER,           )
JENNY L. CASSELS, EDDIE             )
BRANTES, SHIRLEY J. GATHERS,        )
RHONDA L. RICHEY, RICHARD           )
A. HENSON, ANGIE PARKER,            )
HELEN J. LANGDON, MARY M.           )
CUNNINGHAM, NANCY R.                )
GLEATON, RUBY E. HENDRIX,           )
PAMELA J. NICHOLS, VERNA            )
RAGOSS, LINDA S. FARR,              )
JEANNE C. ELLIS, HOPE I.            )
LAYMAN, SONDRA R. SPENCER,          )
MONICA E. LOCKE, VICKI L.           )
CORBITT, BARBARA J. KENT,           )
RAMONA L. SEYMOUR, IRIS J.          )
SHADOWEN, MARY A. BROOKS,           )
SANDRA K. OWENS-MITCHELL,           )
ROBIN R. DARLIN, PAMALA A.          )
RAPLEY, BETTY J. HAMMOND,           )
CECIL F. RAMSEY, PEGGY              )
HENRY, CATHY BROOKS,                )
CHARLOTTE E. MILLIGAN-              )
CARPENTER, JEAN H. RUSSELL,         )
NORMA J. JOHNSON, CARLA S.          )
LEBARRE, LINDA D. BRINEGAR,         )
MARILYN L. BUIE, HAZEL C.           )

**CANDY, VISIA E. SWEAT, DEBBIE** )
**J. HAMPTON, DONNA B.** )
**CANTRELL, PATRICIA L. BOYD,** )
**KATHRYN D. STEGALL,** )
**WILLIAM C. SPRAY, JUDITH K.** )
**LEVINGSTON, MARISA D.** )
**KUHLMAN, LINDA VANN,** )
**DENISE L. BROWN-PRITCHARD,** )
**CHARLENE D. TAYLOR,** )
**BEVERLY A. POUNDERS,** )
**DOROTHY M. HUMPHREY,** )
**DEANNA L. HENDERSON,** )
**ROSEMARY LEVERSON, ALBERT** )
**VILLEGAS, BILLIE C. BAYE,** )
**CHARLENE R. SENDEL, ANITTA** )
**M. SCHOLLENBARGER, DENISE** )
**L. MOORE, CHERYL E. SIMPSON,** )
**LINDA J. WEBB, MARITTA S.** )
**JONES, AMBER D. SAMPLE,** )
**MARCIA A. NOLAN, DAGMAR K.** )
**MARINICH, NORMA J.** )
**KUYKENDALL, TERRI L. BUELL,** )
**PAMELA J. MCGREGOR,** )
**DONALD C. MORTON, CYNTHIA** )
**B. BLANTON, JEAN L. WARD,** )
**JOYCE V. SHEPLER, SANDRA L.** )
**POSEY, IVA L. LIVINGSTON,** )
**LORI K. TAYLOR,** )
**HENRIQUETTA K. DIAZ, LESLIE** )
**M. FLANAGAN, MICHELLE L.** )
**POWERS, JOYCE L.** )
**HOLLINSHEAD, MARCELLA E.** )
**CARTER, CAROL S. FELCH, LOIS** )
**E. WEDEL, KIM S. CURRIER,** )
**SANZEE G. SUTHERS, ELMO M.** )
**CASTLE, BECKY A. WILSON,** )
**DWIGHT L. MEHLIG, KAREN S.** )
**COLE, DARLENE F. FORTSON,** )

PEGGY J. PERRY, GLENDORA )
FANNING, TERESA S. BREWER, )
CATHY A. ALDRICH, MARTHA J. )
SMITH, SARAH J. )
HOOGENDOORN, FLORENCE A. )
BROWN, DONNA R. LESEMANN, )
LORENDA G. MOORE, LOIS J. )
MARTIN, LEAH M. SMITH, )
CAROL S. MORRISON, KERRY J. )
MILLER, KAYE S. HEMPHILL, )
TERRY G. MORTENSON, )
COYANNA GREGORY, DEIDRE L. )
DAWSON, BARBARA L. LITTLE, )
SHELLY D. PONS, KELLIE D. )
DUNN, DIANE THOMAS, BRENDA )
E. HOSTETLER, PAULA MITTS, )
ROBBIE LANDON, CYNTHIA J. )
WHITE, COETTA A. LAMPE, )
CAROLYN D. JACK, MARY Y. )
REED, VERA J. AVOLEDO, )
TONDA S. EDWARDS, LINDA C. )
SCRIVNER, BRENDA S. )
HAGEBUSCH, DEBRA L. )
LAWSON, LINDA G JONES, DANA )
PICKETT, PEGGY J. ANDERSON, )
LAUREL H. CARROLL, LINDA J. )
WILKERSON, JAMES R. SWARTZ, )
RICHARD E. MELTON, SUZANNE )
HICKS, CINDY M. RIGGS, KAY V. )
KIRKLAND, BONNIE W. DAVIS, )
TANYA YOVELLA, CHARLENE )
MCROBERTS, GLORIA D. )
ELLISON, LINDA S. LOYD, LINDA )
D. NORTON, GLORIA D. )
ROBINSON, ERIKA PAYNE, )
GERALDINE ALJUWANI, JEAN S. )
IVERSEN, JUDITH A. STARK, )
ANNE L. PRITTERS, TERRI A. )

16

PAGUIBITAN, MARSHA A.            )
HARRISON, ELAINE G.              )
WHEELER, KELLI J. STRATTON,      )
KAYE L. FITE, CAROLYN J.         )
MAXWELL, CAROLYN S.              )
WRIGHT, LAURIE J. HACKER,        )
SONDRA E. ELLIOTT, JANICE L.     )
BOZARTH, LORRAINE E.             )
PARKER, LINDA SUE COX,           )
PATRICIA K KISER, LAURIE D.      )
CLARK, TERRY D. MEADE,           )
TAMMY L. NASH, JOANN             )
BRUMLEY, EMMETT C. KELLEY,       )
JOAN N. FERRIS, REBECCA          )
SHANK, SUE A. RISINGER, JOYCE    )
VARES, MAURICE S. AUSLEY,        )
DIANE K HALL, PATRICIA ANN       )
MASONER, GAYLE M. JOHNSON,       )
GEORGIA BAILES, KELLYE D.        )
GRIFFITH, JOHNNIE E.             )
HANCOCK, TERESA C. SUAZO,        )
DEIDRA F. ANDERSON, SUSAN L.     )
JACKSON, CAROLYN K               )
OSBORNE, BRENDA PARKER,          )
DONNA ANN REEDY, ESTHER C.       )
WALLING, DELCY L. DUNHAM,        )
JANE A. CHERRY, GLENNA K         )
EDLER, SHERRI L RATCLIFF,        )
CYNTHIA LUDEAN LEDFORD,          )
J.D. GARLAND, DIANE M. ROOT,     )
KIRBY L. HANCOCK, PAMELA         )
V.M. HUGHES, EMILY A.            )
BALLARD, DOROTHY L.              )
MULLEN, TERRIE W. DOUGLAS,       )
PAMELA D. MULLINS, GAYLE H.      )
FONTANA, ROBERT H.               )
SHULLICH, DUANE O. JUDD,         )
DANA S. DANIELS-AYERS,           )

DOROTHY J. SMITHART,                )
FLORENE C. STURM, GEORGIA           )
A. SANDERS, KARLA F. SAUCIER,       )
BETTY J. EAKINS, PHYLLIS J.         )
MCLAUGHLIN, CINDY D.                )
RATLIFF, JACKIE A. FUNCK,           )
MYRNA WATKINS, ELIZABETH            )
ANNE ECKER, KISHLA R.               )
MESSER, JANA SKINNER, LILLIE        )
R. WILSON, BARBARA A.               )
HOSKINS, SARA J. MCNALLY,           )
ELIZABETH PUTMAN, BARBARA           )
A. WARD, LESA S. WILLIAMS,          )
DIANA L WHITEMAN,                   )
KIMBERLY A. PATRICK, LAURIE         )
L. HOLMES, EVELYN J. ROSS,          )
REBECCA A. ROBSON, DEBORAH          )
L. ELLEDGE, SHARON M.               )
LINDQUESTER, BRENDA K               )
HATCH, ANNA M. COCHRAN,             )
MARJORIE A. HILLMANN,               )
CAROL C. SELLERS, PAULA L.          )
HANCOCK, BRANDEN R.                 )
HUNTER, LINDA J. CULVEY,            )
MARGARET J. CURRIER, PEGGY          )
L. NELSON, BONNIE L. MARTIN,        )
JUDY C. HILL, RUDARLA K             )
OTERO, TANYA L. CULBERT,            )
ESTELLA Y. MERCER, KAREN K          )
MILLS, TERESA A. BILLS, SHARI       )
A. HARRIS, MARILYN J. LOGUE,        )
LISA R. SELF, JOSIE M.              )
DAVIDSON, BARBARA J. KIRBY,         )
ROBERTA M. ALLEN, VIRGINIA          )
D. KOCH, RHONDA S. ROGERS,          )
MARGARET A. THOMAS,                 )
MARGARET L. HANS, DORIS S.          )
WILGUS, TERRI G. WEHR, W.           )

MARTISE PAPPAN, JULAINE P.                )
OGDEN, GLORIA J. LINVILLE,                 )
WANDA L. MCCLELLAND,                       )
REBECCA J. KING, LANA EBERT,               )
JUDY L. REAGAN, BRIAN L.                   )
HIEBERT, JOY B. HOWELL,                    )
VICKIE G. HERR, DALE W.                    )
MOORE, CYNTHIA J. SUITER,                  )
SHIRLEY L. CHOAT, BARBARA A.               )
GLASSON, LOUISE M. HOWE,                   )
ROBERT B. HARPER, RAYMOND                  )
M. BRIGHT, JOAN E. JACKSON,                )
LILLIE J. PETILLO, HARLEY H.               )
HILL, JONI L. BRIONES, WILMA               )
J. BRIONES, LAJUANA J.                     )
KITCHEN, ROSE L. DAVIS, RITA               )
J. MAHAR-WARSHELL, JEAN L.                 )
SMITH, ROSE L. BRANCECUM,                  )
JUDY K STANTON, LINDA L.                   )
CROW, WINNIE M. KIRK,                      )
ANDREA D. RAINS, ELIZABETH J.              )
MCFARLIN, JANINE L.                        )
MANGRUM, PATRICIA D.                       )
HUBBARD, LEACIA D. WRIGHT,                 )
LANADA K WATSON, DANITA J.                 )
GORDON, KATHY L. BRAY,                     )
PHYLLIS A. FLORA, CHERYL L.                )
HARTLEY, PATRICIA N. DRIVER,               )
MANESAH L. HUBBLE, KAREN O.                )
MITCHELL, FREDIA J. RICE,                  )
JUDY L. RIDDLES, STACEY J.                 )
BOWEN, TERRY K CARNELL,                    )
ELOISE I. BISHOP, LINDA K.                 )
CALVERT, CHRISTY K. DART,                  )
FLOYE E. KIMMEL, SUSAN                     )
CAMPBELL, SHARON K. CRAUN,                 )
ALISHA L. REYNOLDS, LESLIE J.              )
NAUGHTON, PEGGY S. BIDDLE,                 )

CHERYLL L. FIELDS, ROSA L.    )
WHIPPLE, LAURIE V. KOHLER,   )
DORIS CRABTREE, JAMES J.     )
JABLONSKI, DIANNE JOHNSON,  )
FAYE FUCHS, MARLENA MYERS,  )
DONNA M. MCCLURG, LINDA J.  )
KORFMAN, LA DONA J.       )
CHARTIER, HARRIET L. LLOYD,  )
DONNA L. COX, SHERON A.     )
KINDRED, BARBARA E.        )
SOLORIO, MYRNA L. SWALM,    )
RUSTY E. HAGER, TONYA S.     )
DORSEY, PATRICIA L. MARTIN,  )
JAYLYN G. ROGERS, BARBARA  )
K. ALBRITTON, ELIZABETH M.  )
HILL, JULIA D. RHINEHART,    )
LOIS A. JENNINGS, LEONA M.   )
HARRIS, BARBARA J. PITTMAN, )
MYRTLE M. PADGETT,        )
SHEARLYON F. MAHAN, MONA  )
B. KEMP, SANDRA MCGINNIS,  )
MELBA K. SCHOOLFIELD,     )
SHARON B. KENRICK, AND     )
JANICE M. TAYLOR,         )
                         )
                         )
        PLAINTIFFS,     )
                         )
VS.                      )
                         )
AMERICAN HOME PRODUCTS   )
CORPORATION, now known as   )
WYETH CORPORATION; WYETH )
PHARMACEUTICALS f/k/a      )
WYETH-AYERST           )
PHARMACEUTICALS, INC., A    )
DIVISION OF AMERICAN HOME  )
PRODUCTS CORPORATION f/k/a )

20

**Wyeth Laboratories, Inc.; ROBERT** )
**L. SCOTT, a citizen of the State of** )
**Georgia; JOHN A. MOLNAR, a** )
**citizen of the State of Georgia;** )
**ANTHONY D. ADAMS, a citizen of** )
**the State of Georgia; ROBIN W.** )
**JONES, a citizen of the State of** )
**Georgia; and AVERY T. LANIUS, a** )
**citizen of the State of Georgia,** )
 )
      **DEFENDANTS.** )
 )

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **NOTICE OF REMOVAL** by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

> Randolph A. Mayer, Esq.
> Mayer & Beal
> 776 Juniper Street, N.E.
> Atlanta, Georgia 30308
>
> Attorneys for Plaintiffs

This _28th_ day of _July_ 2003.

Stephen M. Lore
Georgia Bar No. 457845
Stephen M. Brooks
Georgia Bar No. 085151
Richard B. North
Georgia Bar No. 545549

NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Suite 1400
999 Peachtree Street, NE
Atlanta, GA 30309
(404) 817-6000
Fax (404) 817-6050

*Attorneys for Defendants Wyeth, Wyeth
Pharmaceuticals, Inc., Robert L. Scott,
John A. Molnar, Anthony D. Adams,
Robin W. Jones and Avery T. Lanius*

# <u>Notice of Removal</u>
# <u>Index of Exhibits</u>

**Exhibit A** – Copies of all process, pleadings and orders served on or by Petitioners.

**Exhibit B** – Consents to removal of all properly joined and properly served defendants.

**Exhibit 1** – Delaware and Texas Secretary of State documents evidencing Medeva's merger into Celltech in 1998 and Medeva's citizenship (to the extent Medeva exists).

**Exhibit 2** – <u>Stanger v. American Home Prods. Corp.</u>, Nos. 03-20086 and 03-20088, slip op. (E.D. Pa. May 29, 2003).

**Exhibit 3** – 04/08/02 Aventis Form 20-F at 114.

**Exhibit 4** – year end 12/31/01 IVAX Form 10-K at 26.

**Exhibit 5** – Declaration of Daniel Pariser (without exhibits).

**Exhibit 6** – Eckerd Corporation's Answers to Wyeth's Interrogatories in <u>Bennett v. Wyeth</u>, No. 2002 CA 1193 (Circuit Court, Escambia County, Florida).

**Exhibit 7** – <u>Johnson v. Wyeth</u>, 1:02-CV-1368, slip op. (N.D. Ga. Jan. 3, 2003).

**Exhibit 8** – <u>James v. Parke-Davis</u>, 1:00-CV-1203-JEC, slip op. (N.D. Ga. Nov. 30, 2000).

**Exhibit 9** – 04/04/03 Robert L. Scott Affidavit.

**Exhibit 10** – 08/01/02 Robert L. Scott Deposition Transcript.

**Exhibit 11** – 01/28/03 John A. Molnar Affidavit.





(To be scanned in place of tab)

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

BARBARA A. GEISERT, SHIRLEY          )
GLOVER, BETTY L. HEETER,             )
PAULETTE L. KIEMELE, EVON M.         )
COFFMAN, WENDE PARKER, JOHN W.       )
WHEELER, JERRY K. KITTINGER,         )
LINDA L. THOMPSON, VICKY L.          )
NOLES, EDITH E. ATKINS, KAREN S.     )
BURLISON, JERRI L. OSBORN, BETTY     )
L. CARTER, PAM S. HARPER, RITA F.    )
CRABTREE, CAROLYN V. SPARKS,         )
WILMA WILLIAMS, CAROL A. BURK,       )
MARGARETT M. MCKINNEY,               )
DEBORAH K. SPRINGER, BETHEL E.       )
FREEMAN, MARY J. JONES, KATHY D.     )
HUGHES, ANNABELLE L. PERKINS,        )
GWENDOLYN R. NICKENS, KATHY K.       )
BUCKMASTER, GRACE A.                 )
CUNNINGHAM, LINDA M.                 )
TURRENTINE, CHARLES E. PETTIT,       )      CIVIL ACTION
REBECCA A. CHANEY, LADONNA R.        )
WATSON, PHYLLIS H. MORSE, TAMMI      )
STICK, PEARL I. CASTLEMAN, DEBRA     )      FILE NO. 03VS052726B
A. ROUNDTREE, FAITH J. JONES,        )
KATHY J. DEAN, MARLENE               )
CRITTENDEN,BARBARA COWAN,            )      JURY TRIAL DEMANDED
RUTH E. DERIEG, DEBRA S. DENWALT,    )
ALENE EHRLICH, NANCY E. BROWN,       )
JALAINE M. WATHAM, MARGUERITE        )
A. GEIGER, GINA L. GLANN, LEIGH A.   )
MONTGOMERY, BRUCE R. HOSTER,         )
JAN L. LAMINACK, KATHY E. MILLER,    )
GLENDA F. CASS, BARBARA E.           )
HEINRICH, MARY E. MCDANIEL,          )
PEGGY M. RITTER, PENNY L.            )
BLANKINSHIP, SHERDELL                )
ABERNATHY, JESSICA JACKSON,          )
JUDY B. BARTON, VIVIANE R.           )
PATTON, SHERRY L. ROSE, PAULA J.     )
THULIN, LAURIE M. VAWTER,            )
SHIRLEY A. WILSON, EVELYN D.         )
SUTTON, DONNA PEELER, PATSY A.       )
TURNPAUGH. CHARLESETTA C.            )
THOMPSON, BRENDA K. COLLIER,         )

KRISTEL C. WHEELER, LAUREE )
HERRING-PONCE, JODY S. PRICE, )
BRIAN A. EVERHART, DONNA M. )
SALVADORI, JOHN ELLISON, MARY V. )
HERI, LORETTA L. TOVAR, DAWN A. )
PEREZ, NANCY A. AMORI, DEBRA L. )
BODEN, BARBARA J. DUGAS, NELLIE )
M. SEWALL, BARBARA PILKINGTON, )
TINA BARRETTO, KNOVERLEAN )
GASTON, JAMES L. HOLLIFIELD, )
DANNY 0. GREENE, LINDA G. )
BASSETT, MARTHA J. HILL, SUSAN A. )
DEHMLER, LOIS K. PAYNE, BETTY L. )
HILL, RITA L. VAUGHN, MARCELYN )
ACKERMAN, LAURA A. CARLUCCI, )
CAROLYN S. MOYER, DEBORAH R. )
REYES, HELEN G. WELCH, BRANDY )
MATTHEWS, JOSEPH K CHERVENKA )
KATHERINE K. HALL, ARTHUR M. )
BOYD, NELL SPRINGER, BILLY R. )
TALLENT, ERNEST L. MICKLEY, )
MARY W. SETTLE, CAROLE A. )
MILLWEE, JANICE F. SCOTT, REGINA )
R. BRANNOCK, KAREN L. GREGORY, )
LAQUITA J. THOMPSON, SHERYL R. )
HAZELBAKER, JACQUE R. )
DEARINGER, WESLEY D. LEWIS, )
ARLEAH K PARKER, NEVA E. )
SNYDER, PEGGY A. GRAHAM, RITA F. )
FOWLER, LISA G. PRUITT, SANDRA K. )
FREEMAN, ONETA GREEN, KENDA L. )
BROWN, PEGGY R. EBY, GEORGIA I. )
MEYERS, SHIRLEY D. LUNOW- )
WHITAKER, KATHY J. HUFFINES, )
MARGARETTE PAYNE, TRACY J. )
TAYLOR, KAREN B. THOMAS, )
WYNONA G. WATTS, LINDA D. )
MORTON, BETTY E. BYRNS, DOYLE R. )
WATTS, BARBARA S. WELK, TERRI E. )
COSTILLA, KENNETH R. WILSON, )
BAMBI R. LOFTIN, MARIE A. ARNOLD, )
MISTY L. TILGHMAN, PATRICIA A. )
WAGGONER, ANGELIA B. KING, )
CYNTHIA A. RIDDLE, MARTINA M. )
CHANDLER, SUSAN A. FRANKLIN, )
PRISCILLA A. GUILLORY, CAROLYN J. )

2

BROWN, PATRICIA A. ANDERSON,                    )
DORINDA L. MARCH, RITA N. SWICK,                )
SUSAN M. TALLY, DONNA L. HAGOOD,                )
BARBARA F. MIRACLE, REBECCA L.                  )
MCCARTY, SHARON A. AVERY,                       )
MELISSA K. HAYS, RUTH L. TAYLOR,                )
RENNA R. THEIS, JAMES R. VAUGHN,                )
MARGIE A. BAXTER, SHARON R                      )
BARNHILL, DANNA G. MCHARGUE,                    )
MARY M. MATHESON, JIMMIE R.                     )
HOBBS, GRETA L. WOODS, DIANE L.                 )
NOEL, ADRIENE L. BALL, JO D.                    )
ROBINSON, MATILDA S. LEWIS,                     )
JACQUELINE JAMISON, EVELYN B.                   )
FREEMAN, JANIS A. DWYER,                        )
DEBORAH J. TURNER, DENA A.                      )
SKAGGS, SHARON K BARNETT,                       )
PATRICIA A. SANDERS, WILLIE M.                  )
FARMER, DOROTHY L. LOVELACE,                    )
DORIS M. NEASE, NITA C. ROOF,                   )
BRENDA J. EDWARDS, SHEILA G.                    )
ROWE, CHERYL J. SNELL, FREDDIE D.               )
LARMON, LINDA D. DAVIDSON,                      )
MELISSA A. COX-KAISER, CAROLYN S.               )
TAPP, CAROL A. GUFFEY, ELAINE J.                )
HAJEK, BILLIE J. BROWN, JUDY K                  )
CUTTER, BRENDA F. BRALEY, RONNA                 )
J. RICHARDS, BONNIE E. HUFFMAN,                 )
LORI R. PAINTER, CAROL R. SCOTT,                )
PATRICIA A. MCCOY, RAMONA J.                    )
DEPPELER, SHARON K THORN,                       )
CHERYL G. GOLDSMITHCECILE A.                    )
BAXTER, LOUISE BROWN, PAM L.                    )
THOMAS-SANDERS, CLAUDIE O.                      )
MILLER, JUDY A. PARRISH, DONNA J.               )
DAVIDSON, MARGARET M. WOODS,                    )
BILLIE K HOOPER, GLENNA                         )
BRASSFIELD, JOAN E. BUSHNELL,                   )
JAMES R. GEE, THELMA J. O'KELLY,                )
MARILYN A. BENNIGHT, BOBBIE A.                  )
GRIFFIN, DARLENE M. GOODRICH,                   )
GUADALUPE S. HARRISON, GLEN D.                  )
SWAIN, MARCIA L. WEATHERS,                      )
SHARON K. COPE, DARLA A.                        )
SCHMIDT, NELDA L. BRANNOCK,                     )
TAMMY M. PARISH, DEBORAH S.                     )

3

LESSERT, BARBARA G. CUSICK,                 )
MICHAEL J. GRIMES, MATTHEW L.               )
CLARK, BETTY J. KLUSMEYER, MARY             )
J. SHEETS, SANDRA M. MEADOWS,               )
BETTY J. SHULTZ, SANDRA E.                  )
BENHAM, CAROLYN A. STEWART,                 )
VENITA A. HALL, ANDREA E.                   )
GIFFORD, DEANNA J. SHAW, SHERRY             )
J. LATHERS, CAROL Y. SMITH,                 )
GLENDA S. RUTHERFORD, HALLIT E.             )
COLLINS, LISA M. HUNT, ELVA M.              )
BARNS, SANDRA L. JAMES, CINDY               )
MCBRAIN, RUTHIE M. SCHULTZ,                 )
FREDDIE L. SMITH, SHARON L.                 )
NEWBERRY, SHARON G. MAYABB,                 )
CARROLL R. STENGER, LOU ANN                 )
COOK, EVA J. COLEMAN, JEWEL                 )
YOUNG, IRA M. WRIGHT, BOBBIE J.             )
RACKLEY, SHERRY L. STONE,                   )
SAUNDRA K. YOUNG, SHARON L.                 )
SEBRANEK, JOAN RUSSELL, DEBBIE S.           )
KASLER, BONNIE R. SIMPSON, JOANN            )
SHAW, JOSEFINA S. ALGER, NOWITA             )
A. MARTIN, ELLA J. HELMS, EDNA J.           )
JOHNSTON, KENT A. PARKER, JUNE E.           )
DOUGLAS, DONNA K. LUCAS, SHIRLE             )
J HAMILTON, DERUTHA                         )
RICHARDSON, VIRGINIA L. THOMAS-             )
TUTT, CAMISHA A. BLACK, WILLIAM             )
M. KLEIN, TERESA S. KUKUK,                  )
LADONNA K. WYCKOFF, CATHY                   )
MALONE, DEBBIE SNIDER, LORENE S.            )
BEHN, LESLIE PERRY, CECILIA C.              )
SMITH, LOAN L. NGUYEN, GERALDINE            )
GLOVER, MARY E. HOGUE, JOSEPH N.            )
HADDAD, ALTHIA MCELWEE-GUESS,               )
HELEN A. SISCO, PENNY J. KLEIN,             )
KATHLEEN A. REED, CHRISTINA A.              )
SANTOS, JO NITA WHITE, ROBIN A.             )
HICKS, CONNIE L. JOHNSON-                   )
FUHRMAN, NANCY F. DAVIS, CARL D.            )
SISCO, HELEN M. WORTHEN, VERA E.            )
BRASCH, DONNA L. MASON, MARY E.             )
FOLEY, LINDA STEWART. CHRISTY R.            )
HILEMAN-JACOBSONTINA BARNUM,                )
MARY K SHELTON, MARILYN J.                  )

4

ANTHONY, NORMA KNIGHT,                )
CYNTHIA A. LEDBETTER, KERRI           )
RICHARDS, LANET GREENHAW,             )
MELISSA ANDERSON, PATRICIA A.         )
WHEELER, MARLA JONES, DANA            )
STOLL, IDA D. BOLDEN, PHILLIP L.      )
WISE, DELINDA O WISE, TABITHA         )
WILLIAMS, BILLY D. SOSSAMON,          )
ROBERT F. KARNES, MARY L. JONES,      )
SHERRY A. HALEY, KAREN M.             )
NICHOLS, PATRICIA A. PATTON,          )
JULIE D. RAMIREZ, NATALIE L.          )
SCHULDT, DEBORAH L. JOHNSON,          )
JEAN A. ALLEE, MARY L. BIVINES,       )
TANYA L. PARRISH, JOCELYN             )
KENNER, DEANNA D. NEWELL,             )
EARTHSAIL WILSON, JAMES W.            )
HERRIN, IRMA L. VERA, LOU U.          )
CLARK, JOANN WALTRIP, LORETTA         )
G. JACKSON, CORA A. HOPKINS,          )
DIANE MCKUIN, LINDA S. BETHEL,        )
MARK G. BUCHANAN, WILLIAM J.          )
KAHLER, VALERIE L. MCBRIEN,           )
DEBRA K. YOUNG, DENISE L.             )
MAGUIRE, DONNA S. LAWRENCE,           )
KAREN A. WEAVER, SHARI L.             )
MORGAN, SHIRLEY J. REESE, LAURA       )
L. HAMILTON,ROY D. SAUNDERS,          )
DONNA J. DUNCAN, ALMA M.              )
MCELHOE, DEBBIE S. MOODY, JERI L.     )
PATTON, PATTY R. JOHNSON,             )
LORENA W. RICE, SANDRA K. ONLEY,      )
CAROLYN S. MOSELEY, RUTH A.           )
DOBBS, GRACIE MELSON, DIANA M.        )
HUNT, BILLY G. SMITH, LACRETIA D.     )
MCDOW, DEBRA D. AMADOR, KYRA T.       )
CHILDERS, BARBARA J. LEHMAN,          )
CAROL A. SPRINGSTEEN, CONNIE J.       )
RAGLAND, SHIRLEY J. COUNTS,           )
ANGELA M. FARRIS, MARK A.             )
MONROE, SANDRA K. JOHNSON,            )
DEBBY A. NABORS, LYNDA K POE,         )
KAREN S. LANG, SHERRY R. HIBBEN,      )
COLLEEN A. MACSAS, ANNA R.            )
STACY, TAMMY S. MACK, JANICE D.       )
ADAM, VIVIAN A. BROWNLIE,             )

5

KATHLEEN C. STUMP, BILLIE B. )
BROWN, KAREN GRACE, KAREN D. )
RICHARDS, ERMA L. HUFF, LINDA )
RYE, PATRICIA BRISCOE, CLAYTON )
M. JENKINS, JANADA JENKINS, LAURA )
L. EVERETT, DONNA STRAWN, DONIS )
J. WILKERSON, JANIS L. ALLEN, )
GLORIA J. BRIDGERS, DAYNA L. )
BUDLONG, PATTI L. BAILEY, BETTE J. )
CHASTEEN, MEDEA T. WILKERSON- )
HENSLEE, ROBBIE J. )
JOHNSON WEYLIN BOHANNAN, )
COLLEEN D. MICHAEL, CHARLES L. )
MICHAEL, PATRICIA E. TITTLE, )
MARY F. FOSHEE, DARLA S. )
MCCLURE, LUCINDA K. HILLARD, )
DORIS M. HALL, SHARON DANIELS, )
KAREN S. BENEDICT, SHARON D. RAY, )
WILLIAM W. HULETF, JERRY F. )
DOWNING, SONDRA A. CALLOWAY, )
HOLLY ELLIS, BARBARA HECKMAN, )
ELIZABETH A. WOLFE, KRISTINE K. )
LANCE, DANA C. CUNNINGHAM, )
SANDRA K. HEIMBACH, MARY F. )
LOFTIN, LINDA S. MOORMAN, )
KATHERINE A. FLANAGAN, TERRY )
RUNYON, JANICE R. SMITH-ELIAS, )
MARY K. MOUNTZ, KATHLEEN S. )
MATA, LANA R. MCGEHEE, LEONA L. )
BOOTH, FRANCES J. BROOKS, )
BARBARA ASHER, BRENDA F. )
DECKARD, CARLINE GAYLOR, LINDA )
L. MARTIN, CONNIE R. COLLIER, )
CATHERINE S. BREWER, BERNICE A. )
HOLDEN, LYNDA L. GILLMAN, JUDY )
K. REIMER, BARBARA F. TARRANT, )
JIMMIE C. RICHARDSON, MARY C. )
WILHELM, JUDY K MCDONALD, )
JANICE G. DENNIS, PATRICIA A. )
JOHNSON, SHIRLEY DIETZ, IVA )
BURKHART, LINDA G. HALEY, )
BRENDA J. MOON, CYNTHIA )
COLEMAN, SHERRY J. WESTBROOK, )
LAURA E. PAYNE, SHAYNA S. ESTEP, )
PATRICIA A. LOVELAND, FRANCES F. )
WARD, DERENDA R. CANNON, ELAINE )

6

STEWART, DAVID L. TUCKER, MARY                    )
F. NABER, SHELIA W. BAILEY,                        )
GENEVA A. LAWSON, EVELYN R. DIES,                 )
SHARON G. KITTS, KARRI D.                          )
THOMPSON, SANDRA K COLMAN,                         )
EDITH F. SEQUERTH, SANDRA G.                       )
TILSON, DONNA G. RILEY, JONELLA                    )
A. SHIRE, WILINDA F. FOLKS, LINDA                  )
M. CLABAUGH, SUSAN M. MCCUNE,                      )
GAYLA A. MILLER, JUDY K VINSON-                    )
WEAVER, SANDRA K. WOOD,                            )
CYNTHIA C. WHITAKER-PETTY,                         )
CAROLYN A. YOHEY, JEANNE L.                        )
MATTHEWS, JANICE LEMERY,                           )
MARGIE I. SEAMANDS, LYNDA L.                       )
TRUSSELL, LILLIS M. WHITE, NANCY                   )
L. COFER, IMA J. SWEAZEA, ADAM L.                  )
GIBSON, LENA D. BRADLEY, LORETTA                   )
A. BOLLER, EARON J. SMITH, DIVINA                  )
RODRIGUEZ, JOHNETTA PEERY,                         )
SHARON L. TUCKER, DEEANNA                          )
KALLMEYER, JIMMY D. HOCK, BETSY                    )
L. HOWE, PATRICIA WIEBUSCH,                        )
JUDITH KAYE WALKER,                                )
GEORGEANNA RICHARDSON, JUDY A.                     )
BAIRD, MARGARET B. JERVISNEWT I.                   )
TYNER, LINDA C. CLEMENT, LAJOYCE                   )
JACKSON, KIMBERLY L. PRIEST,                       )
CHERYL D. HARRIS, MANDY IVIE,                      )
LINDA K HALL, IMOGENE BAUER,                       )
LANA R. REED, BETH A. TAPPAN,                      )
DOROTHY P. BRIDGE, RITA J.                         )
SMALTS, PAULA COYLE, JANICE L.                     )
VANHORN, JUDY MASTELLER, DAVID                     )
TREVINO, ROANN B. GIFFORD,                         )
CHARLENE R. BUERGER, THERESA L.                    )
MORRIS, BEVERLY A. BOHANNON,                       )
BILLIE R. HARRY, LINDA L. PARRISH,                 )
LORI M. ZANDER, TERRY A. DIXON,                    )
KATHY A. EVANS, CHRISTA L.                         )
JUMPER-HEFLEY, JUDITH A.                            )
HEFFLEY, STACEY J. ENGLAND,                        )
PHYLLIS A. MEARS, DELLA G. NEELY,                  )
BRUCE B. SMITH, JANET C. REMIS,                    )
KAREN J. FOX, NORMA J. BLOSSER,                    )
NORMA J. CURTIS, ELIZABETH L.                      )

7

FORTNEY, TAMI L. COOK, MONA )
BENABOU, DEBORAH L. ESCOBOSA, )
JUANITA B. YODER, CHRISTY E. )
BARROWS, DEBRA P. FARRUGGIA, )
LUCILLE E. PRETTO, PAMELA R. )
WEGER, MARY O. JEFFREYS, SUSAN B. )
GILLILAND, JOLEN BELL, MICKIE G. )
GARCIA, CLAIRE E. CLARK, MILDRED )
I. TODD-CAFFEY, PATRICIA A. BAIN, )
JAYNE P. HARVEY, FLORENCE )
NOEDING, JERRELLENE C. ROGERS, )
BRENDA K. BRINKLEY, CARLA J. )
MALLOW, MARGARET M. LEGRAND, )
RHONDA E. ROSE, PATSY R. COLLIER, )
KAREN D. OWEN, AMY C. RAY, DIANE )
REDGER, RAE A. SOMMA, BECKY J. )
MELTABARGER, JOHN W. WRIGHT, )
CHARLOTTE J. DANIEL, WAYNE R. )
FANNING, DEBBIE A. FREEZE, RALPH )
E. JACKSON, DARLENE M. STAGNER, )
VICKIE L KINKAID, CHARLOTTE L. )
CRANFORD, VIRGINIA R. JORDAN, )
ATALOA A. HADIX-WALKER, )
MARILYN S. WALKER, SHARON E. )
PREWITT, NANCY R. WARD, VICKIE R. )
VETTER, WELDA J. GENNINGS, )
RAMONA MANWARREN, NORMA )
JOHNSON, DEANNA SANROMAN, )
DARLA R. MACH, WILLIAM E. HILL, )
TERRI JENSEN, DOROTHY TAYLOR, )
MONA J. SCHROEDER, LARRY D. )
WILLIAMSON, CHARLENE T. )
JOHNSON, CHERYL JEAN WORLEY, )
DEBORAH A. WILMOTH, DORIS J. )
REED, MARY S. SCHULTINGKEMPER, )
PAT R. LAWSON, LINDA H. GIFFORD, )
CECIL R. MILLER, CHERYL E. LITTLE, )
MARRILYNN G. ADAMS, DARLENE )
TROUTKATHY L. SCHECKEL, ELSIE )
ON-THE-HILL, DOROTHY M. )
BINGMAN, SANDY K MCCARTY, )
CRAIG K GAINES, FRANCES M. )
WILLIAMS, LINDA F. MAYES, PAMELA )
A. HURT, GLORIA J. ESSARY, ALMA L. )
WASHINGTON, BILLY F. HOUSTON, )
BARBARA J. CARTER, ROBIN L. )

8

LAWLESS, MELINDA J. LOTT,                    )
KATHLEEN A. MCLAUGHLIN,                      )
TERESITA D. JOHNSON, KATHRYN L.             )
MCCASLIN, KATHIE RIOS, DENISE               )
REINART, JOAN P. PHILIPP, PEGGY L.          )
DEWOLFE, BRENDA FREE, CHERYL L.             )
LANE, MELVINNA L. HICKS, ROSA               )
OCHOA, LINDA S. EYLER, MISTY                )
ZEBERT, MARY A. KEMP, EVELYN B.             )
CHAVEZ, JANET S. HARRIS, PAT                )
HOWELL, BETTY JO KINDRED,                   )
SANDRA K COIT, KRISTY L.                    )
SUMMERFIELD, LISA D. NICHOLS,               )
CHARLENE D. PLUMLEE, LYNDA E.               )
ROGERS, SHERYL J. WOODS, TERESA             )
D. OVERSTREET, TONIA A. DEKOCK,             )
RICHARD A. TANNER, ANGELA L.                )
RUMMERY, MARSHA A. POTTS,                    )
ELIZABETH A. LORENZ, CHARLOTTE              )
BRUMLEY, SUSAN D. MORRIS, JANICE            )
L. HARPER, MICHELE M. GARDNER,              )
FREDA L. VEACH, VICKI L. WASSON,            )
LINDA K. JOHNSON, TERI L. BICKEL,           )
JAMES G. SUMMITT, KELLY D.                  )
KLIEWER, CARLDEANE K                        )
MCFARLAND, ANN ROMESBURG,                   )
WANDA M. SHIPLETT, IVY J.                   )
DAUGHERTY, HENRY MALONE, RITA               )
L. NASH, WANDA A. RITTENHOUSE,              )
SUSAN MONROE, SHIRLEY A.                    )
CAMPBELL, GLYNDA K OFFUTT,                   )
CAROL A. SWETT, MERI IRWIN,                  )
JANICE L. REIMERS, SANDRA E.                )
SAMPLE, RHONDA SATTERLEE,                    )
VIRGINIA A. STAFFORD-JOHNSON,               )
LAVERN DAVIS, LANA J. DERKSEN,              )
JOYCE ELLYSON, DEBORAH L.                   )
BUSCHNELL, LAURA J. JAMES, LEA              )
ANN BISHOP, JANET B. GARRETT,               )
RICK D. THOMPSON, SHIRLEY J.                )
MERCER, DOROTHY M. SILER,                   )
BEVERLY K. ANNIS, MYRA                      )
MCCRACKIN, JUDITH E. BLAND,                 )
DANNA L. HUMPHERS, TAMMY R.                 )
ROYER, DOLORES D. RUSSELL,                  )
ROBBIE G. GENZER, NOLA S.                   )

9

HOWARD, ANGELA LANCASTER,                )
MARGIE K. BOYLES, EDDIE R.               )
WHITEHEAD, BEVERLY P. OWENS              )
BROWN, POOCHIE E. PETRE, JACQUE          )
S. GREENHAW, VALERIE J.                  )
VANZANDT, SHARON K. DANIELS,             )
CONNIE K. HARRELL, JOHN M.               )
PRENTICE, LYNDA VELEZCONNIE M.           )
LAMBERTH, MARIE A. BLAKLEY,              )
MADELYN RAINBOLT, MARTHA                 )
BEDGOOD, VIRGINIA A. ADKINS,             )
SANTIAGO SOTO, JOYCE CHANEY,             )
ELIZABETH WELLNITZ, GLORIA               )
WOODS, KAREN M. HOFFMAN,                 )
JEANETTE M. CURB, MELISSA A.             )
COONROD, DIANA F. FOGLER, JENNY          )
L. CASSELS, EDDIE BRANTES,               )
SHIRLEY J. GATHERS, RHONDA L.            )
RICHEY, RICHARD A. HENSON, ANGIE         )
PARKER, HELEN J. LANGDON, MARY           )
M. CUNNINGHAM, NANCY R.                  )
GLEATON, RUBY E. HENDRIX,                )
PAMELA J. NICHOLS, VERNA RAGOSS,         )
LINDA S. FARR, JEANNE C. ELLIS,          )
HOPE I. LAYMAN, SONDRA R.                )
SPENCER, MONICA E. LOCKE, VICKI          )
L. CORBITT, BARBARA J. KENT,             )
RAMONA L. SEYMOUR, IRIS J.               )
SHADOWEN, MARY A. BROOKS,                )
SANDRA K. OWENS-MITCHELL, ROBIN          )
R. DARLIN, PAMALA A. RAPLEY,             )
BETTY J. HAMMOND, CECIL F.               )
RAMSEY, PEGGY HENRY, CATHY               )
BROOKS, CHARLOTTE E. MILLIGAN-           )
CARPENTER, JEAN H. RUSSELL,              )
NORMA J. JOHNSON, CARLA S.               )
LEBARRE, LINDA D. BRINEGAR,              )
MARILYN L. BUIE, HAZEL C. CANDY,         )
VISIA E. SWEAT, DEBBIE J. HAMPTON,       )
DONNA B. CANTRELL, PATRICIA L.           )
BOYD, KATHRYN D. STEGALL,                )
WILLIAM C  SPRAY, JUDITH K               )
LEVINGSTON, MARISA D. KUHLMAN,           )
LINDA VANN, DENISE L. BROWN-             )
PRITCHARD, CHARLENE D. TAYLOR,           )
BEVERLY A. POUNDERS, DOROTHY M.          )

10

HUMPHREY, DEANNA L. HENDERSON,  )
ROSEMARY LEVERSON, ALBERT  )
VILLEGAS, BILLIE C. BAYE,  )
CHARLENE R. SENDEL, ANITTA M.  )
SCHOLLENBARGER, DENISE L.  )
MOORE, CHERYL E. SIMPSON, LINDA  )
J. WEBB, MARITTA S. JONES, AMBER  )
D. SAMPLE, MARCIA A. NOLAN,  )
DAGMAR K MARINICH, NORMA J.  )
KUYKENDALL, TERRI L. BUELL,  )
PAMELA J. MCGREGOR, DONALD C.  )
MORTON, CYNTHIA B. BLANTON,  )
JEAN L. WARD, JOYCE V. SHEPLER,  )
SANDRA L. POSEY, IVA L.  )
LIVINGSTON, LORI K. TAYLOR,  )
HENRIQUETTA K. DIAZ, LESLIE M.  )
FLANAGAN, MICHELLE L. POWERS,  )
JOYCE L. HOLLINSHEAD, MARCELLA  )
E. CARTER, CAROL S. FELCH, LOIS E.  )
WEDEL, KIM S. CURRIER, SANZEE G.  )
SUTHERS, ELMO M. CASTLE, BECKY  )
A. WILSON, DWIGHT L. MEHLIG,  )
KAREN S. COLE, DARLENE F.  )
FORTSON, PEGGY J. PERRY,  )
GLENDORA FANNING, TERESA S.  )
BREWER, CATHY A. ALDRICH,  )
MARTHA J. SMITH, SARAH J.  )
HOOGENDOORN, FLORENCE A.  )
BROWN, DONNA R. LESEMANN,  )
LORENDA G. MOORE, LOIS J. MARTIN,  )
LEAH M. SMITH, CAROL S.  )
MORRISON, KERRY J. MILLER, KAYE  )
S. HEMPHILL, TERRY G. MORTENSON,  )
COYANNA GREGORY, DEIDRE L.  )
DAWSON, BARBARA L. LITTLE,  )
SHELLY D. PONS, KELLIE D. DUNN,  )
DIANE THOMAS, BRENDA E.  )
HOSTETLER, PAULA MITTS, ROBBIE  )
LANDON, CYNTHIA J. WHITE, COETTA  )
A. LAMPE, CAROLYN D. JACK, MARY  )
Y. REED, VERA J. AVOLEDO, TONDA S.  )
EDWARDS, LINDA C. SCRIVNER,  )
BRENDA S. HAGEBUSCH, DEBRA L.  )
LAWSON, LINDA G JONES, DANA  )
PICKETT, PEGGY J. ANDERSON,  )
LAUREL H. CARROLL, LINDA J.  )

11

WILKERSON, JAMES R. SWARTZ,               )
RICHARD E. MELTON, SUZANNE                )
HICKS, CINDY M. RIGGS, KAY V.             )
KIRKLAND, BONNIE W. DAVIS, TANYA          )
YOVELLA, CHARLENE MCROBERTS,              )
GLORIA D. ELLISON, LINDA S. LOYD,         )
LINDA D. NORTON, GLORIA D.                )
ROBINSON, ERIKA PAYNE,                    )
GERALDINE ALJUWANI, JEAN S.               )
IVERSEN, JUDITH A. STARK, ANNE L.         )
PRITTERS, TERRI A. PAGUIBITAN,            )
MARSHA A. HARRISON, ELAINE G.             )
WHEELER, KELLI J. STRATTON, KAYE          )
L. FITE, CAROLYN J. MAXWELL,              )
CAROLYN S. WRIGHT, LAURIE J.              )
HACKER, SONDRA E. ELLIOTT,                )
JANICE L. BOZARTH, LORRAINE E.            )
PARKER, LINDA SUE COX, PATRICIA           )
F. KISER, LAURIE D. CLARK, TERRY D.       )
MEADE, TAMMY L. NASH, JOANN               )
BRUMLEY, EMMETT C. KELLEY, JOAN           )
N. FERRIS, REBECCA SHANK, SUE A.          )
RISINGER, JOYCE VARES, MAURICE S.         )
AUSLEY, DIANE K HALL, PATRICIA            )
ANN MASONER, GAYLE M. JOHNSON,            )
GEORGIA BAILES, KELLYE D.                 )
GRIFFITH, JOHNNIE E. HANCOCK,             )
TERESA C. SUAZO, DEIDRA F.                )
ANDERSON, SUSAN L. JACKSON,               )
CAROLYN K OSBORNE, BRENDA                 )
PARKER, DONNA ANN REEDY,                  )
ESTHER C. WALLING, DELCY L.               )
DUNHAM, JANE A. CHERRY, GLENNA            )
K. EDLER, SHERRI L RATCLIFF,              )
CYNTHIA LUDEAN LEDFORD, J.D.              )
GARLAND, DIANE M. ROOT, KIRBY L.          )
HANCOCK, PAMELA V.M. HUGHES,              )
EMILY A. BALLARD, DOROTHY L.              )
MULLEN, TERRIE W. DOUGLAS,                )
PAMELA D. MULLINS, GAYLE H.               )
FONTANA, ROBERT H. SHULLICH,              )
DUANE 0. JUDD, DANA S. DANIELS-           )
AYERS, DOROTHY J. SMITHART,               )
FLORENE C. STURM, GEORGIA A.              )
SANDERS, KARLA F. SAUCIER, BETTY          )
J. EAKINS, PHYLLIS J. MCLAUGHLIN,         )

12

~ Doc# 510656.01 ~

CINDY D. RATLIFF, JACKIE A. FUNCK,　　)
MYRNA WATKINS, ELIZABETH ANNE　　)
ECKER, KISHLA R. MESSER, JANA　　)
SKINNER, LILLIE R. WILSON,　　)
BARBARA A. HOSKINS, SARA J.　　)
MCNALLY, ELIZABETH PUTMAN,　　)
BARBARA A. WARD, LESA S.　　)
WILLIAMS, DIANA L WHITEMAN,　　)
KIMBERLY A. PATRICK, LAURIE L.　　)
HOLMES, EVELYN J. ROSS, REBECCA　　)
A. ROBSON, DEBORAH L. ELLEDGE,　　)
SHARON M. LINDQUESTER, BRENDA　　)
K HATCH, ANNA M. COCHRAN,　　)
MARJORIE A. HILLMANN, CAROL C.　　)
SELLERS, PAULA L. HANCOCK,　　)
BRANDEN R. HUNTER, LINDA J.　　)
CULVEY, MARGARET J. CURRIER,　　)
PEGGY L. NELSON, BONNIE L.　　)
MARTIN, JUDY C. HILL, RUDARLA K.　　)
OTERO, TANYA L. CULBERT, ESTELLA　　)
Y. MERCER, KAREN K MILLS, TERESA　　)
A. BILLS, SHARI A. HARRIS,　　)
MARILYN J. LOGUE, LISA R. SELF,　　)
JOSIE M. DAVIDSON, BARBARA J.　　)
KIRBY, ROBERTA M. ALLEN,　　)
VIRGINIA D. KOCH, RHONDA S.　　)
ROGERS, MARGARET A. THOMAS,　　)
MARGARET L. HANS, DORIS S.　　)
WILGUS, TERRI G. WEHR, W.　　)
MARTISE PAPPAN, JULAINE P.　　)
OGDEN, GLORIA J. LINVILLE, WANDA　　)
L. MCCLELLAND, REBECCA J. JUNG,　　)
LANA EBERT, JUDY L. REAGAN,　　)
BRIAN L. HIEBERT, JOY B. HOWELL,　　)
VICKIE G. HERR, DALE W. MOORE,　　)
CYNTHIA J. SUITER, SHIRLEY L.　　)
CHOAT, BARBARA A. GLASSON,　　)
LOUISE M. HOWE, ROBERT B.　　)
HARPER, RAYMOND M. BRIGHT, JOAN　　)
E. JACKSON, LILLIE J. PETILLO,　　)
HARLEY H. HILL, JONI L. BRIONES,　　)
WILMA J. BRIONES, LAJUANA J.　　)
KITCHEN, ROSE L. DAVIS, RITA J.　　)
MAHAR-WARSHELL, JEAN L. SMITH,　　)
ROSE L. BRANCECUM, JUDY K　　)
STANTON, LINDA L. CROW, WINNIE M.　　)

13

KIRK, ANDREA D. RAINS, ELIZABETH          )
J. MCFARLIN, JANINE L. MANGRUM,           )
PATRICIA D. HUBBARD, LEACIA D.            )
WRIGHT, LANADA F. WATSON,                 )
DANITA J. GORDON, KATHY L. BRAY,          )
PHYLLIS A. FLORA,                         )
CHERYL L. HARTLEY, PATRICIA N.            )
DRIVER, MANESAH L. HUBBLE,                )
KAREN 0. MITCHELL, FREDIA J. RICE,        )
JUDY L. RIDDLES, STACEY J. BOWEN,         )
TERRY K CARNELL, ELOISE I.                )
BISHOP, LINDA K CALVERT, CHRISTY          )
K. DART, FLOYE E. KIMMEL, SUSAN           )
CAMPBELL, SHARON K CRAUN,                 )
ALISHA L. REYNOLDS, LESLIE J.             )
NAUGHTON, PEGGY S. BIDDLE,                )
CHERYLL L. FIELDS, ROSA L.                )
WHIPPLE, LAURIE V. KOHLER, DORIS          )
CRABTREE, JAMES J. JABLONSKI,             )
DIANNE JOHNSON, FAYE FUCHS,               )
MARLENA MYERS,                            )
DONNA M. MCCLURG, LINDA J.                )
KORFMAN, LA DONA J. CHARTIER,             )
HARRIET L. LLOYD, DONNA L. COX,           )
SHERON A. KINDRED, BARBARA E.             )
SOLORIO, MYRNA L. SWALM, RUSTY            )
E. HAGER, TONYA S. DORSEY,                )
PATRICIA L. MARTIN, JAYLYN G.             )
ROGERS, BARBARA K ALBRITTON,              )
ELIZABETH M. HILL, JULIA D.               )
RHINEHART, LOIS A. JENNINGS,              )
LEONA M. HARRIS, BARBARA J.               )
PITTMAN, MYRTLE M. PADGETT,               )
SHEARLYON F. MAHAN, MONA B.               )
KEMP, SANDRA MCGINNIS, MELBA K            )
SCHOOLFIELD, SHARON B. KENRICK,           )
AND JANICE M. TAYLOR,                     )
                                          )
          PLAINTIFFS,                     )
                                          )
VS.                                       )
                                          )
                                          )
AMERICAN HOME PRODUCTS                    )
CORPORATION, now known as WYETH           )
CORPORATION; WYETH                        )

14

PHARMACEUTICALS f/k/a WYETH- )
AYERST PHARMACEUTICALS, INC., A )
DIVISION OF AMERICAN HOME )
PRODUCTS CORPORATION f/k/a Wyeth )
Laboratories, Inc.; ROBERT L. SCOTT, a )
citizen of the State of Georgia; JOHN A. )
MOLNAR, a citizen of the State of Georgia; )
ANTHONY D. ADAMS, a citizen of the )
State of Georgia; ROBIN W. JONES, a )
citizen of the State of Georgia; and AVERY )
T. LANIUS, a citizen of the State of )
Georgia, )
                                              )
        DEFENDANTS.                           )
_____ )

## PLAINTIFFS' COMPLAINT FOR DAMAGES

COME NOW, Plaintiffs Barbara A. Geisert, Shirley Glover, Betty L. Heeter, Paulette L.

Kiemele, Evon M. Coffman, Wende Parker, John W. Wheeler, Jerry K. Kittinger, Linda L.

Thompson, Vicky L. Noles, Edith E. Atkins, Karen S. Burlison, Jerri L. Osborn, Betty L.

Carter, Pain S. Harper, Rita F. Crabtree, Carolyn V. Sparks, Wilma Williams, Carol A. Burk,

Margarett M. McKinney, Deborah K. Springer, Bethel E. Freeman, Mary J. Jones, Kathy D.

Hughes, Annabelle L. Perkins, Gwendolyn R. Nickens, Kathy K. Buckmaster, Grace A.

Cunningham, Linda M. Turrentine, Charles E. Pettit, Rebecca A. Chancy, LaDonna R. Watson,

Phyllis H. Morse, Tammi Stick, Pearl I. Castlerman, Debra A. Roundtree, Faith J. Jones, Kathy

J. Dean, Marlene Cnttenden, Barbara Cowan, Ruth E. Derieg, Debra S. Denwalt, Alene

Ehrlich, Nancy E. Brown, JaLaine M. Watham, Marguerite A. Geiger, Gina L. Glann, Leigh A.

Montgomery, Bruce R. Hoster, Jan L. Laminack, Kathy E. Miller, Glenda F. Cass, Barbara E.

Heinrich, Mary E. McDaniel, Peggy M. Ritter, Penny L. Blankinship, Sherdell Abernathy,

Jessica Jackson, Judy B. Barton, Viviane R. Patton, Sherry L. Rose, Paula J. Thulin, Laurie M.

- Vawter, Shirley A. Wilson, Evelyn D. Sutton, Donna Peeler, Patsy A  Turnpaugh, Charlesetta

15

C. Thompson, Brenda K. Collier, Kristel C. Wheeler, Lauree Herring-Ponce, Jody S. Price, Brian A. Everhart, Donna M. Salvadori, John Ellison, Mary V. Hen, Loretta L. Tovar, Dawn A. Perez, Nancy A. Amori, Debra L. Boden, Barbara J. Dugas, Nellie M. Sewall, Barbara Pilkington, Tina Barretto, Knoverlean Gaston, James L. Hollifield, Danny **0. Greene, Linda G. Bassett, Martha J. Hill,** Susan A. Dehmler, Lois K. Payne, Betty L. Hill, Rita L. Vaughn, Marcelyn Ackerman, Laura A. Carlucci, Carolyn S. Moyer, Deborah R. Reyes, Helen G. Welch, Brandy Matthews, Joseph K. Chervenka, Katherine K. Hall, Arthur M. Boyd, Nell Springer, Billy **R.** Tallent, Ernest L. Mickley, Mary W. Settle, Carole A. Millwee, Janice F. Scott, Regina R. Brannock, Karen L. Gregory, LaQuita J. Thompson, Sheryl R. Hazelbaker, Jacque R. Dearinger, Wesley D. Lewis, Arleah K. Parker, Neva E. Snyder, Peggy A. Graham, Rita F. Fowler, Lisa G. Pruitt, Sandra K. Freeman, Oneta Green, Kenda L. Brown, Peggy R. Eby, Georgia I. Meyers, Shirley D. LunowWhitaker, Kathy J. Huffines, Margarette Payne, Tracy J. Taylor, Karen B. Thomas, Wynona G. Watts, Linda D. Morton, Betty E. Byms, Doyle R. Watts, Barbara S. Welk, Tern E. Costilla, Kenneth R. Wilson, Bambi R. Loflin, Marie A. Arnold, Misty L. Tilghman, Patricia A. Waggoner, Angelia B. King, Cynthia A. Riddle, Martina M. Chandler, Susan A. Franklin, Priscilla A. Guilloiy, Carolyn J. Brown, Patricia A. Anderson, Donnda L. March, Rita N. Swick, Susan M. Tally, Donna L. Hagood, Barbara F. Miracle, Rebecca L. McCarty, Sharon A. Avery, Melissa K. Hays, Ruth L. Taylor, Renna R. Theis, James R. Vaughn, Margie A. Baxter, Sharon R Barnhill, Danna G. McHargue, Mary M. Matheson, Jimmie R. Hobbs, Greta L. Woods, Diane L. Noel, Adriene L. Ball, Jo D. Robinson, Matilda S. Lewis, Jacqueline Jamison, Evelyn B. Freeman, Janis A. Dwyer, Deborah J. Turner, Dena A. Skaggs, Sharon K. Barnett, Patricia A. Sanders, Willie M. Farmer, Dorothy L. Lovelace, Doris M. Nease, Nita . Roof, Brenda J. Edwards, Sheila G. Rowe, Cheryl J. Snell,

16

Freddie D. Larmon, Linda D. Davidson, Melissa A. Cox-Kaiser, Carolyn S. Tapp, Carol A. Guffey, Elaine J. Hajek, Billie J. Brown, Judy K. Cutter, Brenda F. Braley, Ronna J. Richards, Bonnie E. Huffinan, Lori R. Painter, Carol R. Scott, Patricia A. McCoy, Ramona J. Deppeler, Sharon K. Thorn, Cheryl G. Goldsmith, Cecile A. Baxter, Louise Brown, Pam L. Thomas-Sanders, Claudie O. Miller, Judy A. Parrish, Donna J. Davidson, Margaret M. Woods, Billie K. Hooper, Glenna Brassfield, Joan E. Bushnell, James R. Gee, Thelma J. O'Kelly, Marilyn A. Bennight, Bobbie A. Griffin, Darlene M. Goodrich, Guadalupe S. Harrison, Glen D. Swain, Marcia L. Weathers, Sharon K. Cope, Darla A. Schmidt, Nelda L. Brannock, Tammy M. Parish, Deborah S. Lessert, Barbara G. Cusick, Michael J. Grimes, Matthew L. Clark, Betty J. Klusmeyer, Mary J. Sheets, Sandra M. Meadows, Betty J. Shultz, Sandra E. Benham, Carolyn A. Stewart, Venita A. Hall, Andrea E. Gifford, Deanna J. Shaw, Sherry J. Lathers, Carol Y. Smith, Glenda S. Rutherford, Hallit E. Collins, Lisa M. Hunt, Elva M. Barns, Sandra L. James, Cindy McBrain, Ruthie M. Schultz, Freddie L. Smith, Sharon L. Newberry, Sharon G. Mayabb, Carroll R. Stenger, Lou Ann Cook, Eva J. Coleman, Jewel Young, Ira M. Wright, Bobbie J. Rackley, Sherry L. Stone, Saundra K. Young, Sharon L. Sebranek, Joan Russell, Debbie S. Kasler, Bonnie R. Simpson, Joann Shaw, Josefina S. Alger, Nowita A. Martin, Ella J. Helms, Edna J. Johnston, Kent A. Parker, June E. Douglas, Donna K. Lucas, Shine J Hamilton, DeRutha Richardson, Virginia L. Thomas-Tutt, Camisha A. Black, William M. Klein, Teresa S. Kukuk, LaDonna K. Wyckoff, Cathy Malone, Debbie Snider, Lorene S. Behn, Leslie Perry, Cecilia C. Smith, Loan L. Nguyen, Geraldine Glover, Mary E. Hogue, Joseph N. Haddad, Althia McElwee-Guess, Helen A. Sisco, Penny J. Klein, Kathleen A. Reed, Christina A. Santos, Jo Nita White, Robin A. Hicks, Connie L. Johnson-Fuhrman, Nancy F. Davis, Carl D. Sisco, Helen M. Worthen, Vera E. Brasch, Donna L. Mason, Mary E. Foley, Linda Stewart, Christy

17

R. Hileman-Jacobson, Tina Barnum, Mary K. Shelton, Marilyn J. Anthony, Norma Knight,

Cynthia A. Ledbetter, Kern Richards, Lanet Gneenhaw, Melissa Anderson, Patricia A. Wheeler, Marla

Jones, Dana Stoll, Ida D. Bolden, Phillip L. Wise, Delinda 0. Wise, Tabitha Williams, Billy D.

Sossamon, Robert F. Karnes, Mary L. Jones, Sherry A. Haley, Karen M. Nichols, Patricia A. Patton,

Julie D. Ramirez, Natalie L. Schuldt, Deborah L. Johnson, Jean A. Allee, Mary L. Bivines, Tanya L.

Parrish, Jocelyn Kenner, Deanna D. Newell, Earthsail Wilson, James W. Herrmn, Irma L. Vera, Lou U.

Clark, JoAnn Waltrip, Loretta G. Jackson, Cora A. Hopkins, Diane McKuin, Linda S. Bethel, Mark G.

Buchanan, William J. Kahler, Valerie L. McBrien, Debra K. Young, Denise L. Maguire, Donna S.

Lawrence, Karen A. Weaver, Shari L. Morgan, Shirley J. Reese, Laura L. Hamilton, Roy D. Saunders,

Donna J. Duncan, Alma M. McElhoe, Debbie S. Moody, Jen L. Patton, Patty R. Johnson, Lorena W.

Rice, Sandra K. Onley, Carolyn S. Moseley, Ruth A. Dobbs, Gracie Melson, Diana M. Hunt, Billy G.

Smith, LaCretia D. McDow, Debra D. Amador, Kyra T. Childers, Barbara J. Lehman, Carol A.

Springsteen, Connie J. Ragland, Shirley J. Counts, Angela M. Farnis, Mark A. Monroe, Sandra K.

Johnson, Debby A. Nabors, Lynda K. Poe, Karen S. Lang, Sherry R. Hibben, Colleen A. Macsas, Anna

R. Stacy, Tammy S. Mack, Janice D. Adam, Vivian A. Brownlie, Kathleen C. Stump, Billie B. Brown,

Karen Grace, Karen D. Richards, Erma L. Huff, Linda Rye, Patricia Briscoe, Clayton M. Jenkins,

Janada Jenkins, Laura L. Everett, Donna Strawn, Donis J. Wilkerson, Janis L. Allen, Gloria J. Bridgers,

Dayna L. Budlong, Patti L. Bailey, Bette J. Chasteen, Medea T. Wilkerson-Henslee, Robbie J. Johnson,

Weylin Bohannan, Colleen D. Michael, Charles L. Michael, Patricia E. Tittle, Mary F. Foshee, Darla S.

McClure, Lucinda K. Hillard, Doris M. Hall, Sharon Daniels, Karen S. Benedict, Sharon D. Ray,

William W. Hulett, Jerry F. Downing, Sondra A. Calloway, Holly Ellis, Barbara Heckman, Elizabeth A.

Wolfe, Kristine K. Lance, Dana C. Cunningham, Sandra K. Heimbach, Mary F. Loftin, Linda S.

Moorman, Katherine A. Flanagan, Terry Runyon, Janice R. Smith-Elias, Mary K. Mountz, Kathleen S.

Mata, Lana R. McGehee, Leona L. Booth, Frances J. Brooks, Barbara Asher, Brenda F. Deckard,

Canine Gaylor, Linda L. Martin, Connie R. Collier, Catherine S. Brewer, Bernice A. Holden, Lynda L.

Gillman, Judy K. Reimer, Barbara F. Tarrant, Jimmie C. Richardson, Mary C. Wilhelm, Judy K.

McDonald, Janice G. Dennis, Patricia A. Johnson, Shirley Dietz, Iva Burkhart, Linda G. Haley, Brenda

J. Moon, Cynthia Coleman, Sherry J. Westbrook, Laura E. Payne, Shayna S. Estep, Patricia A.

Loveland, Frances F. Ward, Derenda R. Cannon, Elaine Stewart, David L. Tucker, Mary F. Naber,

Shelia W. Bailey, Geneva A. Lawson, Evelyn R. Dies, Sharon G. Kitts, Kanri D. Thompson, Sandra K.

Colman, Edith F. Sequerth, Sandra G. Tilson, Donna G. Riley, Jonella A. Shire, Wilinda F. Folks,

Linda M. Clabaugh, Susan M. McCune, Gayla A. Miller, Judy K. Vinson-Weaver, Sandra K. Wood,

Cynthia G. Whitaker-Petty, Carolyn A. Yohey, Jeanne L. Matthews, Janice Lemery, Margie I.

Seamands, Lynda L. Trussell, Lillis M. White, Nancy L. Cofer, Ima J. Swea.zea, Adam L. Gibson,

Lena D. Bradley, Loretta A. Boiler, Earon J. Smith, Divina Rodriguez, Johnetta Peery, Sharon L.

Tucker, DeeAnna Kallmeyer, Jimmy D. Hock, Betsy L. Howe, Patricia Wiebusch, Judith Kaye Walker,

Georgeanna Richardson, Judy A. Baird, Margaret B. Jervis, Newt I. Tyner, Linda C. Clement, Laioyce

Jackson, Kimberly L. Priest, Cheryl D. Harris, Mandy Ivie, Linda K. Hall, Imogene Bauer, Lana R.

Reed, Beth A. Tappan, Dorothy P. Bridge, Rita J. Smalts, Paula Coyle, Janice L. VanHorn, Judy

Masteller, David Trevino, Roann B. Gifford, Charlene R. Buerger, Theresa L. Morris, Beverly A.

Bohannon, Billie R. Harry, Linda L. Parrish, Lon M. Zander, Terry A. Dixon, Kathy A. Evans, Christa

L. Jumper-Hefley, Judith A. Heffley, Stacey J. England, Phyllis A. Means, Della G. Neely, Bruce B.

Smith, Janet C. Remis, Karen J. Fox, Norma J. Blosser, Norma J. Curtis, Elizabeth L. Fortney, Tami L.

Cook, Mona Benabou, Deborah L. Escobosa, Juanita B. Yoder, Christy E. Barrows, Debra P. Farruggia,

Lucille E. Pretto, Pamela R. Weger, Mary 0. Jeffreys, Susan B. Gilliland, Jolen Bell, Mickie G. Garcia,

Claire E. Clark, Mildred I. ToddCaffey, Patricia A. Bain, Jayne P. Harvey, Florence Noeding,

Jerrellene C. Rogers, Brenda K. Brinkley, Carla J. Mallow, Margaret M. Legrand, Rhonda E. Rose,

Patsy R. Collier, Karen D. Owen, Amy C. Ray, Diane Redger, Rae A. Somma, Becky J.

Meltabarger, John W. Wright, Charlotte J. Daniel, Wayne R. Fanning, Debbie A. Freeze, Ralph

E. Jackson, Darlene M. Stagner, Vickie L Kinkaid, Charlotte L. Cranford, Virginia R. Jordan, Ataloa

19

A. Hadix-Walker, Marilyn S. Walker, Sharon E. Prewitt, Nancy R. Ward, Vickie R. Vetter,

Welda J. Gennings, Ramona Manwarren, Norma Johnson, Deanna Sanroman, Dana R. Mach,

William E. Hill, Tern Jensen, Dorothy Taylor, Mona J. Schroeder, Larry D. Williamson,

Chanlene T. Johnson, Cheryl Jean Worley, Deborah A. Wilmoth, Doris J. Reed, Mary S.

Schultingkemper, Pat R. Lawson, Linda H. Gifford, Cecil R. Miller, Cheryl E. Little, Marrilyrm G.

Adams, Darlene Trout, Kathy L. Scheckel, Elsie On-The-Hill, Dorothy M. Bingman, Sandy K.

McCarty, Craig K. Gaines, Frances M. Williams, Linda F. Mayes, Pamela A. Hurt, Gloria J.

Essary, Alma L. Washington, Billy F. Houston, Barbara J. Carter, Robin L. Lawless, Melinda J.

Lott, Kathleen A. McLaughlin, Teresita D. Johnson, Kathryn L. McCaslin, Kathie Rios, Denise

Reinart, Joan P. Philipp, Peggy L. DeWolfe, Brenda Free, Cheryl L. Lane, Melvinna L. Hicks,

Rosa Ochoa, Linda S. Eyler, Misty Zebert, Mary A. Kemp, Evelyn B. Chavez, Janet S. Harris, Pat

Howell, Betty Jo Kindred, Sandra K. Coit, Kristy L. Summerfield, Lisa D. Nichols, Charlene D.

Plumlee, Lynda E. Rogers, Sheryl J. Woods, Teresa D. Overstreet, Tonia A. Dekock, Richard A.

Tanner, Angela L. Rummery, Marsha A. Potts, Elizabeth A. Lorenz, Charlotte Brumley, Susan D.

Morris, Janice L. Harper, Michele M. Gardner, Freda L. Veach, Vicki L. Wasson, Linda K. Johnson,

Teri L. Bickel, James G. Summitt, Kelly D. Kliewer, Carldeane K. McFarland, Ann Romesburg,

Wanda M. Shiplett, Ivy J. Daugherty, Henry Malone, Rita L. Nash, Wanda A. Rittenhouse,

Susan Monroe, Shirley A. Campbell, Glynda K. Offutt, Carol A. Swett, Men Irwin, Janice L.

Reimers, Sandra E. Sample, Rhonda Satterlee, Virginia A. Stafford-Johnson, Lavern Davis,

Lana J. Derksen, Joyce Ellyson, Deborah L. Buschnell, Laura J. James, Lea Ann Bishop, Janet B.

Garrett, Rick D. Thompson, Shirley J. Mercer, Dorothy M. Suer, Beverly K. Annis, Myra

McCrackin, Judith E. Bland, Danna L. Humphers, Tammy R. Royer, Dolores D. Russell,

Robbie G. Genzer, Nola S. Howard, Angela Lancaster, Margie K. Boyles, Eddie R. Whitehead,

Beverly P. Owens Brown, Poochie E. Petre, Jacque S. Greenhaw, Valerie J. VanZandt, Sharon K. Daniels, Connie K. Harrell, John M. Prentice, Lynda Velez, Connie M. Lamberth, Marie A. Blakley, Madelyn Rainbolt, Martha Bedgood, Virginia A. Adkins, Santiago Soto, Joyce Chaney, Elizabeth Wellnitz, Gloria Woods, Karen M. Hoffman, Jeanette M. Curb, Melissa A. Coonrod, Diana F. Fogler, Jenny L. Cassels, Eddie Brantes, Shirley J. Gathers, Rhonda L. Richey, Richard A. Henson, Angie Parker, Helen J. Langdon, Mary M. Cunningham, Nancy R. Gleaton, Ruby E. Hendnx, Pamela J. Nichols, Verna Ragoss, Linda S. Farr, Jeanne C. Ellis, Hope I. Layman, Sondra R. Spencer, Monica E. Locke, Vicki L. Corbitt, Barbara J. Kent, Ramona L. Seymour, Iris J. Shadowen, Mary A. Brooks, Sandra K. Owens-Mitchell, Robin R. Danlin, Pamala A. Rapley, Betty J. Hammond, Cecil F. Ramsey, Peggy Henry, Cathy Brooks, Charlotte E. Milligan-Carpenter, Jean H. Russell, Norma J. Johnson, Carla S. LeBarre, Linda D. Brinegar, Marilyn L. Buie, Hazel C. Candy, Visia E. Sweat, Debbie J. Hampton, Donna B. Cantrell, Patricia L. Boyd, Kathryn D. Stegall, William C. Spray, Judith K. Levingston, Marisa D. Kuhiman, Linda Vann, Denise L. Brown-Pritchard, Charlene D. Taylor, Beverly A. Pounders, Dorothy M. Humphrey, Deanna L. Henderson, Rosemary Leverson, Albert Villegas, Billie C. Baye, Charlene R. Sendel, Anitta M. Schollenbarger, Denise L. Moore, Cheryl E. Simpson, Linda J. Webb, Manitta S. Jones, Amber D. Sample, Marcia A. Nolan, Dagmar K. Marinich, Norma J. Kuykendall, Tern L. Buell, Pamela J. McGregor, Donald C. Morton, Cynthia B. Blanton, Jean L. Ward, Joyce V. Shepler, Sandra L. Posey, Iva L. Livingston, Lori K. Taylor, Henniquetta K. Diaz, Leslie M. Flanagan, Michelle L. Powers, Joyce L. Hollinshead, Marcella E. Carter, Carol S. Feich, Lois E. Wedel, Kim S. Currier, Sanzee G. Suthers, Elmo M. Castle, Becky A. Wilson, Dwight L. Mehlig, Karen S. Cole, Darlene F. Fortson, Peggy J. Perry, Glendora Fanning, Teresa S. Brewer, Cathy A. Aldrich, Martha J. Smith, Sarah J. Hoogendoorn, Florence A. Brown, Donna

21

R. Lesemann, Lorenda G. Moore, Lois J. Martin, Leah M. Smith, Carol S. Morrison, Keny J.

Miller, Kaye S. Hemphill, Terry G. Mortenson, Coyanna Gregory, Deidre L. Dawson, Barbara

L. Little, Shelly D. Pons, Kellie D. Dunn, Diane Thomas, Brenda E. Hostetler, Paula Mitts,

Robbie Landon, Cynthia J. White, Coetta A. Lampe, Carolyn D. Jack, Mary Y. Reed, Vera J.

Avoledo, Tonda S. Edwards, Linda C. Scrivner, Brenda S. Hagebusch, Debra L. Lawson, Linda

G Jones, Dana Pickett, Peggy J. Anderson, Laurel H. Carroll, Linda J. Wilkerson, James R. Swartz,

Richard E. Melton, Suzanne Hicks, Cindy M. Riggs, Kay V. Kirkland, Bonnie W. Davis, Tanya

Yovella, Charlene McRoberts, Gloria D. Ellison, Linda S. Loyd, Linda D. Norton, Gloria D.

Robinson, Erika Payne, Geraldine Aljuwani, Jean S. Iversen, Judith A. Stark, Anne L. Pritters, Tern

A. Paguibitan, Marsha A. Harrison, Elaine G. Wheeler, Kelli J. Stratton, Kaye L. Fite, Carolyn J.

Maxwell, Carolyn S. Wright, Laurie J. Hacker, Sondra E. Elliott, Janice L. Bozarth, Lorraine E. Parker,

Linda Sue Cox, Patricia F. Kiser, Laurie D. Clark, Terry D. Meade, Tanimy L. Nash, JoAnn Brumley,

Emmett C. Kelley, Joan N. Ferris, Rebecca Shank, Sue A. Risinger, Joyce Vares, Maurice S.

Ausley, Diane K. Hall, Patricia Ann Masoner, Gayle M. Johnson, Georgia Bailes, Kellye D. Griffith,

Johnnie E. -Hancock, Teresa C Suazo, Deidra F. Anderson, Susan L. Jackson, Carolyn K.

Osborne, Brenda Parker, Donna Ann Reedy, Esther C. Walling, Delcy L. Dunham, Jane A.

Cherry, Glenna K. Edler, Shern L Ratcliff, Cynthia Ludean Ledford, J.D. Garland, Diane M. Root,

Kirby L. Hancock, Pamela V.M. Hughes, Emily A. Ballard, Dorothy L. Mullen, Terrie W.

Douglas, Pamela D. Mullins, Gayle H. Fontana, Robert H. Shullich, Duane 0. Judd, Dana S.

Daniels-Ayers, Dorothy J. Smithart, Florene C. Sturm, Georgia A. Sanders, Karla F. Saucier,

Betty J. Eakins, Phyllis J. McLaughlin, Cindy D. Ratliff, Jackie A. Funck, Myrna Watkins,

Elizabeth Anne Ecker, Kishla R. Messer, Jana Skinner, Lillie R. Wilson, Barbara A. Hoskins,

Sara J. McNally, Elizabeth Putman, Barbara A. Ward, Lesa S. Williams, Diana L Whiteman,

Kimberly A. Patrick, Laurie L. Holmes, Evelyn J. Ross, Rebecca A. Robson, Deborah L.

Elledge, Sharon M. Lindquester, Brenda K. Hatch, Anna M. Cochran, Maijorie A. Hillmann,

Carol C. Sellers, Paula L. Hancock, Branden R. Hunter, Linda J. Culvey, Margaret J. Curner,

Peggy L. Nelson, Bonnie L. Martin, Judy C. Hill, Rudarla K. Otero, Tanya L. Culbert, Estella

Y. Mercer, Karen K. Mills, Teresa A. Bills, Shari A. Harris, Marilyn J. Logue, Lisa R. Self,

Josie M. Davidson, Barbara J. Kirby, Roberta M. Allen, Virginia D. Koch, Rhonda S. Rogers,

Margaret A. Thomas, Margaret L. Hans, Doris S. Wilgus, Tern G. Wehr, W. Martise Pappan,

Julaine P. Ogden, Gloria J. Linville, Wanda L. McClelland, Rebecca J. King, Lana Ebert, Judy

L. Reagan, Brian L. Hiebert, Joy B. Howell, Vickie G. Herr, Dale W. Moore, Cynthia J. Suiter,

Shirley L. Choat, Barbara A. Glasson, Louise M. Howe, Robert B. Harper, Raymond M.

Bright, Joan E. Jackson, Lillie J. Petillo, Harley H. Hill, Joni L. Briones, Wilma J. Briones,

LaJuana J. Kitchen, Rose L. Davis, Rita J. Mahar-Warshell, Jean L. Smith, Rose L. Brancecum,

Judy K. Stanton, Linda L. Crow, Winnie M. Kirk, Andrea D. Rains, Elizabeth J. McFarlin,

Janine L. Mangrum, Patricia D. Hubbard, Leacia D. Wright, Lanada F. Watson, Danita J.

Gordon, Kathy L. Bray, Phyllis A. Flora, Cheryl L. Hartley, Patricia N. Driver, Manesah L.

Hubble, Karen O. Mitchell, Fredia J. Rice, Judy L. Riddles, Stacey J. Bowen, Terry

K. Carnell, Eloise I. Bishop, Linda K. Calvert, Christy K. Dart, Floye E. Kimmel, Susan

Campbell, Sharon K. Craun, Alisha L. Reynolds, Leslie J. Naughton, Peggy S. Biddle, Cheryll

L. Fields, Rosa L. Whipple, Laurie V. Kohler, Doris Crabtree, James J. Jablonski, Dianne

Johnson, Faye Fuchs, Marlena Myers, Donna M. McClurg, Linda J. Korfman, La Dona J.

Chartier, Harriet L. Lloyd, Donna L. Cox, Sheron A. Kindred, Barbara E. Solono, Myrna L.

Swalm, Rusty E. Hager, Tonya S. Dorsey, Patricia L. Martin, Jaylyn G. Rogers, Barbara K.

Aibritton, Elizabeth M. Hill, Julia D. Rhinehart, Lois A. Jennings, Leona M. Harris, Barbara J.

23

Pittman, Myrtle M. Padgett, Shearlyon F. Mahan, Mona B. Kemp, Sandra McGinnis, Melba K. Schoolfield, Sharon B. Kenrick, Janice M. Taylor, and set forth their Complaint for Damages against Defendants as follows:

1.      Plaintiff BARBARA A. GEISERT is a citizen and resident of the State of Georgia suffering from heart valve damage andlor valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfiuramine (Redux™) andlor phentermine.

2.      Plaintiff SHIRLEY GLOVER is a citizen and resident of the State of California suffering from heart valve damage andlor valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfiuramine (Redux™) andlor phentermine.

3.      Plaintiff BETTY L. HEETER is a citizen and resident of the State of California suffering from heart valve damage andlor valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenf'luramine (Redux™) and/or phentermine.

4.      Plaintiff PAULETTE L. KIEMELE is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfiuramine (Redux™) and/or phentermine.

5.      Plaintiff EVON M. COFFMAN is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux¹⁻) and/or phentermine.

6.      Plaintiff WENDE PARKER is a citizen and resident of the State of California

24

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

7.     Plaintiff JOHN W. WHEELER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

8.     Plaintiff JERRY K. KITTINGER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

9.     Plaintiff LINDA L. THOMPSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

10.     Plaintiff VICKY L. NOLES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

11.     Plaintiff EDITH E. ATKINS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

12.     Plaintiff KAREN S. BURLISON is a citizen and resident of the State of Oklahoma

25

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

13.     Plaintiff JERRI L. OSBORN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

14.     Plaintiff BETTY L. CARTER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

15.     Plaintiff PAM S. HARPER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

16.     Plaintiff RITA F. CRABTREE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

17.     Plaintiff CAROLYN V. SPARKS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

18.     Plaintiff WILMA WILLIAMS is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption

26

and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phenteimine.

19.     Plaintiff CAROL A. BURK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

20.     Plaintiff MARGARETT M. MCKINNEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

21.     Plaintiff DEBORAH K. SPRiNGER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

22.     Plaintiff BETHEL E. FREEMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfiuramine (Redux™) and/or phentermine.

23.     Plaintiff MARY J. JONES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

24.     Plaintiff KATHY D. HUGHES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfiuramine (Redux™) and/or phentermine.

27

25.     Plaintiff ANNABELLE L. PERKINS is a citizen and resident of the State of

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™)

and/or phentermine.         .

26.     Plaintiff GWENDOLYN R. NICKENS is a citizen and resident of the State of

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion,

consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

27.     Plaintiff KATHY K. BUCKMASTER is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption

and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

28.     Plaintiff GRACE A. CUNNINGHAM is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion,

consumption and use of fenfiuramine (Pondimin®), dexfenfluramine (ReduxTM) and/or

phentermine.

29.     Plaintiff LINDA M. TURRENTINE is a citizen and resident of the State of California

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption

and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

30.     Plaintiff CHARLES E. PETTIT is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion. consumption

and use of fenfiuramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

28

31.    Plaintiff REBECCA A. CHANEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

32.    Plaintiff LADONNA R. WATSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

33.    Plaintiff PHYLLIS H. MORSE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenflunamine (Redux™) and/or phentermine.

34.    Plaintiff TAMMI STICK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

35.    Plaintiff PEARL I. CASTLEMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage andlor valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenflunamine (Redux ~) and/or phentermine.

36.    Plaintiff DEBRA A. ROUNDTREE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

29

37.     Plaintiff FAITH J. JONES is a citizen and resident of the State of New Jersey suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluraniine (Redux™) and/or phentermine.

38.     Plaintiff KATHY J. DEAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

39.     Plaintiff MARLENE CRITTENDEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

40.     Plaintiff BARBARA COWAN is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfiuramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

41.     Plaintiff RUTH E. DERIEG is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfiuramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

42.     Plaintiff DEBRA S. DENWALT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxT™) and/or phentermine.

30

43.     Plaintiff ALENE EHRLICH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

44.     Plaintiff NANCY E. BROWN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

45.     Plaintiff JALAINE M. WATHAM is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

46.     Plaintiff MARGUERITE A. GEIGER is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

47.     Plaintiff GINA L. GLANN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

48.     Plaintiff LEIGH A. MONTGOMERY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

49.     Plaintiff BRUCE R. HOSTER is a citizen and resident of the State of Oklahoma suffering

31

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfiuramine (Redux~) and/or phentermine.

50.    Plaintiff JAN L. LAMINACK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

51.    Plaintiff KATHY E. MILLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

52.    Plaintiff GLENDA F. CASS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

53.    Plaintiff BARBARA E. HEINRICH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

54.    Plaintiff MARY E. MCDANIEL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

55.    Plaintiff PEGGY M. RITTER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

56.    Plaintiff PENNY L. BLANK1NSHIP is a citizen and resident of the State of Oklahoma

32

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

57.    Plaintiff SHERDELL ABERNATHY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

58.    Plaintiff JESSICA JACKSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

59.    Plaintiff JUDY B. BARTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

60.    Plaintiff VIVIANE R. PATTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

61.    Plaintiff SHERRY L. ROSE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

62.    Plaintiff PAULA J. THULIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and ~ use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

63.    Plaintiff LAURIE M. VAWTER is a citizen and resident of the State of Oklahoma

33

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

64.     Plaintiff SHIRLEY A. WILSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfiuramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

65.     Plaintiff EVELYN D. SUTTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

66.     Plaintiff DONNA PEELER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

67.     Plaintiff PATSY A. TURNPAUGH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

68.     Plaintiff CHARLESETTA C. THOMPSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

69.     Plaintiff BRENDA K. COLLIER is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™)

34

and/or phentermine.

70.　　Plaintiff KRISTEL C. WHEELER is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

71.　　Plaintiff LAUREE HERRING-PONCE is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

72.　　Plaintiff JODY S. PRICE is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

73.　　Plaintiff BRIAN A. EVER}IART is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

74.　　Plaintiff DONNA M. SALVADORI is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

75.　　Plaintiff JOHN ELLISON is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfiuramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

76.　　Plaintiff MARY V. HER! is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

35

77.     Plaintiff LORETTA L. TOVAR is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

78.     Plaintiff DAWN A. PEREZ is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

79.     Plaintiff NANCY A. AMORI is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

80.     Plaintiff DEBRA L. BODEN is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

81.     Plaintiff BARBARA J. DUGAS is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~) and/or phentermine.

82.     Plaintiff NELLIE M. SEWALL is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

83.     Plaintiff BARBARA PILKINGTON is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

36

84. Plaintiff TINA BARRETTO is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

85. Plaintiff KNOVERLEAN GASTON is a citizen and resident of the State of Georgia suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

86. Plaintiff JAMES L. HOLLIFIELD is a citizen and resident of the State of Georgia suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

87. Plaintiff DANNY 0. GREENE is a citizen and resident of the State of Georgia suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phenterrnine.

88. Plaintiff LINDA G. BASSETT is a citizen and resident of the State of Georgia suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

89. Plaintiff MARTHA J. HILL is a citizen and resident of the State of Georgia suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

90. Plaintiff SUSAN A. DEHMLER is a citizen and resident of the State of New York suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

37

91.    Plaintiff LOIS K. PAYNE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

92.    Plaintiff BETTY L. HILL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

93.    Plaintiff RITA L. VAUGHN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

94.    Plaintiff MARCELYN ACKERMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

95.    · Plaintiff LAURA A. CARLUCCI is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

96.    Plaintiff CAROLYN S. MOYER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

97.    Plaintiff DEBORAH R. REYES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

38

98.     Plaintiff HELEN G. WELCH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentennine.

99.     Plaintiff BRANDY MATTHEWS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

100.    Plaintiff JOSEPH K. CHERVENKA is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

101.    Plaintiff KATHERINE K. HALL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

102.    Plaintiff ARTHUR M. BOYD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

103.    Plaintiff NELL SPRINGER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

104.    Plaintiff BILLY R. TALLENT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

~ Doc# 510656.01 ~

105.    Plaintiff ERNEST L. MICKLEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

106.    Plaintiff MARY W. SETTLE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

107.    Plaintiff CAROLE A. MILLWEE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

108.    Plaintiff JANICE F. SCOTT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

109.    Plaintiff REGINA R. BRANNOCK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

110.    Plaintiff KAREN L. GREGORY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

111.    Plaintiff LAQUITA J. THOMPSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

112.    Plaintiff SHERYL R. HAZELBAKER is a citizen and resident of the State of Oklahoma

40

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

113.    Plaintiff JACQUE R. DEARINGER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

114.    Plaintiff WESLEY D. LEWIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

115.    Plaintiff ARLEAH K. PARKER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

116.    Plaintiff NEVA E. SNYDER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™M) and/or phentermine.

117.    Plaintiff PEGGY A. GRAHAM is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and/ use of fenfluramine (Pondimin®), d~xfenfluramine (Redux™) and/or phentermine.

118.    Plaintiff RITA F. FOWLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluraxnine (Redux™) and/or phentermine.

41

119. Plaintiff LISA G. PRUITT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ') and/or phentermine.

120.     Plaintiff SANDRA K. FREEMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

121.     Plaintiff ONETA GREEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

122.     Plaintiff KENDA L. BROWN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

123.     Plaintiff PEGGY R. EBY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

124.     Plaintiff GEORGIA I. MEYERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

125.     Plaintiff SHIRLEY D. LUNOW-WHITAKER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

42

126.    Plaintiff KATHY J. HUFFINES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

127.    Plaintiff MARGARETTE PAYNE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

128.    Plaintiff TRACY J. TAYLOR is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

129.    Plaintiff KAREN B. THOMAS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

130.    Plaintiff WYNONA G. WATTS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

131.    Plaintiff LINDA D. MORTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

132.    Plaintiff BETTY E. BYRNS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

133.    Plaintiff DOYLE R. WATTS is a citizen and resident of the State of Oklahoma suffering

43

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

134.    Plaintiff BARBARA S. WELK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

135.    Plaintiff TERRI E. COSTILLA is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

136.    Plaintiff KENNETH R. WILSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

137.    Plaintiff BAMBI R. LOFTIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~) and/or phentermine.

138.    Plaintiff MARIE A. ARNOLD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

139.    Plaintiff MISTY L. TILGHMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfiuramine (Redux™) and/or phentermine.

140.    Plaintiff PATRICIA A. WAGGONER is a citizen and resident of the State of Oklahoma

44

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

141.    Plaintiff ANGELIA B. KING is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

142.    Plaintiff CYNTHIA A. RIDDLE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

143.    Plaintiff MARTINA M. CHANDLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

144.    Plaintiff SUSAN A. FRANKLIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

145.    Plaintiff PRISCILLA A. GUILLORY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

146.    Plaintiff CAROLYN J. BROWN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

45

147.    Plaintiff PATRICIA A. ANDERSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

148.    Plaintiff DORINDA L. MARCH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

149.    Plaintiff RITA N. SWICK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

150.    Plaintiff SUSAN M. TALLY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

151.    Plaintiff DONNA L. HAGOOD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

152.    Plaintiff BARBARA F. MIRACLE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

153.    Plaintiff REBECCA L. MCCARTY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

46

154.    Plaintiff SHARON A. AVERY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

155.    Plaintiff MELISSA K. HAYS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

156.    Plaintiff RUTH L. TAYLOR is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

157.    Plaintiff RENNA R. THEIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.   .

158.    Plaintiff JAMES R. VAUGHN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

159.    Plaintiff MARGIE A. BAXTER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

160.    Plaintiff SHARON R BARNHILL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

47

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

161.    Plaintiff DANNA G. MCHARGUE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

162.    Plaintiff MARY M. MATHESON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

163.    Plaintiff JIMMIE R. HOBBS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

164.    Plaintiff GRETA L. WOODS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

165.    Plaintiff DIANE L. NOEL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

166.    Plaintiff ADRIENE L. BALL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

167.    Plaintiff JO D. ROBINSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

48

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

168.    Plaintiff MATILDA S. LEWIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.    .

169.    Plaintiff JACQUELINE JAMISON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

170.    Plaintiff EVELYN B. FREEMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

171.    Plaintiff JANIS A. DWYER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

172.    Plaintiff DEBORAH J. TURNER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

173.    Plaintiff DENA A. SKAGGS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

174.    Plaintiff SHARON K. BARNETT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

49

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

175.     Plaintiff PATRICIA A. SANDERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

176.     Plaintiff WILLIE M. FARMER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

177.     Plaintiff DOROTHY L. LOVELACE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

178.     Plaintiff DORIS M. NEASE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

179.     Plaintiff NITA C. ROOF is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

180.     Plaintiff BRENDA J. EDWARDS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

181.     Plaintiff SHEILA G. ROWE is a citizen and resident of the State of Oklahoma suffering

50

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~) and/or phentermine.

182.   Plaintiff CHERYL J. SNELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

183.   Plaintiff FREDDIE D. LARMON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentennine.

184.   Plaintiff LINDA D. DAVIDSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

185.   Plaintiff MELISSA A. COX-KAISER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

186.   Plaintiff CAROLYN S. TAPP is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

187.   Plaintiff CAROL A. GUFFEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenflurainine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

188.   Plaintiff ELAINE J. HAJEK is a citizen and resident of the State of Oklahoma suffering

51

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentennine.

189.    Plaintiff BILLIE J. BROWN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~) and/or phentermine.

190.    Plaintiff JUDY K. CUTTER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~) and/or
phentermine.   .

191.    Plaintiff BRENDA F. BRALEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

192.    Plaintiff RONNA J. RICHARDS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

193.    Plaintiff BONNIE E. HUFFMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

194.    Plaintiff LORI R. PAINTER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

195.    Plaintiff CAROL R. SCOTT is a citizen and resident of the State of Oklahoma suffering

52

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

196.    Plaintiff PATRICIA A. MCCOY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

197.    Plaintiff RAMONA J. DEPPELER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

198.    Plaintiff SHARON K. THORN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

199.    Plaintiff CHERYL G. GOLDSMITH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

200.    Plaintiff CECILE A. BAXTER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

201.    Plaintiff LOUISE BROWN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

53

202.    Plaintiff PAM L. THOMAS-SANDERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®). dexfenfluramine (Redux™) and/or phentermine.

203.    Plaintiff CLAUDIE 0. MILLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

204.    Plaintiff JUDY A. PARRISH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

205.    Plaintiff DONNA J. DAVIDSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

206.    Plaintiff MARGARET M. WOODS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

207.    Plaintiff BILLIE K. HOOPER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumptit. and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

208.    Plaintiff GLENNA BRASSFIELD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

209.    Plaintiff JOAN E. BUSHNELL is a citizen and resident of the State of Oklahoma

54

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

210.   Plaintiff JAMES R. GEE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

211.   Plaintiff THELMA J. O'KELLY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

212.   Plaintiff MARILYN A. BENNIGHT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

213.   Plaintiff BOBBIE A. GRIFFIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

214.   Plaintiff DARLENE M. GOODRICH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

215.   Plaintiff GUADALUPE S. HARRISON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

216.    Plaintiff GLEN D. SWAIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

217.    Plaintiff MARCIA L. WEATHERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

218.    Plaintiff SHARON K. COPE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

219.    Plaintiff DARLA A. SCHMIDT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

220.    Plaintiff NELDA L. BRANNOCK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

221.    Plaintiff TAMMY M. PARISH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

222.    Plaintiff DEBORAH S. LESSERT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~) and/or phentermine.

223.    Plaintiff BARBARA G. CUSICK is a citizen and resident of the State of

56

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

224.    Plaintiff MICHAEL J. GRIMES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

225.    Plaintiff MATTHEW L. CLARK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

226.    Plaintiff BETTY J. KLUSMEYER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

227.    Plaintiff MARY J. SHEETS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

228.    Plaintiff SANDRA M. MEADOWS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

229.    Plaintiff BETTY J. SHULTZ is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

~ Doc# 510656.01 ~

230.    Plaintiff SANDRA E. BENHAM is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

231.    Plaintiff CAROLYN A. STEWART is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™M) and/or phentermine.

232.    Plaintiff VENITA A. HALL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestiOn, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

233.    Plaintiff ANDREA E. GIFFORD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

234.    Plaintiff DEANNA J. SHAW is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or
phentermine.

235.    Plaintiff SHERRY J. LATHERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

236.    Plaintiff CAROL Y. SMITH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

237.    Plaintiff GLENDA S. RUTHERFORD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

238.    Plaintiff HALLIT E. COLLINS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

239.    Plaintiff LISA M. HUNT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

240.    Plaintiff ELVA M. BARNS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

241.    Plaintiff SANDRA L. JAMES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

242.    Plaintiff CINDY MCBRAIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

243.    Plaintiff RUTHIE M. SCHULTZ is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

244.    Plaintiff FREDDIE L. SMITH is a citizen and resident of the State of Oklahoma suffering

59

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

245. Plaintiff SHARON L. NEWBERRY is a citizen and resident of the State of

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ )
and/or phentermine.

246. Plaintiff SHARON G. MAYABB is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

247. Plaintiff CARROLL R. STENGER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

248. Plaintiff LOU ANN COOK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

249. Plaintiff EVA J. COLEMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

250. Plaintiff JEWEL YOUNG is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

60

251.    Plaintiff IRA M. WRIGHT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

252.    Plaintiff BOBBIE J. RACKLEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

253.    Plaintiff SHERRY L. STONE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

254.    Plaintiff SAUNDRA K. YOUNG is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

255.    Plaintiff SHARON L. SEBRANEK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

256.    Plaintiff JOAN RUSSELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenflurarnine (Redux™) and/or phentermine.

257.    Plaintiff DEBBIE S. KASLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

258.    Plaintiff BONNIE R. SIMPSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

259.    Plaintiff JOANN SHAW is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

260.    Plaintiff JOSEFINA S. ALGER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

261.    Plaintiff NO WITA A. MARTIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

262.    Plaintiff ELLA J. HELMS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

263.    Plaintiff EDNA J. JOHNSTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

264.    Plaintiff KENT A. PARKER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

265.    Plaintiff JUNE E. DOUGLAS is a citizen and resident of the State of Oklahoma suffering

62

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

266.   Plaintiff DONNA K. LUCAS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

267.   Plaintiff SHIRLE J HAMILTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

268.   Plaintiff DERUTHA RICHARDSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

269.   Plaintiff VIRGINIA L. THOMAS-TUTT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

270.   Plaintiff CAMISHA A. BLACK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

271.   Plaintiff WILLIAM M. KLEIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

272.   Plaintiff TERESA S. KUKUK is a citizen and resident of the State of Oklahoma suffering

63

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

273.   Plaintiff LADONNA K. WYCKOFF is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

274.   Plaintiff CATHY MALONE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramjne (ReduxTM) and/or phentermine.

275.   Plaintiff DEBBIE SNIDER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

276.   Plaintiff LORENE S. BEHN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

277.   Plaintiff LESLIE PERRY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

278.   Plaintiff CECILIA C. SMITH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

279.   Plaintiff LOAN L. NGUYEN is a citizen and resident of the State of Oklahoma suffering

64

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux$^{T-1}$) and/or phentermine.

280.    Plaintiff GERALDINE GLOVER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

281.    Plaintiff MARY E. HOGUE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

282.    Plaintiff JOSEPH N. HADDAD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux$^{TM}$) and/or phentermine.

283.    Plaintiff ALTHIA MCELWEE-GUESS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux$^{TM}$) and/or phentermine.

284.    Plaintiff HELEN A. SISCO is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenflurarnine (ReduxTM) and/or phentermine.

285.    Plaintiff PENNY J. KLEIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

286.    Plaintiff KATHLEEN A. REED is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

65

use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

287.   Plaintiff CHRISTINA A. SANTOS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

288.   Plaintiff JO NITA WHITE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

289.   Plaintiff ROBIN A. HICKS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

290.   Plaintiff CONNIE L. JOHNSON-FUHRMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

291.   Plaintiff NANCY F. DAVIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

292.   Plaintiff CARL D. SISCO is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

293.   Plaintiff HELEN M. WORTHEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

294.   Plaintiff VERA E. BRASCH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

295.   Plaintiff DONNA L. MASON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

296.   Plaintiff MARY E. FOLEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

297.   Plaintiff LINDA STEWART is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

298.   Plaintiff CHRISTY R. HILEMAN-JACOBSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

299.   Plaintiff TINA BARNUM is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

300.   Plaintiff MARY K. SHELTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or

67

phentermine.

301.    Plaintiff MARILYN J. ANTHONY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

302.    Plaintiff NORMA KNIGHT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

303.    Plaintiff CYNTHIA A. LEDBETTER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

304.    Plaintiff KERRI RICHARDS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

305.    Plaintiff LANET GREENHAW is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

306.    Plaintiff MELISSA ANDERSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

307.    Plaintiff PATRICIA A. WHEELER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

68

308.   Plaintiff MARLA JONES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

309.   Plaintiff DANA STOLL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

310.   Plaintiff IDA D. BOLDEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

311.   Plaintiff PHILLIP L. WISE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

312.   Plaintiff DELINDA 0. WISE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluraniine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

313.   Plaintiff TABITHA WILLIAMS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valv~ilar regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

314.   Plaintiff BILLY D. SOSSAMON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

315.   Plaintiff ROBERT F. KARNES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

316.   Plaintiff MARY L. JONES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

317.   Plaintiff SHERRY A. HALEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

318.   Plaintiff KAREN M. NICHOLS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

319.   Plaintiff PATRICIA A. PATTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

320.   Plaintiff JULIE D. RAMIREZ is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluran-iine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

321.   Plaintiff NATALIE L. SCHULDT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

70

322.   Plaintiff DEBORAH L. JOHNSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

323.   Plaintiff JEAN A. ALLEE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

324.   Plaintiff MARY L. BIVINES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

325.   Plaintiff TANYA L. PARRISH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

326.   Plaintiff JOCELYN KENNER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

327.   Plaintiff DEANNA D. NEWELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

328.   Plaintiff EARTHSAIL WILSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or

71

phentermine.

329.   Plaintiff JAMES W. HERRTh4 is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

330.   Plaintiff IRMA L. VERA is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluraniine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

331.   Plaintiff LOU U. CLARK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

332.   Plaintiff JOANN WALTRIP is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

333.   Plaintiff LORETTA G. JACKSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

334.   Plaintiff CORA A. HOPKINS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

335.   Plaintiff DIANE MCKUJN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

72

fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

336.    Plaintiff LINDA S. BETHEL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

337.    Plaintiff MARK G. BUCHANAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimiii®), dexfenfluramine (Redux$^{T}$M) and/or phentermine.

338.    Plaintiff WILLIAM J. KAHLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux$^{TM}$) and/or phentermine.

339.    Plaintiff VALERIE L. MCBRIEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

340.    Plaintiff DEBRA K. YOUNG is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux$^{TM}$) and/or phentermine.

341.    Plaintiff DENISE L. MAGUIRE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

342.    Plaintiff DONNA S. LAWRENCE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

73

use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

343.   Plaintiff KAREN A. WEAVER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

344.   Plaintiff SHARI L. MORGAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or
phentermine.

345.   Plaintiff SHIRLEY J. REESE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

346.   Plaintiff LAURA L. HAMILTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

347.   Plaintiff ROY D. SAUNDERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

348.   Plaintiff DONNA J. DUNCAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

349.   Plaintiff ALMA M. MCELHOE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

74

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

350.     Plaintiff DEBBIE S. MOODY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

351.     Plaintiff JERI L. PATTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

352.     Plaintiff PATTY R. JOHNSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

353.     Plaintiff LORENA W. RICE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingesti ~ n, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermi ne.

354.     Plaintiff SANDRA K. ONLEY isa citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

355.     Plaintiff CAROLYN S. MOSELEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

356.     Plaintiff RUTH A. DOBBS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

75

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

357.    Plaintiff GRACIE MELSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

358.    Plaintiff DIANA M. HUNT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

359.    Plaintiff BILLY G. SMITH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

360.    Plaintiff LACRETIA D. MCDOW is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

361.    Plaintiff DEBRA D. AMADOR is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

362.    Plaintiff KYRA T. CHILDERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

363.    Plaintiff BARBARA J. LEHMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

76

364. Plaintiff CAROL A. SPRINGSTEEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

365. Plaintiff CONNIE J. RAGLAND is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

366. Plaintiff SHIRLEY J. COUNTS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

367. Plaintiff ANGELA M. FARRIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

368. Plaintiff MARK A. MONROE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

369. Plaintiff SANDRA K. JOHNSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

370. Plaintiff DEBBY A. NABORS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

77

371.   Plaintiff LYNDA K. POE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

372.   Plaintiff KAREN S. LANG is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion. consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

373.   Plaintiff SHERRY R. HIBBEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

374.   Plaintiff COLLEEN A. MACSAS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

375.   Plaintiff ANNA R. STACY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

376.   Plaintiff TAMMY S. MACK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

377.   Plaintiff JANICE D. ADAM is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

78

378.   Plaintiff VIVIAN A. BROWNLIE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

379.   Plaintiff KATHLEEN C. STUMP is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

380.   Plaintiff BILLIE B. BROWN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

381.   Plaintiff KAREN GRACE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

382.   Plaintiff KAREN D. RICHARDS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

383.   Plaintiff ERMA L. HUFF is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxlM) and/or phentermine.

384.   Plaintiff LINDA RYE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

385.   Plaintiff PATRICIA BRISCOE is a citizen and resident of the State of Oklahoma

79

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

386.   Plaintiff CLAYTON M. JENKINS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

387.   Plaintiff JANADA JENKINS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

388.   Plaintiff LAURA L. EVERETT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

389.   Plaintiff DONNA STRAWN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

390.   Plaintiff DONIS J. WILKERSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

391.   Plaintiff JANIS L. ALLEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

392.   Plaintiff GLORIA J. BRIDGERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

80

use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

393.   Plaintiff DAYNA L. BUDLONG is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluraniine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

394.   Plaintiff PATTI L. BAILEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

395.   Plaintiff BETTE J. CHASTEEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

396.   Plaintiff MEDEA T. WILKERSON-HENSLEE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

397.   Plaintiff ROBBIE J. JOHNSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

398.   Plaintiff WEYLIN BOHANNAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

399.   Plaintiff COLLEEN D. MICHAEL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

81

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

400.   Plaintiff CHARLES L. MICHAEL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

401.   Plaintiff PATRICIA E. TITTLE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

402.   Plaintiff MARY F. FOSHEE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

403.   Plaintiff DARLA S. MCCLURE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

404.   Plaintiff LUCINDA K. HILLARD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

405.   Plaintiff DORIS M. HALL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

406.   Plaintiff SHARON DANIELS is a citizen and resident of the State of Oklahoma suffering

82

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

407.     Plaintiff KAREN S. BENEDICT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

408.     Plaintiff SHARON D. RAY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

409.     Plaintiff WILLIAM W. HULETT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

410.     Plaintiff JERRY F. DOWNING is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

411.     Plaintiff SONDRA A. CALLOWAY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

412.     Plaintiff HOLLY ELLIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

413.     Plaintiff BARBARA HECKMAN is a citizen and resident of the State of Oklahoma

83

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

414.   Plaintiff ELIZABETH A. WOLFE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

415.   Plaintiff KRISTINE K. LANCE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

416.   Plaintiff DANA C. CUNNINGHAM is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

417.   Plaintiff SANDRA K. HEIMBACH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

418.   Plaintiff MARY F. LOFT1N is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

419.   Plaintiff LINDA S. MOORMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

420.   Plaintiff KATHERINE A. FLANAGAN is a citizen and resident of the State of Oklahoma

84

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

421.    Plaintiff TERRY RUNYON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

422.    Plaintiff JANICE R. SMITH-ELIAS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

423.    Plaintiff MARY K. MOUNTZ is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux$^{TM}$) and/or phentermine.

424.    Plaintiff KATHLEEN S. MATA is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux$^{TM}$) and/or phentermine.

425.    Plaintiff LANA R. MCGEHEE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux$^{TM}$) and/or phentermine.

426.    Plaintiff LEONA L. BOOTH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux$^{TM}$) and/or phentermine.

427.    Plaintiff FRANCES J. BROOKS is a citizen and resident of the State of

85

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

428.    Plaintiff BARBARA ASHER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

429.    Plaintiff BRENDA F. DECKARD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

430.    Plaintiff CARLINE GAYLOR is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

431.    Plaintiff LINDA L. MARTIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

432.    Plaintiff CONNIE R. COLLIER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluraniine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

433.    Plaintiff CATHERINE S. BREWER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®). dexfenfluramine (Redux™) and/or phentermine.

86

434.    Plaintiff BERNICE A. HOLDEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

435.    Plaintiff LYNDA L. GILLMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

436.    Plaintiff JUDY K. REIMER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

437.    Plaintiff BARBARA F. TARRANT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

438.    Plaintiff JIMMIE C. RICHARDSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

439.    Plaintiff MARY C. WILHELM is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

440.    Plaintiff JUDY K. MCDONALD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

87

441.    Plaintiff JANICE G. DENNIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

442.    Plaintiff PATRICIA A. JOHNSON is a citizen and resident of the State of Pennsylvania suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

443.    Plaintiff SHIRLEY DIETZ is a citizen and resident of the State of Pennsylvania suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

444.    Plaintiff WA BURKHART is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

445.    Plaintiff LINDA G. HALEY is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

446.    Plaintiff BRENDA J. MOON is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

447.    Plaintiff CYNTHIA COLEMAN is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

88

448.    Plaintiff SHERRY J. WESTBROOK is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

449.    Plaintiff LAURA E. PAYNE is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

450.    Plaintiff SHAYNA S. ESTEP is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

451.    Plaintiff PATRICIA A. LOVELAND is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

452.    Plaintiff FRANCES F. WARD is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

453.    Plaintiff DERENDA R. CANNON is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

454.    Plaintiff ELAINE STEWART is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

89

455.    Plaintiff DAVID L. TUCKER is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTNl) and/or phentermine.

456.    Plaintiff MARY F. NABER is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

457.    Plaintiff SHELIA W. BAILEY is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

458.    Plaintiff GENEVA A. LAWSON is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

459.    Plaintiff EVELYN R. DIES is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluraniine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

460.    Plaintiff SHARON G. KITTS is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

461.    Plaintiff KARRI D. THOMPSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

90

462.    Plaintiff SANDRA K. COLMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

463.    Plaintiff EDITH F. SEQUERTH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

464.    Plaintiff SANDRA G. TILSON isa citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

465.    Plaintiff DONNA G. RILEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

466.    Plaintiff JONELLA A. SHIRE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

467.    Plaintiff WILINDA F. FOLKS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

468.    Plaintiff LINDA M. CLABAUGH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

469.    Plaintiff SUSAN M. MCCUNE is a citizen and resident of the State of Oklahoma

91

suffering from heart valve damage and/or valvular regurgitation as a result of ingestiOn, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

470.    Plaintiff GAYLA A. MILLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

471.    Plaintiff JUDY K. VINSON-WEAVER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

472.    Plaintiff SANDRA K. WOOD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux$^{T-1}$) and/or phentermine.

473.    Plaintiff CYNTHIA G. WHITAKER-PETTY is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

474.    Plaintiff CAROLYN A. YOHEY is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

475.    Plaintiff JEANNE L. MATTHEWS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

476.    Plaintiff JANICE LEMERY is a citizen and resident of the State of Oklahoma suffering

92

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

477.    Plaintiff MARGIE I. SEAMANDS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

478.    Plaintiff LYNDA L. TRUSSELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

479.    Plaintiff LILLIS M. WHITE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

480.    Plaintiff NANCY L. COFER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

481.    Plaintiff IMA J. SWEAZEA is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

482.    Plaintiff ADAM L. GIBSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

93

483.   Plaintiff LENA D. BRADLEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phent ermine.

484.   Plaintiff LORETTA A. BOLLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

485.   Plaintiff EARON J. SMITH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

486.   Plaintiff DIVINA RODRIGUEZ is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

487.   Plaintiff JOHNETTA PEERY is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

488.   Plaintiff SHARON L. TUCKER is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

489.   Plaintiff DEEANNA KALLMEYER is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

490.   Plaintiff JIMMY D. HOCK is a citizen and resident of the State of Oklahoma suffering

94

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

491.    Plaintiff BETSY L. HOWE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

492.    Plaintiff PATRICIA WIEBUSCH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

493.    Plaintiff JUDITH KAYE WALKER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

494.    Plaintiff GEORGEANNA RICHARDSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

495.    Plaintiff JUDY A. BAIRD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

496.    Plaintiff MARGARET B. JERVIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

497.    Plaintiff NEWT I. TYNER is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

498.   Plaintiff LINDA C. CLEMENT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

499.   Plaintiff LAJOYCE JACKSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

500.   Plaintiff KIMBERLY L. PRIEST is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

501.   Plaintiff CHERYL D. HARRIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

502.   Plaintiff MANDY IVIE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

503.   Plaintiff LINDA K. HALL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

504.   Plaintiff IMOGENE BAUER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

96

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or

phentermine.

505.    Plaintiff LANA R. REED is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

506.    Plaintiff BETH A. TAPPAN is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

507.    Plaintiff DOROTHY P. BRIDGE is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

508.    Plaintiff RITA J. SMALTS is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

509.    Plaintiff PAULA COYLE is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

510.    Plaintiff JANICE L. VANHORN is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or

phentermine.

511.    Plaintiff JUDY MASTELLER is a citizen and resident of the State of Oklahoma suffering

97

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

512.   Plaintiff DAVID TREVINO is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

513.   Plaintiff ROANN B. GIFFORD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

514.   Plaintiff CHARLENE R. BUERGER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

*515.*   Plaintiff THERESA L. MORRIS is a citizen and resident of the State of

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

516.   Plaintiff BEVERLY A. BOHANNON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

517.   Plaintiff BILLIE R. HARRY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

98

518.   Plaintiff LINDA L. PARRISH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®). dexfenfluramine (Redux™) and/or phentermine.

519.   Plaintiff LORI M. ZANDER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

520.   Plaintiff TERRY A. DIXON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

521.   Plaintiff KATHY A. EVANS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®). dexfenfluramine (Redux™) and/or phentermi ne.

522.   Plaintiff CHRISTA L. JUMPER-HEFLEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

523.   Plaintiff JUDITH A. HEFFLEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

524.   Plaintiff STACEY J. ENGLAND is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

– Doc# 510656.01 –

525.    Plaintiff PHYLLIS A. MEARS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

526.    Plaintiff DELLA G. NEELY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

527.    Plaintiff BRUCE B. SMITH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

528.    Plaintiff JANET C. REMIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

529.    Plaintiff KAREN J. FOX is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

530.    Plaintiff NORMA J. BLOSSER is a citizen and resident of the State of Oklahoma ~uffering from heart valve damage and/or valvular regurgitation as a result of ingestion, ci. ~sumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phet termine.

531.    Plaintiff NORMA J. CURTIS is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumptii. n and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

100

532.    ilaintiff ELIZABETH L. FORTNEY is a citizen and resident of the State of California
suffer-ig from heart valve damage and/or valvular regurgitation as a result of
ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or
phentermine.

533.    Plaintiff TAMI L. COOK *is* a citizen and resident of the State of California suffering
from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of
fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

534.    Plaintiff MONA BENABOU is a citizen and resident of the State of California suffering
from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of
fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

535.    Plaintiff DEBORAH L. ESCOBOSA is a citizen and resident of the State of California
suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and
use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

536.    Plaintiff JUANITA B. YODER is a citizen and resident of the State of California
suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and
use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

537.    Plaintiff CHRISTY E. BARROWS is a citizen and resident of the State of
California suffering from heart valve damage and/or valvular regurgitation as a result of
ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™)
and/or phentermine.

538.    Plaintiff DEBRA P. FARRUGGIA *is a citizen and resident of the State of New York*
suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

101

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

539.   Plaintiff LUCILLE E. PRETTO is a citizen and resident of the State of New York suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

540.   Plaintiff PAMELA R. WEGER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

541.   Plaintiff MARY 0. JEFFREYS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

542.   Plaintiff SUSAN B. GILLILAND is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

543.   Plaintiff JOLEN BELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

544.   Plaintiff MICKIE G. GARCIA is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

545.   Plaintiff CLAIRE E. CLARK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

102

546.    Plaintiff MILDRED I. TODD-CAFFEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation *as a result of ingestion, consumption* and use of fenfluramine (Pondimin®). dexfenfluramine (Redux™) and/or phentermine.

547.    PlaThtiff PATRICIA A. BAIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

548.    Plaintiff JAYNE P. HARVEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~) and/or phentermine.

549.    Plaintiff FLORENCE NOED[NG is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

550.    Plaintiff JERRELLENE C. ROGERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

551.    Plaintiff BRENDA K. BRINKLEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

552.    Plaintiff CARLA J. MALLOW is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

553.   Plaintiff MARGARET M. LEGRAND is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

554.   Plaintiff RHONDA E. ROSE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

555.   Plaintiff PATSY R. COLLIER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

556.   Plaintiff KAREN D. OWEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxrM) and/or phentermine.

557.   Plaintiff AMY C. RAY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

558.   Plaintiff DIANE REDGER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

559.   Plaintiff RAE A. SOMMA is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

104

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or
phentermine.

560.    Plaintiff BECKY J. MELTABARGER is a citizen and resident of the State of Oklahoma
suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and
use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

561.    Plaintiff JOHN W. WRIGHT is a citizen and resident of the State of Oklahoma suffering
from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of
fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

562.    Plaintiff CHARLOTTE J. DANIEL is a citizen and resident of the State of Oklahoma
suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and
use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

563.    Plaintiff WAYNE R. FANNING is a citizen and resident of the State of Oklahoma
suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and
use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

564.    Plaintiff DEBBIE A. FREEZE is a citizen and resident of the State of Oklahoma suffering
from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of
fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

565.    Plaintiff RALPH E. JACKSON is a citizen and resident of the State of Oklahoma
suffering from heart valve damage and/or valvular regurgitation as a result of ingestion,
consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

566.    Plaintiff DARLENE M. STAGNER is a citizen and resident of the State of Oklahoma
suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

105

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

567.   Plaintiff VICKJE L KINKAID is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

568.   Plaintiff CHARLOTTE L. CRANFORD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

569.   Plaintiff VIRGINIA R. JORDAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

570.   Plaintiff ATALOA A. HADIX-WALKER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

571.   Plaintiff MARILYN S. WALKER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

572.   Plaintiff SHARON E. PREWITT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

573.   Plaintiff NANCY R. WARD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

574.   Plaintiff VICKIE R. VEITER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

575.   Plaintiff WELDA J. GENNINGS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

576.   Plaintiff RAMONA MANWARREN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

577.   Plaintiff NORMA JOHNSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTN¹) and/or phentermine.

578.   Plaintiff DEANNA SANROMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

579.   Plaintiff DARLA R. MACH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

580.   Plaintiff WILLIAM E. HILL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

581.   Plaintiff TERRI JENSEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

582.   Plaintiff DOROTHY TAYLOR is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion. consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

583.   Plaintiff MONA J. SCHROEDER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

584.   Plaintiff LARRY D. WILLIAMSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

585.   Plaintiff CHARLENE T. JOHNSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

586.   Plaintiff CHERYL JEAN WORLEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

587.   Plaintiff DEBORAH A. WILMOTH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

108

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

588.    Plaintiff DORIS J. REED is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

589.    Plaintiff MARY S. SCHULTINGKEMPER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ') and/or phentermine.

590.    Plaintiff PAT R. LAWSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

591.    Plaintiff LINDA H. GIFFORD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

592.    Plaintiff CECIL R. MILLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

593.    Plaintiff CHERYL E. LITTLE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

594.    Plaintiff MARRILYNN G. ADAMS is a citizen and resident of the State of Oklahoma

109

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

*595.* Plaintiff DARLENE TROUT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine. .

596. Plaintiff KATHY L. SCHECKEL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

597. Plaintiff *ELSIE ON-THE-HILL* is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

598. Plaintiff DOROTHY M. BINGMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

599. Plaintiff SANDY K. MCCARTY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

600. Plaintiff CRAIG K. GAINES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

601. Plaintiff FRANCES M. WILLIAMS is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

602.    Plaintiff LINDA F. MAYES is a citizen and ~ resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

603.    Plaintiff PAMELA A. HURT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

604.    Plaintiff GLORIA J. ESSARY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

605.    Plaintiff ALMA L. WASHINGTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

606.    Plaintiff BILLY F. HOUSTON is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

607.    Plaintiff BARBARA J. CARTER is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

608.    Plaintiff ROBIN L. LAWLESS is a citizen and resident of the State of Tennessee

111

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

609.   Plaintiff MELINDA J. LOTT is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

610.   Plaintiff KATHLEEN A. MCLAUGHLIN is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

611.   Plaintiff TERESITA D. JOHNSON is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

612.   Plaintiff KATHRYN L. MCCASLIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

613.   Plaintiff KATHIE RIOS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

614.   Plaintiff DENISE REINART is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

615.   Plaintiff JOAN P. PHILIPP is a citizen and resident of the State of Oklahoma suffering

112

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

616.    Plaintiff PEGGY L. DEWOLFE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

617.    Plaintiff BRENDA FREE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

618.    Plaintiff CHERYL L. LANE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

619.    Plaintiff MELVINNA L. HICKS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

620.    Plaintiff ROSA OCHOA is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion,
consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

621.    Plaintiff LINDA S. EYLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluraniine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

622.    Plaintiff MISTY ZEBERT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

113

fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

623.    Plaintiff MARY A. KEMP is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

624.    Plaintiff EVELYN B. CHAVEZ is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

625.    Plaintiff JANET S. HARRIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

626.    Plaintiff PAT HOWELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

627.    Plaintiff BETTY JO KINDRED is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

628.    Plaintiff SANDRA K. COIT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

629.    Plaintiff KRISTY L. SUMMERFIELD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

114

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

630.   Plaintiff LISA D. NICHOLS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

631.   Plaintiff CHARLENE D. PLUMLEE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

632.   Plaintiff LYNDA E. ROGERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluraniine (ReduxTM) and/or phentermine.

633.   Plaintiff SHERYL J. WOODS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

634.   Plaintiff TERESA D. OVERSTREET is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

635.   Plaintiff TONIA A. DEKOCK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

636.   Plaintiff RICHARD A. TANNER is a citizen and resident of the State of

~ Doc# 510656.01 ~

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™)
and/or phentermine.

637.    Plaintiff ANGELA L. RUMMERY is a citizen and resident of the State of Oklahoma
suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and
use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

638.    Plaintiff MARSHA A. POTTS is a citizen and resident of the State of Oklahoma suffering
from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of
fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

639.    Plaintiff ELIZABETH A. LORENZ is a citizen and resident of the State of Oklahoma
suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and
use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

640.    Plaintiff CHARLOTTE BRUMLEY is a citizen and resident of the State of Oklahoma
suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and
use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

641.    Plaintiff SUSAN D. MORRIS is a citizen and resident of the State of Oklahoma suffering
from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of
fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

642.    Plaintiff JANICE L. HARPER is a citizen and resident of the State of Oklahoma suffering
from heart valve damage and/or valvular regurgitation as a result of ingestion,
consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

643.    Plaintiff MICHELE M. GARDNER is a citizen and resident of the State of Oklahoma

116

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

644.    Plaintiff FREDA L. VEACH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

645.    Plaintiff VICKI L. WASSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

646.    Plaintiff LINDA K. JOHNSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

647.    Plaintiff TERI L. BICKEL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxrM) and/or phentermine.

648.    Plaintiff JAMES G. SUMMITT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

649.    Plaintiff KELLY D. KLIEWER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

650.    Plaintiff CARLDEANE K. MCFARLAND is a citizen and resident of the State of

117

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

651.    Plaintiff ANN ROMESBURG is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

652.    Plaintiff WANDA M. SHIPLETT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

653.    Plaintiff IVY J. DAUGHERTY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

654.    Plaintiff HENRY MALONE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

655.    Plaintiff RITA L. NASH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

656.    Plaintiff WANDA A. RITTENHOUSE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

118

657.    Plaintiff SUSAN MONROE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

658.    Plaintiff SHIRLEY A. CAMPBELL is a citizen and resident of the State of

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

659.    Plaintiff GLYNDA K. OFFUTT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

660.    Plaintiff CAROL A. SWETT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

661.    Plaintiff MERI IRWIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

662.    Plaintiff JANICE L. REIMERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

663.    Plaintiff SANDRA E. SAMPLE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

119

use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

664.    Plaintiff RHONDA SATTERLEE is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or

phentermine.

665.    Plaintiff VIRGINIA A. STAFFORD-JOHNSON is a citizen and resident of the State of

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion,

consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

666.    Plaintiff LAVERN DAVIS is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

667.    Plaintiff LANA J. DERKSEN is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

668.    Plaintiff JOYCE ELLYSON is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

669.    Plaintiff DEBORAH L. BUSCHNELL is a citizen and resident of the State of

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™)

and/or phentermine.

670.    Plaintiff LAURA J. JAMES is a citizen and resident of the State of Oklahoma suffering

120

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

671.    Plaintiff LEA ANN BISHOP is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluraniine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

672.    Plaintiff JANET B. GARRETT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

673.    Plaintiff RICK D. THOMPSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

674.    Plaintiff SHIRLEY J. MERCER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

675.    Plaintiff DOROTHY M. SILER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTNI) and/or phentermine.

676.    Plaintiff BEVERLY K. ANNIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

677.    Plaintiff MYRA MCCRACKIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

121

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

678.    Plaintiff JUDITH E. BLAND is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

679.    Plaintiff DANNA L. HUMPHERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

680.    Plaintiff TAMMY R. ROYER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

681.    Plaintiff DOLORES D. RUSSELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

682.    Plaintiff ROBBIE G. GENZER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

683.    Plaintiff NOLA S. HOWARD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

684.    Plaintiff ANGELA LANCASTER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

122

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

685.    Plaintiff MARGIE K. BOYLES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

686.    Plaintiff EDDIE R. WHITEHEAD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxT~l) and/or phentermine.

687.    Plaintiff BEVERLY P. OWENS BROWN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

688.    Plaintiff POOCHIE E. PETRE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

689.    Plaintiff JACQUE S. GREENHAW is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

690.    Plaintiff VALERIE J. VANZANDT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

691.    Plaintiff SHARON K. DANIELS is a citizen and resident of the State of

123

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™)

and/or phentermine.

692.    Plaintiff CONNIE K. HARRELL is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

693.    Plaintiff JOHN M. PRENTICE is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

694.    Plaintiff LYNDA VELEZ is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

695.    Plaintiff CONNIE M. LAMBERTH is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

696.    Plaintiff MARIE A. BLAKLEY is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

697.    Plaintiff MADELYN RAINBOLT is a citizen and resident of the State of Tennessee

suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or

phentermine.

124

698.    Plaintiff MARTHA BEDGOOD is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

699.    Plaintiff VIRGINIA A. ADKINS is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

700.    Plaintiff SANTIAGO SOTO is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

701.    Plaititiff JOYCE CHANEY is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) andj'or phentermine.

702.    Plaintiff ELIZABETH WELLNITZ is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

703.    Plaintiff GLORIA WOODS is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

704.    Plaintiff KAREN M. HOFFMAN is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

125

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

705.   Plaintiff JEANETTE M. CURB is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

706.   Plaintiff MELISSA A. COONROD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

707.   Plaintiff DIANA F. FOGLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluràmine (Redux™) and/or phentermine.

708.   Plaintiff JENNY L. CASSELS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTNl) and/or phentermine.

709.   Plaintiff EDDIE BRANTES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

710.   Plaintiff SHIRLEY J. GATHERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

711.   Plaintiff RHONDA L. RICHEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

712.   Plaintiff RICHARD A. HENSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

713.   Plaintiff ANGIE PARKER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

714.   Plaintiff HELEN J. LANGDON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

715.   Plaintiff MARY M. CUNNINGHAM is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

716.   Plaintiff NANCY R. GLEATON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

717.   Plaintiff RUBY E. HENDRIX is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

718.   Plaintiff PAMELA J. NICHOLS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

127

719.    Plaintiff VERNA RAGOSS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

720.    Plaintiff LINDA S. FARR is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

721.    Plaintiff JEANNE C. ELLIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

722.    Plaintiff HOPE I. LAYMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

723.    Plaintiff SONDRA R. SPENCER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

724.    Plaintiff MONICA E. LOCKE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

725.    Plaintiff VICKI L. CORBITT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

128

726.    Plaintiff BARBARA J. KENT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

727.    Plaintiff RAMONA L. SEYMOUR is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

728.    Plaintiff IRIS J. SHADOWEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

729.    Plaintiff MARY A. BROOKS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

730.    Plaintiff SANDRA K. OWENS-MITCHELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

731.    Plaintiff ROBIN R. DARLIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

732.    Plaintiff PAMALA A. RAPLEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

129

733.    Plaintiff BETTY J. HAMMOND is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

734.    Plaintiff CECIL F. RAMSEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

735.    Plaintiff PEGGY HENRY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

736.    Plaintiff CATHY BROOKS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

737.    Plaintiff CHARLOTTE E. MILLIGAN-CARPENTER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

738.    Plaintiff JEAN H. RUSSELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

739.    Plaintiff NORMA J. JOHNSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

130

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

740.    Plaintiff CARLA S. LEBARRE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

741.    Plaintiff LINDA D. BRINEGAR is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

742.    Plaintiff MARILYN L. BUIE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

743.    Plaintiff HAZEL C. CANDY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

744.    Plaintiff VISIA E. SWEAT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

745.    Plaintiff DEBBIE J. HAMPTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

746.    Plaintiff DONNA B. CANTRELL is a citizen and resident of the State of

131

Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™)

and/or phentermine.

747.   Plaintiff PATRICIA L. BOYD is a citizen and resident of the State of Tennessee suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

748.   Plaintiff KATHRYN D. STEGALL is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

749.   Plaintiff WILLIAM C. SPRAY is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

750.   Plaintiff JUDITH K. LEVINGSTON is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

751.   Plaintiff MARISA D. KUHLMAN is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

752.   Plaintiff LINDA VANN is a citizen and resident of the State of Oklahoma suffering from

heart valve damage and/or valvular regurgitation as a result of ingestion,

consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

753.   Plaintiff DENISE L. BROWN-PRITCHARD is a citizen and resident of the State of

132

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

754.    Plaintiff CHARLENE D. TAYLOR is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

755.    Plaintiff BEVERLY A. POUNDERS is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

756.    Plai – ntiff DOROTHY M. HUMPHREY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

757.    Plaintiff DEANNA L. HENDERSON is a citizen and resident of the State of

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

758.    Plaintiff ROSEMARY LEVERSON is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

759.    Plaintiff ALBERT VILLEGAS is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluraniine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

133

760.    Plaintiff BILLIE C. BAYE is a citizen and resident of the State of Georgia suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

761.    Plaintiff CHARLENE R. SENDEL is a citizen and resident of the State of New York suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

762.    Plaintiff ANITTA M. SCHOLLENBARGER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

763.    Plaintiff DENISE L. MOORE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

764.    Plaintiff CHERYL E. SIMPSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluraniine (ReduxTM) and/or phentermine.

765.    Plaintiff LINDA J. WEBB is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

766.    Plaintiff MARITTA S. JONES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

767.    Plaintiff AMBER D. SAMPLE is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

768.    Plaintiff MARCIA A. NOLAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or
phentermine.

769.    Plaintiff DAGMAR K. MARINICH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

770.    Plaintiff NORMA J. KUYKENDALL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

771.    Plaintiff TERRI L. BUELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

772.    Plaintiff PAMELA J. MCGREGOR is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

773.    Plaintiff DONALD C. MORTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

774.    Plaintiff CYNTHIA B. BLANTON is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or

phentermine.

775.    Plaintiff JEAN L. WARD is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

776.    Plaintiff JOYCE V. SHEPLER is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

777.    Plaintiff SANDRA L. POSEY is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

778.    Plaintiff WA L. LIVINGSTON is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

779.    Plaintiff LORI K. TAYLOR is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux$^{Ti~}$) and/or

phentermine.    .

780.    Plaintiff HENRIQUETTA K. DIAZ is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

136

781.    Plaintiff LESLIE M. FLANAGAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux$^{T-1}$) and/or phentermine.

782.    Plaintiff MICHELLE L. POWERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

783.    Plaintiff JOYCE L. HOLLINSHEAD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

784.    Plaintiff MARCELLA E. CARTER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

785.    Plaintiff CAROL S. FELCH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux$^{tm1}$) and/or phentermine.

786.    Plaintiff LOIS E. WEDEL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

787.    Plaintiff KIM S. CURRIER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

788.    Plaintiff SANZEE G. SUTHERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

789.    Plaintiff ELMO M. CASTLE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

790.    Plaintiff BECKY A. WILSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentennine.

791.    Plaintiff DWIGHT L. MEHLIG is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

792.    Plaintiff KAREN S. COLE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramlne (Redux™) and/or phent ermine.

793.    Plaintiff DARLENE F. FORTSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

794.    Plaintiff PEGGY J. PERRY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

795.    Plaintiff GLENDORA FANNING is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

796.    Plaintiff TERESA S. BREWER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

797.    Plaintiff CATHY A. ALDRICH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

798.    Plaintiff MARTHA J. SMITH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

799.    Plaintiff SARAH J. HOOGENDOORN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result 'of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

800.    Plaintiff FLORENCE A. BROWN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

801.    Plaintiff DONNA R. LESEMANN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™)

and/or phentermine.

802.    Plaintiff LORENDA G. MOORE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

803.    Plaintiff LOIS J. MARTIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

804.    Plaintiff LEAH M. SMITH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

805.    Plaintiff CAROL S. MORRISON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

806.    Plaintiff KERRY J. MILLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

807.    Plaintiff KAYE S. HEMPHILL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

808.    Plaintiff TERRY G. MORTENSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

809.    Plaintiff COYANNA GREGORY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

810.    Plaintiff DEIDRE L. DAWSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

811.    Plaintiff BARBARA L. LITTLE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

812.    Plaintiff SHELLY D. PONS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

813.    Plaintiff KELLIE D. DUNN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

814.    Plaintiff DIANE THOMAS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

815.    Plaintiff BRENDA E. HOSTETLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

816.    Plaintiff PAULA MITTS is a citizen and resident of the State of Oklahoma suffering from

141

heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

817.    Plaintiff ROBBIE LANDON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

818.    Plaintiff CYNTHIA J. WHITE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

819.    Plaintiff COETTA A. LAMPE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

820.    Plaintiff CAROLYN D. JACK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

821.    Plaintiff MARY Y. REED is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

822.    Plaintiff VERA J. AVOLEDO is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

823.    Plaintiff TONDA S. EDWARDS is a citizen and resident of the State of

142

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

824.    Plaintiff LINDA C. SCRI\TNER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

825.    Plaintiff BRENDA S. HAGEBUSCH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

826.    Plaintiff DEBRA L. LAWSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

827.    Plaintiff LINDA G JONES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

828.    Plaintiff DANA PICKETT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine

829.    Plaintiff PEGGY J. ANDERSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

143

830.    Plaintiff LAUREL H. CARROLL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

831.    Plaintiff LINDA J. WILKERSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

832.    Plaintiff JAMES R. SWARTZ is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

833.    Plaintiff RICHARD E. MELTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

834.    Plaintiff SUZANNE HICKS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

835.    Plaintiff CINDY M. RIGGS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

836.    Plaintiff KAY V. KIRKLAND is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

837.    Plaintiff BONNIE W. DAVIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (RedUXTM) and/or phentermine.

838.    Plaintiff TANYA YOVELLA is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), deifenfluramine (ReduxTM) and/or phentermine.

839.    Plaintiff CHARLENE MCROBERTS is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

840.    Plaintiff GLORIA Ii ELLISON is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

841.    Plaintiff LINDA S. LOYD is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

842.    Plaintiff LINDA D. NORTON is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

843.    Plaintiff GLORIA D. ROBINSON is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

145

844.    Plaintiff ERIKA PAYNE is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

845.    Plaintiff GERALDINE ALJUWANI is a citizen and resident of the State of

California suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™)
and/or phentermine.

846.    Plaintiff JEAN S. IVERSEN is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

847.    Plaintiff JUDITH A. STARK is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

848.    Plaintiff ANNE L. PRITTERS is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

849.    Plaintiff TERRI A. PAGUIBITAN is a citizen and resident of the State of Georgia suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

850.    Plaintiff MARSHA A. HARRISON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

146

851.   Plaintiff ELAINE G. WHEELER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

852.   Plaintiff KELLI J. STRATTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

853.   Plaintiff KAYE L. FITE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

854.   Plaintiff CAROLYN J. MAXWELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux¹' ~ ) and/or phentermine.

855.   Plaintiff CAROLYN S. WRIGHT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

856.   Plaintiff LAURIE J. HACKER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

857.   Plaintiff SONDRA E. ELLIOTT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

147

858.    Plaintiff JANICE L. BOZARTH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

859.    Plaintiff LORRAINE E. PARKER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

860.    Plaintiff LINDA SUE COX is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and ~ use of fenfluramine (Pondimin®), de ~ xfenfluramine (Redux™) and/or phentermine.

861.    Plaintiff PATRICIA F. KISER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

862.    Plaintiff LAURIE D. CLARK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

863.    Plaintiff TERRY D. MEADE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

864.    Plaintiff TAMMY L. NASH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

148

865.    Plaintiff JOANN BRUMLEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

866.    Plaintiff EMMETT C. KELLEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine **(Redux™)** and/or phentermine.

867.    Plaintiff JOAN N. FERRIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

868.    Plaintiff REBECCA SHANK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

869.    Plaintiff SUE A. RISINGER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

870.    Plaintiff JOYCE VARES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

871.    Plaintiff MAURICE S. AUSLEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

149

872.    Plaintiff DIANE K. HALL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

873.    Plaintiff PATRICIA ANN MASONER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

874.    Plaintiff GAYLE M. JOHNSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

875.    Plaintiff GEORGIA BAILES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

876.    Plaintiff KELLYE D. GRIFFITH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result ~ of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

877.    Plaintiff JOHN`NIE E. HANCOCK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

878.    Plaintiff TERESA C. SUAZO is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

150

879.    Plaintiff DEIDRA F. ANDERSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

880.    Plaintiff SUSAN L. JACKSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

881.    Plaintiff CAROLYN K. OSBORNE is a citizen and resident of the State of

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™)

and/or phentermine.

882.    Plaintiff BRENDA PARKER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

883.    Plaintiff DONNA ANN REEDY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluraniine (Redux™) and/or phentermine.

884.    Plaintiff ESTHER C. WALLING is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

885.    Plaintiff DELCY L. DUNHAM is a citizen and resident of the State of Oklahoma

151

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

886. Plaintiff JANE A. CHERRY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

887. Plaintiff GLENNA K. EDLER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

888. Plaintiff SHERRI L RATCLIFF is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

889. Plaintiff CYNTHIA LUDEAN LEDFORD is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

890. Plaintiff J.D. GARLAND is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

891. Plaintiff DIANE M. ROOT is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

~ Doc# 510656.01 ~

892.    Plaintiff KIRBY L. HANCOCK is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

893.    Plaintiff PAMELA V.M. HUGHES is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

894.    Plaintiff EMILY A. BALLARD is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

895.    Plaintiff DOROTHY L. MULLEN is a citizen and resident of the State of California suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

896.    Plaintiff TERRIE W. DOUGLAS is a citizen and resident of the State of Georgia suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

897.    Plaintiff PAMELA D. MULLINS is a citizen and resident of the State of Georgia suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

898.    Plaintiff GAYLE H. FONTANA is a citizen and resident of the State of New Jersey suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

153

899. Plaintiff ROBERT H. SHULLICH is a citizen and resident of the State of New York suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

900. Plaintiff DUANE O. JUDD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

901. Plaintiff DANA S. DANIELS-AYERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

902. Plaintiff DOROTHY J. SMITHART is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

903. Plaintiff FLORENE C. STURM is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

904. Plaintiff GEORGIA A. SANDERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluraniine (Redux™) and/or phentermine.

905. Plaintiff KARLA F. SAUCIER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

906. Plaintiff BETTY J. EAKINS is a citizen and resident of the State of Oklahoma suffering

154

from heart valve damage and/or valvular regurgitation as a result of ingestion,

consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

907.    Plaintiff PHYLLIS J. MCLAUGHLIN is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

908.    Plaintiff CINDY D. RATLIFF is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

909.    Plaintiff JACKIE A. FUNCK is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

910.    Plaintiff MYRNA WATKINS is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

fenfluramine (Pondimin®), dexfenfluramine (Redux~) and/or phentermine.

911.    Plaintiff ELIZABETH ANNE ECKER is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

912.    Plaintiff KISHLA R. MESSER is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

913.    Plaintiff JANA SKINNER is a citizen and resident of the State of Oklahoma suffering

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

~ Doc# 510656.01 ~

fenfluramine (Pondimin®), dexfenflurarnine (Redux ~ ) and/or phentermine.

914.    Plaintiff LILLIE R. WILSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

915.    Plaintiff BARBARA A. HOSKINS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (PondimIn®), dexfenfluramine (Redux™) and/or phentermine.

916.    Plaintiff SARA J. MCNALLY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

917.    Plaintiff ELIZABETH PUTMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

918.    Plaintiff BARBARA A. WARD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

919.    Plaintiff LESA S. WILLIAMS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

920.    Plaintiff DIANA L WHITEMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

156

use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

921.    Plaintiff KIMBERLY A. PATRICK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

922.    Plaintiff LAURIE L. HOLMES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.    .

923.    Plaintiff EVELYN J. ROSS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

924.    Plaintiff REBECCA A. ROBSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

925.    Plaintiff DEBORAH L. ELLEDGE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

926.    Plaintiff SHARON M. LINDQUESTER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

927.    Plaintiff BRENDA K. HATCH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

157

use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

928.    Plaintiff ANNA M. COCHRAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

929.    Plaintiff MARJORIE A. HILLMANN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

930.    Plaintiff CAROL C. SELLERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

931.    Plaintiff PAULA L. HANCOCK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

932.    Plaintiff BRANDEN R. HUNTER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

933.    Plaintiff LINDA J. CULVEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.   .

934.    Plaintiff MARGARET J. CURRIER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and

use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

935.   Plaintiff PEGGY L. NELSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

936.   Plaintiff BONNIE L. MARTIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine. .

937.   Plaintiff JUDY C. HILL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

938.   Plaintiff RUDARLA K. OTERO is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (RedUXTM) and/or phentermine.

939.   Plaintiff TANYA L. CULBERT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

940.   Plaintiff ESTELLA Y. MERCER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

941.   Plaintiff KAREN K. MILLS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

159

942.    Plaintiff TERESA A. BILLS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

943.    Plaintiff SHARI A. HARRIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

944.    Plaintiff MARILYN J. LOGUE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

945.    Plaintiff LISA R. SELF is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

946.    Plaintiff JOSIE M. DAVIDSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

947.    Plaintiff BARBARA J. KIRBY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

948.    Plaintiff ROBERTA M. ALLEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

160

949.    Plaintiff VIRGINIA D. KOCH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

950.    Plaintiff RHONDA S. ROGERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

951.    Plaintiff MARGARET A. THOMAS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

952.    Plaintiff MARGARET L. HANS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

953.    Plaintiff DORIS S. WILGUS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

954.    Plaintiff TERRI G. WEHR is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

955.    Plaintiff W. MARTISE PAPPAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

956.    Plaintiff JULAINE P. OGDEN is a citizen and resident of the State of Oklahoma

suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

957.   Plaintiff GLORIA J. LINVILLE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

958.   Plaintiff WANDA L. MCCLELLAND is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

959.   Plaintiff REBECCA J. KING is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluraniine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

960.   Plaintiff LANA EBERT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

961.   Plaintiff JUDY L. REAGAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

962.   Plaintiff BRIAN L. HIEBERT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

963.   Plaintiff JOY B. HOWELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of

162

fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

964.   Plaintiff VICKIE G. HERR is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

965.   Plaintiff DALE W. MOORE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

966.   Plaintiff CYNTHIA J. SUITER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

967.   Plaintiff SHIRLEY L. CHOAT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

968.   Plaintiff BARBARA A. GLASSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

969.   Plaintiff LOUISE M. HOWE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

970.   Plaintiff ROBERT B. HARPER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption

163

and ~ use of fenfluramine (Pondimin®), d ~ xfenfluramine (Redux™) and/or phentermine.

971.    Plaintiff RAYMOND M. BRIGHT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

972.    Plaintiff JOAN E. JACKSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

973.    Plaintiff LILLIE J. PETILLO is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

974.    Plaintiff HARLEY H. HILL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

975.    Plaintiff JONI L. BRIONES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux"™) and/or phentermine.

976.    Plaintiff WILMA J. BRIONES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

977.    Plaintiff LAJUANA J. KITCHEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

164

978.   Plaintiff ROSE L. DAVIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

979.   Plaintiff RITA J. MAHAR-WARSHELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

980.   Plaintiff JEAN L. SMITH is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

981.   Plaintiff ROSE L. BRANCECUM is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

982.   Plaintiff JUDY K. STANTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

983.   Plaintiff LINDA L. CROW is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTNl) and/or phentermine.

984.   Plaintiff WINNIE M. KIRK is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

985.   Plaintiff ANDREA D. RAINS is a citizen and resident of the State of Oklahoma suffering

~ Doc# 510656.01 ~

from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

986.    Plaintiff ELIZABETH J. MCFARLIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

987.    Plaintiff JANINE L. MANGRUM is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentemiine.

988.    Plaintiff PATRICIA D. HUBBARD is a citizen and resident of the State of

Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of

ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™)
and/or phentermine.

989.    Plaintiff LEACIA D. WRIGHT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux$^{T-1}$) and/or phentermine.

990.    Plaintiff LANADA F. WATSON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

991.    Plaintiff DANITA J. GORDON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfiuramine (Redux™) and/or phentermine.

~ Doc# 510656.01 ~

992.    Plaintiff KATHY L. BRAY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

993.    Plaintiff PHYLLIS A. FLORA is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

994.    Plaintiff CHERYL L. HARTLEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

995.    Plaintiff PATRICIA N. DRIVER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

996.    Plaintiff MANESAH L. HUBBLE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

997.    Plaintiff KAREN 0. MITCHELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

998.    Plaintiff FREDIA J. RICE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

167

999.    Plaintiff JUDY L. RIDDLES is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

1000. Plaintiff STACEY J. BOWEN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1001. Plaintiff TERRY K. CARNELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1002. Plaintiff ELOISE I. BISHOP is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1003. Plaintiff LINDA K. CALVERT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1004. Plaintiff CHRISTY K. DART is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1005. Plaintiff FLOYE E. KIMMEL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion,

168

Gei222977 GA Petition 6 act' 06-26.01     *206*

consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1006. Plaintiff SUSAN CAMPBELL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1007. Plaintiff SHARON K. CRAUN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1008. Plaintiff ALISHA L. REYNOLDS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1009. Plaintiff LESLIE J. NAUGHTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1010. Plaintiff PEGGY S. BIDDLE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1011. Plaintiff CHERYLL L. FIELDS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

169

1012. Plaintiff ROSA L. WHIPPLE is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1013. Plaintiff LAURIE V. KOHLER is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1014. Plaintiff DORIS CRABTREE is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1015. Plaintiff JAMES J. JABLONSKI is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1016. Plaintiff DIANNE JOHNSON is a citizen and resident of the State of Tennessee suffering from heart valve damage and/or valvular regurgitation as a result of ingestion,

consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

170

1017. Plaintiff FAYE FUCHS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion. consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

1018. Plaintiff MARLENA MYERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1019. Plaintiff DONNA M. MCCLURG is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result -of ingestion, consumption and use of fenfluraniine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1020. Plaintiff LINDA J. KORFMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion. consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1021. Plaintiff LA DONA **J. CHARTIER is a citizen and resident of the State of** Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1022. Plaintiff HARRIET L. LLOYD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1023. Plaintiff DONNA L. COX is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1024. Plaintiff SHERON A. KINDRED is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

171

1025. Plaintiff BARBARA E. SOLORIO is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1026. Plaintiff MYRNA L. SWALM is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1027. Plaintiff RUSTY E. HAGER is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluran-iine (ReduxTM) and/or phentermine.

1028. Plaintiff TONYA S. DORSEY is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1029. Plaintiff PATRICIA L. MARTIN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1030. Plaintiff JAYLYN G. ROGERS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1031. Plaintiff BARBARA K. ALBRITTON is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1032. Plaintiff ELIZABETH M. HILL is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1033. Plaintiff JULIA D. RHINEHART is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1034. Plaintiff LOIS A. JENNINGS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1035. Plaintiff LEONA M. HARRIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1036. Plaintiff BARBARA J. PITTMAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1037. Plaintiff MYRTLE M. PADGETT is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

1038. Plaintiff SHEARLYON F. MAHAN is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxlM) and/or phentermine.

1039. Plaintiff MONA B. KEMP is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or phentermine.

1040. Plaintiff SANDRA MCGINNIS is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

173

1041. Plaintiff MELBA K. SCHOOLFIELD is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ) and/or phentermine.

1042. Plaintiff SHARON B. KENRICK is a citi ~ en and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and **use of fenfluramine (Pondimin®),** dexfenfluramine (Redux™) and/or phentermine.

1043. Plaintiff JANICE M. TAYLOR is a citizen and resident of the State of Oklahoma suffering from heart valve damage and/or valvular regurgitation as a result of ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (Redux™) and/or

phentermine.

1044. Each named Plaintiff, by virtue of certain defined damage to their heart incurred as a result of their ingestion, consumption and use of fenfluramine (Pondimin®), and/or dexfenfluramine (ReduxTM), is properly classified as a *Brown* class member *(Brown v. American Home Products, et* a!., U.S.D.C. E.D.Pa. Civil Action File No. 99-20593) holding claims which may be properly opted out of the Nationwide Class Action Settlement Agreement with American Home Products Corporation (hereinafter "National Settlement") under the terms and conditions of PTO *1415* entered in MDL Proceeding 1203, pending in the United States District Court for the Eastern District of Pennsylvania.

1045. The injuries that are the subject of this Complaint were first diagnosed by echocardiograms performed subsequent to September 30, 1999.

1046. Each Plaintiff suffers from injury to their mitral and/or aortic valve that has been established as being FDA Positive or greater by a board certified cardiologist.

1047. Each named Plaintiff either has timely and properly filed or will timely and properly file an Intermediate and/or Back-End opt-out form with the Claims Administrator in compliance with the terms and conditions of the National Settlement.

1048. By virtue of the filing of an Intermediate and/or Back-End opt-opt out, each named Plaintiff is entitled to pursue the present action against the "AHP/WYETH Defendants" as defined herein below.

1049. This action has been brought by each named Plaintiff for the purpose of recovering damages for the personal injuries and damages she has sustained as the result of her ingestion, consumption and use of fenfluramine (Pondimin®), dexfenfluramine (ReduxTM) and/or phentermine.

1050. Each named Plaintiff seeks to recover only those damages permitted under the terms and conditions of the National Settlement in relation to the "AHP/WYETH Defendants."

1051. Each named Plaintiff seeks to recover all damages permitted under law against all other Defendants in this action (i.e., all Defendants other than the "AHP/WYETH Defendants").

1052. The injuries sustained by Plaintiffs were the result of the acts and omissions of Defendants committed both inside and outside the State of Georgia.

1053. Plaintiffs have only recently discovered and learned that they were injured and damaged by Defendants' negligence. Plaintiffs were prevented from discovering, and could not have discovered, their injuries and damages earlier because of Defendants' negligence in failing to disclose the facts and information relating to the subject drugs as more specifically alleged below.

## DEFENDANTS

1054. Defendant, AMERICAN HOME PRODUCTS CORPORATION (hereinafter "AHP/WYETH" or "AHP/WYETH Defendant," or "Manufacturer Defendant"), has its principal place of business at 5 Giralda Farms, Madison, New Jersey. AHP/WYETH is incorporated under the laws of the State of Delaware. At all times relevant hereto, AHP/WYETH (itself and as a successor to A. H. Robins Company) was and has been in the business of promoting, marketing, distributing, manufacturing and/or selling the pharmaceutical drugs fenfluramine and/or dexfenfluramine. At all times relevant to this

175

action, AHP/WYETH developed, manufactured, promoted, marketed, distributed and/or sold the aforementioned drugs through interstate commerce and in the State of Georgia, and otherwise did business in Georgia related to this cause.

*1055.* On March II, 2002 AMERICAN HOME PRODUCTS CORPORATION changed its name to "WYETH" or "WYETH CORPORATION" although such name change has not been reflected by any filing with the Georgia Secretary of State.

1056. Defendant AHP/WYETH may be served with a copy of summons and complaint through its registered agent for service of process, Prentice-Hall Corp System, Inc. at 4845 Jimmy Carter Blvd., Norcross, Gwinnett County, State of Georgia, 30093.

1057. Defendant AHP/WYETH is subject to the jurisdiction and venue of this court.

1058. Defendant, WYETH-AYERST PHARMACEUTICALS, INC. also known as WYETH-AYERST LABORATORIES COMPANY within the State of Georgia (formerly known as Wyeth Laboratories, Inc. and/or Wyeth-Ayerst Laboratories, Inc.), a division of American Home Products Corporation (hereinafter "WYETH PHARMACEUTICALS" or "AHP/WYETH Defendant" or "Manufacturer Defendant"), has its principal place of business at Post Office Box 8299, Philadelphia, Pennsylvania. Wyeth-Ayerst is incorporated under the laws of the State of Delaware. At all times relevant hereto, Wyeth-Ayerst was in the business of promoting, marketing, distributing, manufacturing and/or selling the pharmaceutical drugs fenfluramine and/or dexfenfluramine. At all times relevant to this action Defendant developed, manufactured, promoted, marketed, distributed and/or sold the aforementioned drugs through interstate commerce and in the State of Georgia, and otherwise did business in Georgia related to this cause.

176

1059. On March 11, 2002 WYETH-AYERST PHARMACEUTICALS, INC. changed its name to "WYETH PHARMACEUTICALS" although such name change has not been reflected by any filing with the Georgia Secretary of State.

1060. Defendant WYETH PHARMACEUTICALS may be served with a copy of summons and complaint through its registered agent for service of process, Prentice Hall Corp. at 4845 Jimmy Carter Blvd., Norcross, Gwinnett County, State of Georgia, 30093.

1061. Defendant WYETH PHARMACEUTICALS is subject to the jurisdiction and venue of this court.

1062. Defendant ROBERT L. SCOTT (hereinafter Defendant Scott or "AHP/WYETH Defendant") is a citizen of the State of Georgia residing at 660 St. Regis Lane, Alpharetta, Fulton County, State of Georgia. At all times relevant to the allegations set forth under this Complaint Defendant Scott was employed by Defendant Wyeth-Ayerst, its predecessor in interest, Lederle, and/or Defendant AHP/WYETH.

1063. Defendant Scott assisted Wyeth-Ayerst, Lederle and AHP/WYETH, as well as the other Defendants, in the promotion, marketing, and sale of fenfluramine (Pondimin®), dexfenfluramine (Redux™), and phentermine throughout portions of the United States, including but not limited to, the states in which each named Plaintiff obtained or ingested the subject drug products. Defendant Scott, in his capacity as State Government Affairs Manager for various defendants, was responsible for obtaining government approval for the pharmaceutical drugs phentermine hydrochloride, fenfluramine hydrochloride and/or dexfenfluramine hydrochloride so as to permit their distribution, sale and consumption in the United States of America. Defendant Scott negligently provided incorrect information

177

relating to the safety and efficacy of fenfluramine (Pondimin®), dexfenfluramine (Redux ~ ), and phentermine to various state medical boards, state pharmacy boards, and state regulatory entities.

1064. Defendant Scott may be served with a copy of summons and complaint at his residence located at 660 St. Regis Lane, Alpharetta, Fulton County, State of Georgia 30022.

1065. Defendant Scott is subject to the jurisdiction and venue of this court.

1066. Defendant JOHN ("JACK") A. MOLNAR (hereinafter "Defendant Molnar" or "AHP/WYETH Defendant") is a citizen of the State of Georgia residing at 740 Winston Drive, Lawrenceville, Gwinnett County, State of Georgia. At all times relevant to the allegations set forth under this Complaint, Defendant Molnar was employed by Defendant Wyeth-Ayerst, its predecessor in interest, Lederle, and/or Defendant AHP/WYETH. Defendant Molnar assisted Wyeth-Ayerst, Lederle and AHP/WYETH, as well as the other Defendants, in the promotion, marketing, and sale of fenfluramine (Pondimin®), dexfenfluramine (Redux™), and phentermine throughout portions of the United States, including but not limited to, the states in which each named Plaintiff obtained or ingested the subject drug products. Defendant Molnar was responsible for obtaining governmental approval for the pharmaceutical drugs phentermine hydrochloride, fenfluramine hydrochloride and/or dexfenfluramine hydrochloride so as to permit their distribution, sale and consumption in the United States of America. Defendant Molnar negligently provided incorrect information relating to the safety and efficacy of fenfluramine (Pondimin®), dexfenfluramine (Redux™), and phentermine to various state medical boards.

1067. Defendant Molnar may be served with a copy of summons and complaint at his residence located at 740 Winston Drive, Lawrenceville, Gwinnett County, State of Georgia 30044.

1068. Defendant Molnar is subject to the jurisdiction and venue of this court.

178

1069. Defendant Anthony D. Adams (hereinafter "Sales Rep Defendant" or "AHP/WYETH Defendant") is a citizen of the State of Georgia. At all times material hereto, this Defendant was in the business of promoting, marketing, developing, selling and/or distributing the pharmaceutical drugs phentermine, fenfluramine and/or dexfenfluramine in the
State of Georgia. This Defendant negligently provided incorrect information relating to the safety and efficacy of the subject drug products to the consuming public, including but not limited to Plaintiffs' physicians.

1070. Defendant Anthony D. Adams may be served with a copy of summons and complaint at 1518 Whisperwood Lane, Lawrenceville, Gwinnett County, Georgia 30043.

1071. Defendant Adams is subject to the jurisdiction and venue of this court.

1072. Defendant Robin W. Jones (hereinafter "Sales Rep Defendant" or "AHP/WYETH Defendant") is a citizen of the State of Georgia. At all times material hereto, this Defendant was in the business of promoting, marketing, developing, selling and/or distributing the pharmaceutical drugs phentermine, fenfluramine and/or dexfenfluramine in the State of Georgia. This Defendant negligently provided incorrect information relating to the safety and efficacy of the subject drug products to the consuming public, including but not limited to Plaintiffs' physicians.

1073. Defendant Robin W. Jones may be served with a copy of summons and complaint at 1639 Musker Ridge Drive, Atlanta, Fulton County, Georgia 30327.

1074. Defendant Jones is subject to the jurisdiction and venue of this court.

179

1075. Defendant Avery T. Lanius (hereinafter "Sales Rep Defendant" or "AHP/WYETH Defendant") is a citizen of the State of Georgia. At all times material hereto, this Defendant was in the business of promoting, marketing, developing, selling and/or distributing the pharmaceutical drugs phentermine, fenfluramine and/or dexfenfluramine in the State of Georgia. This Defendant negligently provided incorrect information relating to the safety and efficacy of the subject drug products to the consuming public, including but not limited to Plaintiffs' physicians.

1076. Defendant Avery T. Lanius may be served with a copy of summons and complaint at 930 Bishopswood Place, Alpharetta, Fulton County, Georgia 30022.

1077. Defendant Lanius is subject to the jurisdiction and venue of this court.

## INTRODUCTION

1078. At all relevant times AHP/WYETH, itself, or by use of others, did manufacture, create, design, test, label, sterilize, package, distribute, supply, market, sell, advertise, and otherwise distribute, in interstate commerce the diet drugs Pondimin (fenfluramine) and Redux (dexfenfluramine). Fenfluramine and/or dexfenfluramine, both alone and in combination, have been widely promoted by AHP/WYETH as effective and safe for weight loss.

1079. Plaintiffs are complaining of injuries sustained as the result of the use of the weight loss medications fenfluramine and/or dexfenfluramine.

1080. Fenfluramine was one of the drugs prescribed in combination and promoted and referred to as "fen/phen." AHP/WYETH marketed fenfluramine under the trade name, Pondimin. In doing so,

AHP/WYETH negligently encouraged, and/or failed to effectively discourage, the combined use of fenfluramine.

1081. Phentermine was the other drug prescribed in combination and promoted and referred to as "fenlphen." Phentermine is an MAO inhibiter, and was contra-indicated for combined use with either fenfluramine or dexfenfluramine.

1082. Dexfenfluramine is the d-isomer of fenfluramine, containing the same active ingredient as fenfluramine. AHP/WYETH marketed dexfenfluramine under the trade name Redux.

1083. Fenfluramine (Pondimin) and dexfenfluramine (Redux) were abruptly withdrawn from the market on September 15, 1997. Prior to that withdrawal, these drugs were sold to

(7...-(-)Q77 GA Pe-tt.nn A - (I( ')'5-03    770

millions of people subjecting them to serious risk of bodily harm including valvular heart disease and pulmonary hypertension ("PH").

1084. AHP/WYETH received reports regarding the serious side effects of fenfluramine and/or dexfenfluramine. These side effects were known or should have been known to AHP/WYETH beginning in the early 1990s based on, among other things, medical evidence of dangerous and potentially fatal side effects from the use of the drugs in Europe and elsewhere, as detailed below. AHP/WYETH negligently failed to conduct adequate testing to establish the safety of the drugs before marketing them. Rather, AHP/WYETH negligently marketed the drugs and promoted their use, both individually and in combination with other drugs, while negligently minimizing the evidence of the serious and potentially fatal side effects that consumers of these drugs could face.

181

## MARKETING STRATEGY

1085. AHP/WYETH's strategy, beginning in the early 1990s, was to market fenfluramine often by encouraging combination use of the product with phentermine.

1086. AHP/WYETH widely and successfully marketed fenfluramine and/or dexfenfluramine in the United States.

1087. AHP/\VYETH undertook a promotional campaign that included the placement of numerous articles in scientific, medical and general interest magazines extolling the virtues of fenfluramine combined with phentermine in order to induce widespread use of the product. Many of these articles either cited or reported the results of studies that were funded by AHP/WYETH. Thus, AHP/WYETH negligently encouraged, or negligently failed to effectively discourage, combinations of these drugs.

1088. Further, AHP/WYETH negligently encouraged, or negligently failed to effectively discourage, combinations of these drugs by employing and/or contracting with commission based salespersons to promote the widespread prescribing of fenfluramine and/or the combination of fenfluramine and phentermine to patients who were not clinically obese.

1089. The marketing program as a whole, negligently sought to create the image and impression that the use of fenfluramine, both individually and/or in combination with phentermine, was safe for human use, had fewer side effects and adverse reactions than other methods of weight loss, constituted a convenient, safe form of weight loss and would not interfere with daily life.

1090. AHP/WYETH negligently downplayed and/or understated the health hazards and risks associated with fenfluramine and/or dexfenfluramine.

182

1091. AHP/WYETH negligently failed to disclose relevant information to doctors and potential fenfluramine and/or dexfenfluramine users regarding the safety of fenfluramine and/or dexfenfluramine, and in particular the fact that the drugs cause pulmonary hypertension and aortic and/or mitral regurgitation.

1092. In particular, AHP/WYETH's marketing efforts as well as its product inserts, negligently misrepresented a number of facts regarding fenfluramine and/or dexfenfluramine, including the following:

(a)     The presence of adequate testing of fenfluramine and the presence of adequate testing of any combination use of the product with phentermine.

(b)     Fenfluramine and/or dexfenfluramine's efficacy including but not limited to the severity, frequency and discomfort of side effects and adverse health effects caused by the drugs.

(c)     The relative risks associated with the drugs including the prevalence of pulmonary hypertension and valvular heart disease.

## EFFECTS OF USE

1093. In 1965, the diet drug Aminorex was introduced in Europe. Aminorex was touted as a wonder weight loss drug that worked by increasing brain serotonin and inhibiting reuptake of serotonin. However, by 1967 evidence began to surface that the ingestion of Aminorex was associated with pulmonary hypertension. Over the next six years, an Aminorex epidemic raged in Europe. Aminorex was removed from the European market in 1972. AHP/WYETH knew, or should have known, of the European experience with Aminorex and how it would relate to AHP/WYETH's drugs Pondimin and Redux three (3) decades later.

183

1094. In 1973, Pondimin was introduced into the United States market. Pondimin is a fenfluramine drug and is in the same family of drugs as Aminorex, and is very similar to Aminorex. Pondimin was touted as a wonder weight loss drug that worked by increasing brain serotonin and inhibiting reuptake of serotonin. However, because the drug when used alone made users lethargic and tired, sales of Pondimin languished.

1095. On October 3, 1981, Dr. J.G. Douglas published *Pulmonary Hypertension and Fenfluramine* in ~ the British Medical Journal. AMP/WYETH knew, or should have known, of the British Medical Journal article and how it related to its drug Pondimin a decade later.

1096. In 1984, Dr. Michael Weintraub published *A Double-Blind Clinical Trial in Weight Control: Use of Fenfluramine and Phentermine Alone and in Combination* in the Archives of Internal Medicine. Dr. Weintraub's study was supported by A.H. Robins (which was later acquired by AHP/WYETH). Despite noting some adverse effects associated with fenfluramine, Dr. Weintraub entirely failed to examine the long-term safety of fenfluramine. Instead, the study focused on the short-term effectiveness of the drugs used individually, and in combination.

1097. In 1992, Dr. Weintraub published a series of articles in Clinical Pharmacological Therapies, in which he reported his research regarding the long-term use of fenfluramine and phentermine for weight control. Dr. Weintraub's research was supported by AHP/WYETH.

1098. Dr. Weintraub's research assumed the safety of fenfluramine, and did not examine the short-term or long-term safety of the drug. Although, AHP/WYETH never conducted or funded any studies or research regarding the long-term safety of the fenfluramine drug, Pondimin. AHP/WYETH negligently promoted to physicians and the public, Dr. Weintraub's conclusion that long-term combination use of fenfluramine and phentermine was effective for the management of obesity.

1099. AHP/WYETH continued to promote Pondimin despite having substantial evidence in its databases that Pondimin caused aortic, mitral and tricuspid regurgitation and pulmonary hypertension. AHP/WYETH negligently failed to review its database or negligently analyzed its database, thus failed to understand and react to the "signals" that it received from physicians through Adverse Drug Event Reporting and from the medical literature. The AHP/WYETH labeling on the drug was inadequate to alert prescribing physicians and patients of the actual PH danger and risk associated with its fenfluramine drug, Pondimin. AHP/WYETH was negligent in not advising of those risks.

1100. Even after it should have picked up the "signals" through Adverse Drug Event Reporting and the medical literature, AHP/WYETH negligently failed to remove Pondimin from the market and did not do any further testing of the drug. Instead, AHP/WYETH continued to market the drug to prescribing physicians like the physicians that prescribed the diet drugs to the

Plaintiffs in this case.

1101. Further, in 1996 AHP/WYETH introduced its dexfenfluramine drug, Redux, into the U.S. market. This, despite the fact that AHP/WYETH had already learned of the danger and risks of valvular heart disease associated with Pondimin.

1102. AMP/WYETH did not adequately or appropriately disclose fenfluramine and/or dexfenfluramine information or related drug information to physicians in the United States. Instead AHP/WYETH negligently failed to warn of the pulmonary hypertension. As a result, physicians over-prescribed AHP/WYETH's fenfluramine and/or dexfenfluramine drugs, Pondimin and Redux, to patients who were under-informed regarding the risk of PH associated with the drugs.

1103. Although the FDA approved phentermine and fenfluramine separately, the FDA never approved the drugs for combined use. AHP/WYETH knew or should have known of the prevalence of off-label combined use of its drugs, and negligently failed to adequately and appropriately warn physicians and consumers that the combination drug regimen was not FDA approved, was hazardous due to the presence of fenfluramine, was not recommended and had not been systematically tested by

185

appropriate clinical trials. Further, AHP/WYETH negligently misrepresented evidence supporting the association between PH with fenfluramine and/or dexfenfluramine.

1104. AHP/WYETH negligently failed to fully and adequately warn doctors, the public and/or the Plaintiffs about the risk of pulmonary hypertension from Pondimin and Redux.

1105. In the early 1 990s, AHP/WYETH received reports of valvular heart disease, including but not limited to mitral and aortic regurgitation, in patients taking fenfluramine and/or dexfenfluramine. However, AHP/WYETH negligently failed to investigate the matter and negligently failed to code its Adverse Drug Event reports appropriately so that valvular heart

disease could be properly tracked and monitored. AHP/WYETH negligently failed to conduct further testing of AHP/WYETH's drug Pondimin even after it learned of reports of valvular heart disease. AHP/WYETH continued to market its fenfluran-iine drug, Pondimin, even after it learned of reports of mitral and aortic heart valve disease.

1106. On or about July 8, 1997, the Mayo Clinic, in Rochester, Minnesota, released an emergency report linking the use of fenfluramine to unusual, potentially life-threatening, valvular morphology and regurgitation in 24 women. The report observed that cardiovascular testing procedures, principally the echocardiogram procedure, revealed that each of the 24 patients had one or more heart valves that were thickened and that blood was regurgitating (or "leaking" backwards), making the heart work harder to pump blood throughout the body.

1107. In addition, the Mayo Clinic report observed that eight of the patients had newly-documented pulmonary hypertension. Cardiac surgical intervention to replace bad valves was required in five of the twenty-four patients as of the date of the study.

1108. The emergency release of the Mayo Clinic study, well in advance of its scheduled publication in the *New England Journal of Medicine,* appears to have been motivated by the extraordinary

186

incidence of life-threatening valvular heart disease and pulmonary hypertension experienced in persons who were taking fenfluramine.

1109. The Mayo Clinic's study concluded that fenfluramine users needed to be informed about the risks of pulmonary hypertension and valvular heart disease, particularly because these conditions are extremely rare in individuals under 50 years old.

1110. Subsequent research suggests that pulmonary hypertension and/or valvular heart disease, including aortic and/or mitral valve regurgitation disease, exists in more than one third of those who took fenfluramine and/or dexfenfluramine and that some of those suffering
pulmonary hypertension and/or valvular dysfunction may be totally asymplomatic at the present time.

1111. AHP/WYETH knew, or should have known about the risk of valvular heart disease, including but not limited to mitral and aortic valvular regurgitation . disease caused by the use of fenfluramine and/or dexfenfluramine. Yet, AHP/WYETH negligently failed to warn physicians, patients, including the Plaintiffs, about the risk of valvular heart disease. Further, AHP/WYETH negligently misrepresented written evidence supporting the association between valvular heart disease and AHP/WYETH's fenfluramine (Pondimin) and dexfenfluramine (Redux). The negligent misrepresentations include, but are not limited to the miscoding and recoding of written Adverse Drug Event reports.

### COUNT I (STRICT LIABILITY—DEFECTIy1 ~ PRODUCT)

1112. Plaintiffs adopt and re-allege each paragraph above, as if fully set forth herein. .

1113. The allegations set forth under Count I apply only to the Manufacturer Defendants as identified hereinabove.

1114. The fenfluramine (Pondimin®) and dexfenfluramine (Redux™) drugs which were designed, developed, researched, manufactured, and/or supplied by the Manufacturer Defendants were not merchantable nor reasonably suited to their intended use due to design defects in the subject drugs.

187

1115. The risk of severe and life threatening complications and other side effects associated with use of the subject diet drugs, including but not limited to, heart valve damage, valvular regurgitation, pulmonary hypertension constituted dangers and risks which were inherent in the design of the drugs that served to outweigh any utility the drugs may have had.

1116. The Manufacturer Defendants, individually and collectively, knew, or should have known, that fenfluramine (Pondimin®) and dexfenfluramine (ReduxTM) were, and are, dangerously defective products that posed an unacceptable risk unknown to, and unknowable by, the consuming public.

1117. Plaintiffs have suffered injury and have incurred damages as a direct and proximate result of the design defects existing in regard to fenfluramine (Pondimin®) and dexfenfluramine (Redux™) causing Defendants to be liable to Plaintiffs under the doctrine of strict liability due to the defective nature of the subject drug products.

### COUNT II (STRICT LIABILITY—FAILURE TO WARN)

1118. Plaintiffs adopt and re-allege each paragraph above, as if fully set forth herein.

1119. The allegations set forth under Count II apply only to the Manufacturer Defendants as identified hereinabove.

1120. At the time the Manufacturer Defendants placed fenfluramine (Pondimin®), and dexfenfluramine (Redux™) into the stream of commerce for sale or consumption by the Plaintiffs, said Manufacturer Defendants failed to accompany said inherently dangerous products with sufficient warnings to advise doctors or consumers of the health risks associated with the subject drugs.

1121. To the extent that any warning was provided by the Manufacturer Defendants with the subject drug products, the warning was defective as it did not accurately reflect the true dangers associated with the defective drug products and did not accurately serve to warn physicians or consumers of:

    (a)    the true risks of injury associated with the products; .

~ Doc# 510656.01 ~

(b)     the symptoms of such injuries;

(c)     the scope of such injuries; or

(d)     the severity of the known risks associated with these products.

1122. As a direct and proximate result of the Manufacturer Defendants' failure to provide adequate warnings with the subject drug products, Plaintiffs have suffered injury and damages for which they are entitled to recover.

## COUNT III (STRICT LIABILITY—FAILURE TO TEST)

1123. Plaintiffs adopt and re-allege each paragraph above, as if fully set forth herein.

1124. The allegations set forth under Count III apply only to the Manufacturer Defendants as identified hereinabove.

1125. The Manufacturer Defendants failed to perform adequate testing of the subject drug products prior to placing said products in the stream of commerce, in that adequate testing would have shown that fenfluramine (Pondimin®) and dexfenfluramine (Redux™) each posed a substantial and serious risk of harm to consumers of the drugs which were not accurately disclosed.

1126. As a direct and proximate result of the Manufacturer Defendants' breach of their duty to adequately test the subject drug products, Plaintiffs have suffered injury and damages for which they are entitled to recover.

## COUNT IV (NEGLIGENCE)

189

1127. Plaintiffs adopt and re-allege each paragraph above, as if fully set forth herein.

1128. At all times material hereto, each Defendant owed a duty to Plaintiffs to exercise reasonable care in the design, manufacture, testing, processing, advertising, marketing, promotion, labeling, assembling, packaging, distributing and selling of the subject diet drug products.

1129. Defendants, individually and collectively, were negligent in their actions.

1130. AHP/WYETH had a duty to exercise reasonable care in the manufacture, sale and/or distribution of fenfluramine and/or dexfenfluramine into the stream of commerce, including a duty to assure that the product did not cause users to suffer from unreasonable, dangerous side effects and harm.

1131. AMP/WYETH negligently failed to exercise ordinary care in the design, marketing, manufacture, sale, testing, quality assurance, quality control, and/or distribution of fenfluramine and/or dexfenfluramine into interstate commerce in that AHP/WYETH knew or should have known that the product fenfiuramine, and/or dexfenfiuramine created a high risk of unreasonable, dangerous harm or side effects, some of which, such as valvular heart defects and primary pulmonary hypertension, can only be alleviated by open heart surgery or other invasive procedures and which can cause extraordinary suffering and death.

1132. AHP/WYETH was negligent in the design, marketing, manufacture, testing, advertising, warning, marketing and sale of fenfluramine and/or dexfenfluramine in that it:

(a)    Failed to remove fenfluramine and/or dexfenfluramine from the market and in continuing to market fenfluramine and/or dexfenfluramine (Pondimin and Redux) after it knew or reasonably should have known about the potentially fatal harm or side affects associated with fenfluramine and/or dexfenfluramine, including but not limited to valvular heart

disease and/or pulmonary hypertension;

(b)    Failed to conduct adequate post-marketing surveillance and/or medical monitoring to determine the safety of fenfluramine and/or dexfenfluramine (Pondimin and Redux);

(c)    Failed to use due care in designing and manufacturing fenfluramine and/or dexfenfluramine (Pondimin and Redux) so as to avoid the aforementioned risks to individuals when fenfluramine and/or dexfenfluramine (Pondimin and **Redux**) was being used for weight loss;

(d)    Failed to accompany its product with proper warnings regarding all possible adverse side effects associated with the use of fenfluramine
and/or dexfenfluramine (Pondimin and Redux) and the comparative seventy of and duration of such adverse effects . the warnings given did not accurately reflect the symptoms, scope or severity of the side effects;

(e)    Failed to conduct adequate pre-clinical and clinical testing and post-marketing surveillance to determine the safety of fenfluramine and/or dexfenfluramine (Pondimin and Redux);

(f)    Failed to provide adequate training and/or information to medical care providers for appropriate use of fenfluraniine and/or dexfenfluramine (Pondimin and Redux) either individually or in combination with phentermine;

(g)    Failed to warn physicians and/or the Plaintiffs, prior to negligently encouraging the sale of fenfluramine and/or dexfenfluramine (Pondimin and Redux) and/or any combination of fenfluramine and/or dexfenfluramine (Pondimin and **Redux**) and phentermine, either directly or indirectly, orally or in writing, about the following: (I) about the need for comprehensive, regular medical monitoring to ensure early discovery of potentially fatal

191

pulmonary and cardiac side effects; (2) the possibility of becoming disabled as a result of the drug use and/or having to undergo heart surgery in order to correct resultant pulmonary hypertension and/or valvular heart defects; (3) that such surgery may leave an unsightly scar or scars; or (4) that heart procedures, heart defects and/or pulmonary hypertension may become protracted, debilitating, difficult, and painful, necessitating long term medical care;

(h)     Failed to warn that the dangers associated with fenfluramine and/or dexfenfluramine (Pondimin and Redux) could exceed other comparable forms of weight loss, particularly for those who were not clinically obese. Failed to advise physicians and the public that the drugs Pondimin and Redux had no beneficial use;

(i)     Failed to effectively warn about the possible danger and unapproved status of combination use of these drugs;

(j)     Was otherwise careless or negligent.

1133. Despite the fact that AHP/WYETH knew or should have known that fenfluramine and/or dexfenfluramine, and/or any combination of fenfluramine and/or dexfenfluramine (Pondimin and Redux) and phentermine caused unreasonable, dangerous side effects which many users would be unable to remedy by any means, including but not limited to aortic and/or mitral valve regurgitation, AHP/WYETH negligently continued to market fenfluramine and/or dexfenfluramine and the combined use of fenfluramine and/or dexfenfluramine and phentermine to consumers, including the Plaintiffs, when there were safer alternative methods of weight loss.

192

1134. AHP/WYETH knew or should have known that consumers, such as Plaintiffs, would foreseeably suffer injury as a result of AMP/WYETH's failure to exercise ordinary care as described above.

1135. Likewise, AHP/WYETH was negligent in ever seeking approval for the sale of dexfenfluramine, given the information contained in AHP/WYETH's databases and records of the dangers associated with fenfluramine, including mitral valve disease, aortic valve disease, and pulmonary hypertension.

1136. AHP/WYETH was negligent in violating 21 U.S.C. § ~ 321, 331, 352, and *355*. In particular, AHP/WYETM was negligent for violating the following laws: .

(a)     Pondimin and/or Redux were labeled improperly, in that the labeling was misleading and inaccurate in violation of 21 U.S.C. § ~ 321(n), 33 1(a), 352(a) and 352(c);

(b)     Pondimin and/or Redux were misbranded in violation of 21 U.S.C. § ~ 33 1(a), 352(a), 352(c), 352(j), and 352(p);

(c)     AI-IP/WYETH negligently failed to establish and maintain records and to make reports to the Secretary of Health of data relating to clinical experience and other data or information, received or otherwise obtained with respect to fenfluramine and dexfenfluramine, and their association with pulmonary hypertension, and valvular heart disease to allow the Secretary of Health to determine whether the drug applications for fenfluramine and dexfenfluramine should be withdrawn or suspended in violation of 21 U.S.C. § *355(k);* and

~ Doc# 510656.01 ~

(d)  AHP/WYETH negligently failed to disclose information to the public received or otherwise obtained with respect to the safety and effectiveness of fenfluramine and dexfenfluramine, and their association with pulmonary hypertension, and valvular heart disease in violation of 21

U.S.C. § 355(1).

1137. AHP/WYETH was negligent in violating 21 C.F.R. § ~ 1.21, 99.101, 201.56,

201.57, 202.1, 310.303, 314 70, 314.80, and 314.81. In particular, AHP/WYETH was negligent for violating the following regulations:

(a)  The labeling for Pondimin and/or Redux failed to contain a proper, complete and sufficient warning for pulmonary hypertension, and/or serious heart conditions as soon as there was reasonable evidence of its association with fenfluramine and dexfenfluramine in violation of 21 C.F.R. § ~ 1.21 and 201.57(e);

(b)  The labeling for Pondimin and/or Redux failed to notify the patient that use of fenfluramine and/or dexfenfluramine individually and/or in combination with phentermine may have harmful effects in violation of 21 C.F.R. §

201.57(0(2);

194

(c)     The labeling for Pondimin and/or Redux failed to list all adverse reactions reasonably associated with the use of the drugs and with drugs in the same pharmacologically active and chemically related class in violation of 21

C.F.R. § 201 .57(g)(1);

(d)     The "Adverse Reactions" section of the Pondimin and/or Redux labeling failed to list first the most severe adverse reactions of death, . pulmonary hypertension, and/or valvular heart disease in violation of 21 C.F.R. §

201 .57(g)(2);

(e)     The "Warnings" section of the Pondimin and/or Redux labeling failed to identify any potentially fatal adverse reaction in violation of 21 C.F.R. §

201 .57(g)(3);

(0      There was inadequate information for patients regarding use of Pondimin and/or Redux, individually, and/or the concomitant use with phentermine, in violation of 2I C.F.R. §

201 .57(0(2);

(g)     The labeling for Pondimin and/or Redux was not informative and accurate, and it was false and misleading and/or promotional in part, in violation of 21 C.F.R. § ~ 1.21, and

201.56(b);

~ Doc# 510656.01 ~

(h)     There was inadequate information for patients for the use of Pondimin and Redux, individually or in combination, with phentermine in violation of 21

C.F.R. § 201 .57(0(1);

(i)     The labeling for Pondimin and Redux lacked adequate and accurate information on the approximate "kind, degree and duration" of expected weight loss from for Pondimin and Redux by themselves and/or in

Gei222977 GA Petition 6 act' 06-26-03      233

combination with phentermine in violation of 21 C.F.R. § 201 .57(c)(3)(i); providing accurate information on this subject would have alerted consumers, pharmacists and physicians to the fact that these drugs were only minimally effective, if at all;

(j)     The labeling for Pondimin and Redux did not state that there was a lack of evidence to support the common belief in the safety and efficacy of fenfluramine and/or dexfenfluramine (Pondimin and Redux) and phentermine together in violation of 21 C.F.R. § ~ 201.57 (c)(2), 201.57 (c)(3)(i) and 201.57 (c)(3)(iv);

(k)     AMP/WYETH negligently failed to properly maintain records and make reports related to the clinical experience or other data to make or facilitate a determination of whether there were grounds to withdraw FDA approval of Pondimin and/or Redux in violation of 21 C.F.R. § 3 10.303(a);

196

(l)    AHP/WYETH negligently failed to change the labeling for Pondimin to add or strengthen the language pertaining to pulmonary hypertension and valvular heart disease without FDA approval as permitted by 21 C.F.R. §31 4.70(c)(2)(i);

(m)    AMP/WYETH negligently failed to promptly review all adverse drug experience information, including available scientific literature, and negligently failed to develop adequate written procedures for the surveillance, receipt, evaluation, and reporting of post-marketing adverse drug experiences to the FDA in violation of 21 C.F.R. § 3 14.80(b);

(n)    Advertising for Pondimin and/or Redux did not contain a "[T]rue statement" of information, and was false, misleading, and negligently failed to reveal facts material in the light of its representations or material with respect to consequences that may result from the use of the drug as recommended in violation of 21 C.F.R. § 202.1;

(o)    AHP/WYETH entirely negligently failed to report serious and unexpected adverse drug experience information as defined by 21 C.F.R. § 314.80(a), regarding Pondimin and Redux to the FDA in some instances, and negligently failed to report the information timely in others, in violation of

21 C.F.R. § 314.80(cXI)(i);

(p)    AMP/WYETH negligently failed to promptly investigate all the adverse drug experiences that were the subject of post-marketing 15-day "Alert Reports" regarding Pondimin and Redu.x in violation of 21 C.F.R. §

197

31 4.80(c)(I )(ii);                .

(q)    AHP/WYETH negligently failed to properly report all the adverse drug experiences that

were the subject of post-marketing 15-day "Alert Reports"

regarding Pondimin and Redux in its periodic reports in violation of 21 C.F.R. § ~

314.80(c)(2)(i) and 314.80(c)(2)(ii);


(r)    AMP/WYETH negligently failed to promptly report all adverse drug experience

information available in the scientific literature pertaining to the association between

Pondimin and Redux and pulmonary hypertension in violation of 21 C.F.R. § ~  3

14.80(d) and 3 14.80(e);


(s)    AHP/WYETH negligently failed to properly summarize in its annual reports the adverse

drug experiences related to pulmonary hypertension, and valvular heart disease that would

have affected the safety and effectiveness, or labeling of Pondimin and Redux in violation

of 21 C.F.R. §314.81 (a)(2)(ii);


(t)    AMP/WYETH disseminated written information about fenfluramine and dexfenfluramine

concerning the effectiveness and benefits of using the drugs in a manner not described in

the approved labeling, which failed to comply with the procedure for disseminating such

information in violation of 21 C.F.R. § 99.101.


1138. The Defendants' negligence resulted in the Plaintiffs and physicians being either

poorly informed or uninformed about the adverse effects of Pondimin and/or Redux and/or the

combination of either with phentermine. The Defendants' negligence was a proximate cause of Plaintiffs'

198

injuries, harm and economic loss that Plaintiffs suffered and will continue to suffer as previously described.

## COUNT V (NEGLIGENT MISREPRESENTATION)

1139. Plaintiffs adopt and re-allege each paragraph above, as if fully set forth herein.

1140. Defendants negligently represented to Plaintiffs, Plaintiffs' physicians, state medical boards, state pharmacy boards, state regulators and other persons and professionals on whom it was known by Defendants that the Plaintiffs would rely, as well as the public at large, that the subject diet drug products were safe to ingest and that the utility of these products outweighed any risk in use for the intended purpose of weight loss and/or weight control. Also, by negligently failing to disclose to the Plaintiffs, and others for the benefit of the Plaintiffs,
important safety and injury information, thereby suppressing material facts about the drugs, while having a duty to disclose such information, which duty arose from their actions of making, marketing, lobbying in support of, promoting, distributing and selling pharmaceutical products to Plaintiffs and others, Defendants further led Plaintiffs to rely upon the safety of the product in its use.

1141. The misrepresentations of Defendants were negligently made, in that the subject drug products in fact caused injury, were unsafe, and the benefits of their use were far outweighed by the risk associated with use thereof. Defendants, individually and collectively, committed acts of negligent misrepresentation and negligent concealment by suppressing material facts relating to the dangers and injuries associated with, and caused by, the use of the subject drugs.

1142. Defendants knew or should have known that their representations were false. Defendants made such false and/or negligent representations with the intent or purpose that the Plaintiffs and Plaintiffs' physicians would rely upon such representations, leading to the use of the subject drugs by the Plaintiffs.

199

1143. As a direct and proximate result of Defendants' negligent misrepresentations, upon which the Plaintiffs reasonably relied, Plaintiffs have suffered injury and sustained damages for which Defendants are liable.

1144. As a direct and proximate result of the aforementioned acts, Plaintiffs were injured and suffered damages including, but not limited to: (permanent and ongoing into the future) injury to Plaintiffs' hearts and other physical injuries; physical pain and suffering; mental pain and suffering; impairment; disability; disfigurement; mental anguish; loss of capacity for the enjoyment of life past and future; time in life that could have been spent doing things other than

going to doctors; physically suffering, and undergoing medical monitoring; loss of earnings and loss of the ability to earn money in the past and the future; expense of hospitalization, medical and nursing care and treatment and medical monitoring in the past and in the future; fear and mental anguish concerning future medical problems including but not limited to those associated with their heart valve damage; and as otherwise set forth under this Complaint.


## COUNT VI (SALES REP DEFENDANT LIABILITY)


1145. Plaintiffs adopt and re-allege each paragraph above, as if fully set forth herein.


1146. The Defendant Sales Reps, including those named as parties, are also liable to the Plaintiffs in negligence, negligent misrepresentation, as those other actions pled in this Complaint other than strict liability and breach of expressed and implied warranty.


1147. The tortious acts by the Sales Rep Defendants were committed in their individual and representative capacity and include, but are not limited to, the following: the Sales Rep Defendants failed to convey adequate warnings to the Plaintiffs through the prescribing physician; the Sales Rep Defendants

were in the business of marketing, promoting, selling and/or distributing the unreasonably dangerous subject drugs which have caused harm to the Plaintiffs; the Sales Rep Defendants negligently distributed, marketed, advertised and/or promoted the unreasonably dangerous subject drugs; the Sales Rep Defendants made negligent misrepresentations regarding the safety and efficacy of the unreasonably dangerous subject drugs; the Sales Rep Defendants negligently failed to provide sufficient instructions to the Plaintiffs and/or their prescribing physician(s) regarding the use of the subject drugs, alone or in combination.

1148.  As a direct and proximate result of such tortious acts, the Plaintiffs were injured and suffered damages including, but not limited to: (permanent and ongoing into the future)
injury to the Plaintiffs' hearts and other physical injuries, physical pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life past and future; time in life that could have been spent doing things other than going to doctors, physically suffering, and undergoing medical monitoring; loss of earnings and loss of the ability to earn money in the past and the future; expense of hospitalization, medical and nursing care and treatment and medical monitoring in the past and in the future; fear and mental anguish concerning future medical problems including but not limited to PH, cardiac valve disease and disorders and as otherwise set forth under this Complaint.

## DAMAGES

1149.  Plaintiffs incorporate by reference all other paragraphs of this complaint as if fully set forth here and further allege as follows:

1150.  As a proximate result of Defendants' acts and omissions, Plaintiffs suffered severe injuries to their heart valves. In particular, Plaintiffs suffered injuries to either their aortic and/or mitral valves as a result of ingesting AHP/WYETH's diet drugs, Pondimin and/or Redux. Likewise, Plaintiffs may also be suffering from pulmonary hypertension secondary to their heart valve injuries. Plaintiffs **are**

201

only seeking the damages against AHP/WYETH that the Plaintiffs are legally entitled to seek as "intermediate opt-outs" or "back end opt-outs" to the national class action settlement. Plaintiffs are not making any claim or claims against AHP/WYETH for punitive, exemplary, or multiple damages, however described; and/or malicious, wanton or other similar conduct of AHPIWYETH, however described. Plaintiffs have been injured in health, strength, and activity, and suffered injuries, the exact nature and extent of which is/are not known at this time. As a result of the Plaintiffs' injuries, Plaintiffs have suffered or will suffer the following damages:

    a.    Physical pain and mental anguish in the past and future;

    b.    Lost earnings in the past;

    c.    Loss of earning capacity in the future;

    d.    Disfigurement in the past and future;

    e.    Physical impairment in the past and future;

    f.    Medical expenses in the past and future;

    g.    Loss of enjoyment of life and diminished physical abilities;

    h.    Pain and suffering;

    i.    Worry and anxiety; and

    j.    All hedonic damages allowed by law.

### JURY REQUEST

Plaintiffs hereby request a jury, and tender the appropriate fee.

### PRAYER

WHEREFORE, Plaintiffs demand a judgment against the Defendants, jointly and severally, for:

a.    Actual (compensatory) damages; .

b.    Prejudgment and post-judgment interest as allowed by law;

c.    Costs of court; and

~ Doc# 510656.01 ~

a.   such other and further relief, both general and special, both at law and in equity, to which Plaintiffs may be justly entitled.

## MAYER & BEAL

Randolph A. Mayer

State Bar of Georgia No. 479350

**MAYER & BEAL**

**776 Juniper Street, N.E.**

**Atlanta, Georgia 30308**

-and-

FLEMING & ASSOCIATES, L.L.P.

George M. Fleming, Esquire

Texas Bar No. 07123000

Rand P. Nolen, Esquire

Texas Bar No. 00788126

Andres C. Pereira

Texas Bar No. 00794440

Laura V. Yaeger, Esquire

Texas Bar No. 24011432

Adam D. Peavy, Esquire

Texas Bar No. 24029766

1330 Post Oak Boulevard, Suite 3030

Houston, Texas 77056

203

Telephone No.: (713) 621-7944

**Fax** No.: (713) 621-9638

**ATTORNEYS FOR PLAINTIFFS**

204



# EXHIBIT / ATTACHMENT

B

(To be scanned in place of tab)

## CONSENT TO REMOVAL

Defendant INDEVUS PHARMACEUTICALS, INC., f/k/a INTERNEURON PHARMACEUTICALS, INC. hereby consents to the removal of this action.

This 24th day of July 2003.

_____
E. O'Neill
M. Elizabeth O'Neill
Georgia Bar No. 058163
*(authorized with express permission)*

Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, Georgia 30308
404-614-7400
404-614-7500 (Fax)

*Attorneys for INDEVUS*
*PHARMACEUTICALS, INC., f/k/a*
*INTERNEURON*
*PHARMACEUTICALS, INC.*